## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC, and IRISH BLUE & GOLD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CURRENEX, INC., GOLDMAN SACHS & CO. LLC, HC TECHNOLOGIES, LLC, STATE STREET BANK AND TRUST COMPANY, and JOHN DOE DEFENDANTS 1-5, <br><br> Defendants. | Case No. 1:21-cv-6598 <br><br><br> NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Mark Ruddy of Ruddy Gregory, PLLC, with offices located at 1225 15th Street NW, Washington, DC 20005, hereby appears on behalf of Plaintiffs Edmar Financial Company, LLC and Irish Blue & Gold, Inc. in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

DATED:  New York, New York
        August 5, 2021

                                By: */s/ Mark Ruddy*
                                    Mark Ruddy (NY Bar No. 3988250)
                                    Ruddy Gregory, PLLC
                                    1225 15th Street NW
                                    Washington, DC 20005
                                    Telephone: (202) 797-0762
                                    Fax: (202) 318-0543
                                    Email: mruddy@ruddylaw.com

                                    *Counsel for Plaintiffs and the Proposed Class*