UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC, and IRISH BLUE & GOLD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CURRENEX, INC., GOLDMAN SACHS & CO. LLC, HC TECHNOLOGIES, LLC, STATE STREET BANK AND TRUST COMPANY, and JOHN DOE DEFENDANTS 1-5, <br><br> Defendants. | Case No. 1:21-cv-06598 |



USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-21

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York ("Local Rules"), I, Elliott M. Bacon, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for HC Technologies, LLC in the above-captioned action.

Attached to this motion are: (1) a Certificate of Good Standing issued within the past thirty days by the Supreme Court of the State of Illinois; (2) the declaration required pursuant to Local Rule 1.3(c); and (3) a proposed order granting admission.

Dated: September 2, 2021

                                              Respectfully submitted,
                                              /s/ Elliott M. Bacon
                                              Elliott M. Bacon
                                              KATTEN MUCHIN ROSENMAN LLP
                                              525 West Monroe Street
                                              Chicago, Illinois 60661-3693
                                              Phone: (312) 902-5200
                                              Email: elliott.bacon@katten.com

                                              *Attorney for Defendant HC Technologies, LLC.*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
9/14/21