## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC and IRISH BLUE & GOLD, INC.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CURRENEX, INC., GOLDMAN SACHS & CO. LLC, HC TECHNOLOGIES, LLC, STATE STREET BANK AND TRUST COMPANY, and JOHN DOE DEFENDANTS 1-5,<br><br>        Defendants. | Case No. 1:21-CV-06598 (LAK)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated October 13, 2021, and the Declaration of Gregg L. Weiner dated October 13, 2021 and the exhibits thereto, Defendants Currenex, Inc., Goldman Sachs & Co. LLC, HC Technologies, LLC, and State Street Bank and Trust Company will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at such date and time as the Court determines, for an order dismissing with prejudice the complaint filed against them in the above-captioned action by Plaintiffs Edmar Financial Company, LLC and Irish Blue & Gold, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court deems appropriate.

[*remainder of page intentionally blank*]

Dated: October 13, 2021

Respectfully submitted,

| | |
|---|---|
| ROPES & GRAY LLP | KATTEN MUCHIN ROSENMAN LLP |
| /s/ *Gregg L. Weiner* | /s/ *Peter G. Wilson* |
| Gregg L. Weiner | Peter G. Wilson |
| Alexander B. Simkin | Christian T. Kemnitz (*pro hac vice forthcoming*) |
| 1211 Avenue of the Americas | Elliott M. Bacon (*pro hac vice*) |
| New York, New York 10036 | Hannah O. Koesterer (*pro hac vice forthcoming*) |
| Telephone: (212) 596-5000 | 525 W Monroe Street |
| Facsimile: (212) 596-9090 | Chicago, IL 60661 |
| Email: gregg.weiner@ropesgray.com | Telephone: (312) 902-5200 |
| Email: alexander.simkin@ropesgray.com | Email: peter.wilson@katten.com |
| | Email: christian.kemnitz@katten.com |
| ROPES & GRAY LLP | Email: elliott.bacon@katten.com |
| Robert G. Jones (*pro hac vice*) | Email: hannah.koesterer@katten.com |
| 800 Boylston Street | |
| Boston, Massachusetts 02199 | *Counsel for Defendant HC Technologies, LLC* |
| Telephone: (617) 951 7000 | |
| Facsimile: (617) 951 7050 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Email: robert.jones@ropesgray.com | |
| | /s/ *Carmine D. Boccuzzi Jr.* |
| ROPES & GRAY LLP | Carmine D. Boccuzzi Jr. |
| Samer Musallam (*pro hac vice*) | Rishi N. Zutshi |
| 2099 Pennsylvania Avenue NW | One Liberty Plaza, 1 Liberty Plaza |
| Washington, DC 20006 | New York, NY 10006 |
| Telephone: (202) 508-4600 | Telephone: (212) 225-2000 |
| Facsimile: (202) 508-4650 | Email: cboccuzzi@cgsh.com |
| Email: samer.musallam@ropesgray.com | Email: rzutshi@cgsh.com |
| | |
| *Counsel for Defendants Currenex, Inc. and State Street Bank and Trust Company* | *Counsel for Defendant Goldman Sachs & Co. LLC* |