UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC, and IRISH BLUE & GOLD, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC., GOLDMAN SACHS & CO. LLC, HC TECHNOLOGIES, LLC, STATE STREET BANK AND TRUST COMPANY, and JOHN DOE DEFENDANTS 1-5,<br><br>　　　　　　　　　　Defendants. | Case No. 1:21-cv-6598 |

**JOINT STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR FILING THE AMENDED COMPLAINT AND MEMORANDA OF LAW REGARDING MOTION TO DISMISS**

1. WHEREAS, on August 4, 2021, Plaintiffs Edmar Financial Company, LLC and Irish Blue & Gold, Inc. (together, "Plaintiffs") filed their class action complaint (Dkt. No. 1) against Defendants Currenex, Inc., Goldman Sachs & Co. LLC, HC Technologies, LLC, State Street Bank and Trust Company, and John Doe Defendants 1-5 (collectively, "Defendants");

2. WHEREAS, on August 25, 2021, the Court ordered—pursuant to the parties' stipulation—that Defendants were to file their motion to dismiss by October 13, 2021, and that Plaintiffs had the option to elect to amend the Complaint by November 12, 2021, and then to meet and confer in good faith with regard to a new schedule (Dkt. No. 14); and

3. WHEREAS, on October 13, 2021, Defendants filed their motion to dismiss (Dkt. No. 33); and

4. WHEREAS, Plaintiffs exercised their option to elect to amend the Complaint on November 12, 2021, and the parties met and conferred regarding a new schedule.

1

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiffs must file their amended complaint by January 6, 2022.

2. Defendants must file any motions to dismiss by February 25, 2022.

3. Plaintiffs must file their oppositions to any motions to dismiss by April 8, 2022.

4. Defendants must file their reply to Plaintiffs' opposition by May 6, 2022.

5. Nothing in this stipulation prevents any party from seeking further extensions on the consent of the parties or from the Court.

6. Nothing in this order is intended to curtail the rights under the Federal Rules that might otherwise exist absent this agreement.

IT IS SO ORDERED.

DATED: _____   _____
                                          THE HONORABLE LEWIS A. KAPLAN
                                          UNITED STATES DISTRICT JUDGE

DATED:   New York, New York
         November 18, 2021

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ROPES & GRAY LLP |
|---|---|
| */s/ Daniel L. Brockett*<br>Daniel L. Brockett<br>Steig D. Olson<br>Christopher M. Seck<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Fax:  (212) 849-7100<br>danbrockett@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>christopherseck@quinnemanuel.com<br><br>Jeremy D. Andersen (*pro hac vice*)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>jeremyandersen@quinnemanuel.com<br><br>RUDDY GREGORY, PLLC<br>Mark Ruddy<br>1225 15th Street NW<br>Washington, DC 20005<br>Telephone: (202) 797-0762<br>Fax: (202) 318-0543<br>mruddy@ruddylaw.com<br><br>*Counsel for Plaintiffs and the Proposed Class* | */s/ Gregg L. Weiner*<br>Gregg L. Weiner<br>Alexander B. Simkin<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 596-5000<br>Fax: (212) 596-9090<br>gregg.weiner@ropesgray.com<br>alexander.simkin@ropesgray.com<br><br>Robert G. Jones<br>800 Boylston Street<br>Boston, MA 02199<br>Telephone: (617) 951-7000<br>Fax: (617) 951-7050<br>robert.jones@ropesgray.com<br><br>Samer Musallam<br>2099 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 508-4600<br>Fax: (202) 508-4650<br>samer.musallam@ropesgray.com<br><br>*Counsel for Defendants Currenex, Inc. and State Street Bank and Trust Company* |

| | |
|---|---|
| KATTEN MUCHIN ROSENMAN LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| */s/ Peter G. Wilson*____ <br> Peter G. Wilson <br> Christian T. Kemnitz <br> Elliot M. Bacon <br> 525 W. Monroe Street <br> Chicago, IL 60661 <br> Telephone: (312) 902-5200 <br> peter.wilson@katten.com <br> christian.kemnitiz@katten.com <br> elliott.bacon@katten.com <br><br> *Counsel for Defendant HC Technologies, LLC* | */s/ Carmine D. Boccuzzi Jr.*____ <br> Carmine D. Boccuzzi Jr. <br> Rishi N. Zutshi <br> One Liberty Plaza, 1 Liberty Plaza <br> New York, NY 10006 <br> Telephone: (212) 225-2000 <br> cboccuzzi@cgsh.com <br> rzutshi@cgsh.com <br><br> *Counsel for Defendant Goldman Sachs & Co. LLC* |