UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>    Defendants. | Case No. 1:21-CV-06598 (LAK)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated March 18, 2022, and the Declaration of Gregg L. Weiner dated March 18, 2022 and the attached exhibits, Defendants Currenex, Inc., Goldman Sachs & Co. LLC, HC Technologies, LLC, State Street Bank and Trust Company, and State Street Global Markets International Limited will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at such date and time as the Court determines, for an order dismissing with prejudice the amended complaint filed against them in the above-captioned action by Plaintiffs Edmar Financial Company, LLC, Irish Blue & Gold, Inc., and XTX Markets Limited pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court deems appropriate.[1]

---

[1] State Street Global Markets International Limited objects to this Court's exercise of personal jurisdictional over it, as addressed in the Memorandum Of Defendants Currenex, Inc. And State Street Global Markets International Limited In Support Of Their Joint Motion To Dismiss Based On *Forum Non Conveniens* And Lack Of Personal Jurisdiction, filed herewith.

Dated:  March 18, 2022

Respectfully submitted,

| ROPES & GRAY LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| /s/ *Gregg L. Weiner* | /s/ *Peter G. Wilson* |
| Gregg L. Weiner | Peter G. Wilson |
| Alexander B. Simkin | Christian T. Kemnitz (*pro hac vice*) |
| 1211 Avenue of the Americas | Elliott M. Bacon (*pro hac vice*) |
| New York, New York 10036 | Hannah O. Koesterer (*pro hac vice*) |
| Telephone: (212) 596-5000 | 525 W Monroe Street |
| Facsimile: (212) 596-9090 | Chicago, IL 60661 |
| Email: gregg.weiner@ropesgray.com | Telephone: (312) 902-5200 |
| Email: alexander.simkin@ropesgray.com | Email: peter.wilson@katten.com |
| | Email: christian.kemnitz@katten.com |
| ROPES & GRAY LLP | Email: elliott.bacon@katten.com |
| Robert G. Jones (*pro hac vice*) | Email: hannah.koesterer@katten.com |
| 800 Boylston Street | |
| Boston, Massachusetts 02199 | *Counsel for Defendant HC Technologies, LLC* |
| Telephone: (617) 951-7000 | |
| Facsimile: (617) 951-7050 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Email: robert.jones@ropesgray.com | |
| | /s/ *Carmine D. Boccuzzi Jr.* |
| ROPES & GRAY LLP | Carmine D. Boccuzzi Jr. |
| Samer Musallam (*pro hac vice*) | Rishi N. Zutshi |
| 2099 Pennsylvania Avenue NW | One Liberty Plaza, 1 Liberty Plaza |
| Washington, DC 20006 | New York, NY 10006 |
| Telephone: (202) 508-4600 | Telephone: (212) 225-2000 |
| Facsimile: (202) 508-4650 | Email: cboccuzzi@cgsh.com |
| Email: samer.musallam@ropesgray.com | Email: rzutshi@cgsh.com |
| | |
| *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* | *Counsel for Defendant Goldman Sachs & Co. LLC* |