UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 1:21-cv-06598 (LAK) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants[1] respectfully request that this Court consider *Gamma Traders - I LLC v. Merrill Lynch Commodities, Inc.*, No. 21-853, 2022 WL 2821504 (2d Cir. July 20, 2022) (*"Gamma"*), as supplemental authority in support of Defendants' arguments that Plaintiffs failed to adequately plead antitrust injury, out-of-pocket fraud loss and unjust enrichment. *See* ECF Nos. 54 at 18–20 and 73 at 8–9 (antitrust injury); ECF Nos. 54 at 30–33 and 73 at 14–16 (out-of-pocket fraud loss); ECF Nos. 54 at 50–51 and 73 at 26–27 (unjust enrichment).

*Gamma* affirms the dismissal of plaintiff investors' claims under the Commodities and Exchange Act ("CEA") because plaintiffs failed to plausibly plead that the defendants' fraudulent trading activity caused plaintiffs to suffer "actual damages." Ex. A at 11, 13. The

---

[1] This Notice is submitted jointly on behalf of Currenex, Inc., Goldman Sachs & Co., LLC, HC Technologies, LLC, State Street Bank and Trust Company, and State Street Global Markets International Limited.

1

opinion adopts and elaborates on the Second Circuit's analysis in *Harry v. Total Gas & Power North America, Inc.*, 889 F.3d 104, 112, 115 (2d Cir. 2018) (affirming dismissal of plaintiff's CEA and Sherman Act claims based on the same pleading defect), and confirms that a "statistical-probability style of pleading" is insufficient to allege actual damages, particularly where the pleading does not "exclude the possibility that the net effect of the defendant's [alleged misconduct] was beneficial for the plaintiff." *Id*. at 14–15.  As in *Gamma*, Plaintiffs here fail to identify a single trade they entered (or tried to enter) on the Currenex platform where the alleged tie-breaking rule was even triggered.  *See* ECF No. 54 at 18–19.  In fact, Plaintiffs do not even allege how frequently the tie-breaking rule was triggered on the Platform generally, whereas the plaintiffs in *Gamma* specifically alleged when spoofing occurred.  Additionally, Plaintiffs' own pleading concedes the alleged agreements between Currenex and the other Defendants were designed to attract greater liquidity to the platform, confirming "the possibility that the net effect [of those agreements] was beneficial" to the Plaintiffs.  *See* ECF No. 54 at 19; ECF No. 73 at 9.  While *Gamma* distinguishes cases involving *per se* price-fixing antitrust violations, Ex. A at 15–16, Plaintiffs here have not alleged a plausible bid-rigging scheme or any other conduct "manifestly detrimental to competition."  ECF No. 73 at 3–4.  In addition, Plaintiffs here—like the plaintiffs in *Gamma*— did not plead that any particular trade caused an identifiable loss, Ex A at 11-17, and thus did not satisfy the out-of-pocket fraud loss requirement.  *Gamma*'s rejection of a "statistical-probability style of pleading" also undercuts Plaintiffs' reliance on the same approach for their unjust enrichment claim.  *Id.* at 15.

Dated: August 2, 2022

Respectfully submitted,

| ROPES & GRAY LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| /s/ *Gregg L. Weiner* | /s/ *Peter G. Wilson* |
| Gregg L. Weiner | Peter G. Wilson |
| Alexander B. Simkin | Christian T. Kemnitz (*pro hac vice*) |
| 1211 Avenue of the Americas | Elliott M. Bacon (*pro hac vice*) |
| New York, New York 10036 | Hannah O. Koesterer (*pro hac vice*) |
| Telephone: (212) 596-5000 | Karen M. Hinkley (*pro hac vice*) |
| Facsimile: (212) 596-9090 | 525 W Monroe Street |
| Email: gregg.weiner@ropesgray.com | Chicago, IL 60661 |
| Email: alexander.simkin@ropesgray.com | Telephone: (312) 902-5200 |
| | Email: peter.wilson@katten.com |
| ROPES & GRAY LLP | Email: christian.kemnitz@katten.com |
| Robert G. Jones (*pro hac vice*) | Email: elliott.bacon@katten.com |
| 800 Boylston Street | Email: hannah.koesterer@katten.com |
| Boston, Massachusetts 02199 | Email: karen.hinkley@katten.com |
| Telephone: (617) 951 7000 | |
| Facsimile: (617) 951 7050 | *Counsel for Defendant HC Technologies, LLC* |
| Email: robert.jones@ropesgray.com | |
| | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| ROPES & GRAY LLP | |
| Samer Musallam (*pro hac vice*) | /s/ *Carmine D. Boccuzzi Jr.* |
| 2099 Pennsylvania Avenue NW | Carmine D. Boccuzzi Jr. |
| Washington, DC 20006 | Rishi N. Zutshi |
| Telephone: (202) 508-4600 | One Liberty Plaza, 1 Liberty Plaza |
| Facsimile: (202) 508-4650 | New York, NY 10006 |
| Email: samer.musallam@ropesgray.com | Telephone: (212) 225-2000 |
| | Email: cboccuzzi@cgsh.com |
| *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* | Email: rzutshi@cgsh.com |
| | *Counsel for Defendant Goldman Sachs & Co. LLC* |