UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>　　　　Defendants. | Case No. 1:21-cv-06598 (LAK) |

**[PROPOSED] ORDER GRANTING MOTION OF KAREN M. HINKLEY TO WITHDRAW AS COUNSEL OF RECORD FOR HC TECHNOLOGIES, LLC**

　　This matter is before the undersigned on the motion of Karen M. Hinkley to withdraw as counsel of record for HC Technologies, LLC. The Court finds that satisfactory reasons for withdrawal exist, and that the parties will not be prejudiced and the case will not be delayed by permitting the withdrawal of Ms. Hinkley from representation of Defendant HC Technologies, LLC.

　　IT IS HEREBY ORDERED that Karen M. Hinkley shall be permitted to withdraw as counsel of record for HC Technologies, LLC, and Ms. Hinkley shall be relieved of further obligation in connection with this matter.

SO ORDERED this ____ day of _____, 2023 by:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Lewis A. Kaplan
　　　　　　　　　　　　　　　　　　　　United States District Judge