

**ROPES & GRAY LLP**
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

May 31, 2023

Gregg L. Weiner
T +1 212 596 9396
gregg.weiner@ropesgray.com

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re:     *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 1:21-cv-6598 (LAK)

Dear Judge Kaplan:

Pursuant to Your Honor's Individual Rules of Practice, we write on behalf of Defendants Currenex, Inc., State Street Bank and Trust Company, Goldman Sachs & Co. LLC, and HC Technologies, LLC (collectively, the "Remaining Defendants"), with Plaintiffs' consent, to seek an extension of the deadline for Remaining Defendants to answer the Amended Complaint.  Pursuant to Your Honor's May 18, 2023 Opinion granting in part and denying in part Defendants' motions to dismiss (the "Opinion"), Plaintiffs have until June 19, 2023 to elect to amend the Amended Complaint.  *See* Opinion, ECF No. 83.  Under the proposed schedule agreed by the parties, (i) if Plaintiffs do not elect to amend the Amended Complaint, Remaining Defendants must file their answers to Plaintiffs' Amended Complaint by July 7, 2023; and (ii) if Plaintiffs elect to amend the Amended Complaint, the parties will meet and confer concerning the deadline for Remaining Defendants to respond to this further amended complaint.  Remaining Defendants' deadline to file their answers to the Amended Complaint is otherwise June 1, 2023.

Remaining Defendants believe the requested extension is appropriate because (i) responding to Plaintiffs' 337-paragraph Amended Complaint will take additional time, and (ii) Plaintiffs have until June 19 to amend the Amended Complaint, and any answer filed before then could become moot if Plaintiffs file a further amended complaint.

Briefing deadlines were previously moved in connection with consented-to requests, but this is the first time following the Opinion that Remaining Defendants are requesting additional time to file their answers.

ROPES & GRAY LLP

- 2 -                                                        May 31, 2023


We appreciate the Court's consideration of this request.


Respectfully submitted,

*/s/ Gregg L. Weiner*
Gregg L. Weiner

cc:      All counsel (via ECF)