**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 1:21-cv-06598 (LAK) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #-
DATE FILED: 10-1-23

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULE FOR FILING ANSWERS TO PLAINTIFFS' AMENDED COMPLAINT

**WHEREAS**, on January 6, 2022, Plaintiffs Edmar Financial Company, LLC, Irish Blue & Gold, Inc., and XTX Markets Limited (together, "Plaintiffs") filed an amended class action complaint (the "Amended Complaint") against Defendants Currenex, Inc., State Street Global Markets International Limited, Goldman Sachs & Co. LLC, HC Technologies, LLC, State Street Bank and Trust Company, and John Doe Defendants 1-5 (collectively, "Defendants") (Dkt. No. 41);

**WHEREAS**, on March 18, 2022, Defendants moved to dismiss the Amended Complaint (Dkt. Nos. 53, 56);

**WHEREAS**, on May 20, 2022, Plaintiffs filed their oppositions to Defendants' motions to dismiss (Dkt. No. 64, 65);

**WHEREAS**, on July 18, 2022, Defendants filed their replies to Plaintiffs' oppositions (Dkt. Nos. 73, 74);

**WHEREAS**, on May 18, 2023, the Court issued an Opinion (the "Opinion"), granting in part and denying in part Defendants' motions to dismiss (Dkt. No. 83);

**WHEREAS**, pursuant to the Opinion, Defendant State Street Global Markets International Limited was dismissed from the action, while Defendants Currenex, Inc., Goldman Sachs & Co. LLC, HC Technologies, LLC, and State Street Bank and Trust Company remain in the action (the "Remaining Defendants");

**WHEREAS**, pursuant to the Opinion, Plaintiffs have the option to elect to amend the Amended Complaint by June 19, 2023; and

**WHEREAS**, there has been no prior request for an extension of Remaining Defendants' answer deadlines in this action since the Opinion.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the signatory parties, subject to the Court's approval, that:

1.     If Plaintiffs do not elect to amend the Amended Complaint, Remaining Defendants must file their answers to Plaintiffs' Amended Complaint by July 7, 2023.

2.     If Plaintiffs elect to amend the Amended Complaint, the parties will meet and confer concerning the deadline for Remaining Defendants to respond to this further amended complaint, including discussing a briefing schedule for any potential motion(s) to dismiss.

3.     Nothing in this stipulation prevents any party from seeking further extensions on the consent of the parties or from the Court.

4.     Nothing in this stipulation is intended to curtail the rights under the Federal Rules that might otherwise exist absent this agreement.

SO ORDERED

-2-

LEWIS A. KAPLAN, USDJ

IT IS SO ORDERED.

DATED: _____    _____

                                      THE HONORABLE LEWIS A. KAPLAN
                                      UNITED STATES DISTRICT JUDGE

Dated:    May 31, 2023
          New York, New York


QUINN EMANUEL URQUHART &                    ROPES & GRAY LLP
SULLIVAN, LLP

                                            /s/ Gregg L. Weiner
/s/ Daniel L. Brockett                      Gregg L. Weiner
Daniel L. Brockett                          Alexander B. Simkin
Steig D. Olson                              1211 Avenue of the Americas
Christopher M. Seck                         New York, New York 10036
51 Madison Avenue, 22nd Floor               Telephone: (212) 596-5000
New York, New York 10010                    Facsimile: (212) 596-9090
Telephone: (212) 849-7000                   Email: gregg.weiner@ropesgray.com
Facsimile: (212) 849-7100                   Email: alexander.simkin@ropesgray.com
Email: danbrockett@quinnemanuel.com
Email: steigolson@quinnemanuel.com          Robert G. Jones (pro hac vice)
Email: christopherseck@quinnemanuel.com     800 Boylston Street
                                            Boston, Massachusetts 02199
Jeremy D. Andersen (pro hac vice)           Telephone: (617) 951 7000
865 South Figueroa Street, 10th Floor       Facsimile: (617) 951 7050
Los Angeles, California 90017               Email: robert.jones@ropesgray.com
Telephone: (213) 443-3000
Facsimile: (213) 443-3100                   Samer Musallam (pro hac vice)
Email: jeremyandersen@quinnemanuel.com      2099 Pennsylvania Avenue NW
                                            Washington, DC 20006
RUDDY GREGORY, PLLC                         Telephone: (202) 508-4600
Mark Ruddy                                  Facsimile: (202) 508-4650
1225 15th Street NW                         Email: samer.musallam@ropesgray.com
Washington, DC 20005
Telephone: (202) 797-0762                   Counsel for Defendants Currenex, Inc. and
Facsimile: (202) 318-0543                   State Street Bank and Trust Company
Email: rnruddy@ruddylaw.com


Counsel for Plaintiffs and the Proposed
Class

-4-

KATTEN MUCHIN ROSENMAN LLP

*/s/ Peter G. Wilson*
Peter G. Wilson
Christian T. Kemnitz
Elliott M. Bacon
Hannah O. Koesterer
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: christian.kemnitz@katten.com
Email: elliott.bacon@katten.com
Email: hannah.koesterer@katten.com

*Counsel for Defendant HC Technologies, LLC*


CLEARY GOTTLIEB STEEN &
HAMILTON LLP

*/s/ Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co.
LLC*

I, Gregg L. Weiner, am the ECF user whose username and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULE FOR FILING ANSWERS TO PLAINTIFFS' AMENDED COMPLAINT. I hereby represent that all signatories to this document have concurred in this filing.

Dated: May 31, 2023
New York, New York

ROPES & GRAY LLP

*/s/ Gregg L. Weiner*
Gregg L. Weiner
