

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

June 30, 2023

Gregg L. Weiner
T +1 212 596 9396
gregg.weiner@ropesgray.com

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 1:21-cv-6598 (LAK)

Dear Judge Kaplan:

We write on behalf of Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, Goldman Sachs & Co. LLC, and HC Technologies, LLC (collectively, "Defendants") regarding Plaintiffs' Motion for Leave (the "Motion for Leave") to File Second Amended Class Action Complaint (the "Second Amended Complaint") [Dkt. Nos. 88, 89, 90]. Defendants do not oppose the substantive relief sought in the Motion for Leave. Earlier today, Defendants provided Plaintiffs with a proposed stipulation regarding the deadline for Defendants to respond to the Second Amended Complaint, should the Court grant Plaintiffs' Motion for Leave. While the Parties have not yet arrived at an agreed-upon form of stipulation, Defendants plan to work in good faith with Plaintiffs to reach agreement on a stipulation to be submitted to the Court shortly following the July 4th holiday.

Respectfully submitted,

*/s/ Gregg L. Weiner*
Gregg L. Weiner

cc:   All counsel (via ECF)