USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9-8-2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,

Plaintiffs,

v.

CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,

Defendants.

Case No. 1:21-cv-06598 (LAK)

### JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

**WHEREAS**, on January 6, 2022, Plaintiffs Edmar Financial Company, LLC, Irish Blue & Gold, Inc., and XTX Markets Limited (together, "Plaintiffs") filed an amended class action complaint (the "Amended Complaint") against Defendants Currenex, Inc., State Street Global Markets International Limited, Goldman Sachs & Co. LLC, HC Technologies, LLC, State Street Bank and Trust Company (collectively, "Defendants"), and John Doe Defendants 1-5 (Dkt. No. 41);

**WHEREAS**, on March 18, 2022, Defendants filed motions to dismiss the Amended Complaint (Dkt. Nos. 53, 56), which the Court granted in part and denied in part in an Opinion issued on May 18, 2023 (the "Opinion") (Dkt. No. 83);

**WHEREAS**, pursuant to the Opinion, Defendant State Street Global Markets International Limited ("SS Global") was dismissed from the action for lack of personal jurisdiction;

**WHEREAS**, on June 16, 2023, pursuant to the Opinion, Plaintiffs sought leave to file a Proposed Second Amended Complaint, Exhibit 1 to Dkt. No. 90, (Dkt. Nos. 89, 90);

**WHEREAS**, on July 6, 2023, the parties filed a Joint Stipulation and Proposed Order Regarding Plaintiffs' Second Amended Complaint (Dkt. No. 92), which this Court granted on July 7, 2023 (Dkt. No. 93), pursuant to which the parties agreed, in relevant part, that "Defendants [did] not oppose Plaintiffs' filing of the Second Amended Complaint, reserving any and all other rights in respect thereof," and that "[i]f SS Global moves to dismiss the Second Amended Complaint, the parties will meet and confer concerning a briefing schedule";

**WHEREAS**, on August 10, 2023, Plaintiffs filed their Second Amended Complaint (Dkt. No. 96);

**WHEREAS**, on August 17, 2023, SS Global filed a Motion to Dismiss the Second Amended Complaint Based on Lack of Personal Jurisdiction (Dkt. Nos. 99-101);

**WHEREAS**, on August 31, 2023, Plaintiffs filed an Opposition to SS Global's Motion to Dismiss the Second Amended Complaint Based on Lack of Personal Jurisdiction (Dkt. No. 106);

**WHEREAS**, counsel for the Plaintiffs and SS Global have met and conferred regarding a briefing schedule regarding SS Global's Motion to Dismiss the Second Amended Complaint; and

**WHEREAS**, there has been no prior request for an extension of briefing deadlines with respect to SS Global's Motion to Dismiss the Second Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the signatory parties, subject to the Court's approval, that:

1. SS Global's Reply Memorandum in Support of its Motion to Dismiss Based on Lack of Personal Jurisdiction will be filed on or before September 14, 2023.

-3-

      2.      Nothing in this stipulation prevents any party from seeking further extensions on the consent of the parties or from the Court.

IT IS SO ORDERED.

DATED: __9-8-2023_____    __/s/ Lewis A. Kaplan_____
                                                               THE HONORABLE LEWIS A. KAPLAN
                                                             UNITED STATES DISTRICT JUDGE

Dated: September 7, 2023
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Daniel L. Brockett*
Daniel L. Brockett
Steig D. Olson
Christopher M. Seck
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com
Email: steigolson@quinnemanuel.com
Email: christopherseck@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

RUDDY GREGORY, PLLC
Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: rnruddy@ruddylaw.com

*Counsel for Plaintiffs and the Proposed Class*

ROPES & GRAY LLP

*/s/ Gregg L. Weiner*
Gregg L. Weiner
Alexander B. Simkin
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-5000
Facsimile: (212) 596-9090
Email: gregg.weiner@ropesgray.com
Email: alexander.simkin@ropesgray.com

Robert G. Jones (*pro hac vice*)
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951 7000
Facsimile: (617) 951 7050
Email: robert.jones@ropesgray.com

Samer Musallam (*pro hac vice*)
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Email: samer.musallam@ropesgray.com

*Counsel for Defendant State Street Global Markets International Limited*

-5-

I, Gregg L. Weiner, am the ECF user whose username and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE. I hereby represent that all signatories to this document have concurred in this filing.

Dated: September 7, 2023
New York, New York

                                              ROPES & GRAY LLP

                                              */s/ Gregg L. Weiner*
                                              Gregg L. Weiner