# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| **AMERICAS**<br>NEW YORK<br>SAN FRANCISCO<br>SÃO PAULO<br>SILICON VALLEY<br>WASHINGTON, D.C.<br>**ASIA**<br>BEIJING<br>HONG KONG<br>SEOUL | One Liberty Plaza<br>New York, NY 10006-1470<br>T: +1 212 225 2000<br>F: +1 212 225 3999<br><br>clearygottlieb.com | **EUROPE & MIDDLE EAST**<br>ABU DHABI<br>BRUSSELS<br>COLOGNE<br>FRANKFURT<br>LONDON<br>MILAN<br>PARIS<br>ROME |

May 21, 2024

<u>VIA ECF</u>

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

  Re: *Edmar Financial Company, LLC, et al. v. Currenex, Inc., et al.*, Case No. 21-cv-06598

Dear Judge Kaplan:

  This firm represents Defendant Goldman Sachs & Co. LLC ("Goldman") in the above-captioned action. Pursuant to Your Honor's Individual Rules of Practice, we write briefly in follow-up to Plaintiffs' May 17, 2024 letter motion to compel Goldman to designate additional document custodians (the "Motion").

  Goldman and Plaintiffs have met and conferred and have reached agreement to resolve the Motion without further Court intervention. Plaintiffs have accordingly consented to withdrawal of the Motion without prejudice.

           Respectfully submitted,

           */s/ Carmine D. Boccuzzi, Jr.*
           Carmine D. Boccuzzi, Jr.

cc: Counsel of Record (via ECF)