**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 6/21/24

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

May 23, 2024

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We are counsel for Plaintiffs. Pursuant to the Court's Individual Rules, we write respectfully to request the Court direct Defendant HC Technologies, LLC ("HC Tech") and non-party Global Trading Systems ("GTS") to produce documents relating to the sale of HC Tech's foreign exchange assets to GTS. The parties have met and conferred but have reached impasse.

### Background

This is a putative class action on behalf of foreign exchange ("FX") trading platform customers, alleging claims for fraud, violations of antitrust law, RICO violations, and other claims against the FX trading platform company Currenex, Inc. and several market makers who acted as liquidity providers on the Currenex platform. HC Tech is one of the market maker Defendants. The complaint alleges that Currenex secretly gave super-priority trading privileges to HC Tech (and the other market maker Defendants), allowing HC Tech to jump in line and consummate trades without having to enter a competitive quote, thus ensuring that their orders were unfairly prioritized over the orders of other customers, damaging users of the Currenex platform.

Memorandum Endorsement        Edmar Fin.Co., LLCv.Currenex, Inc., 21-cv-6598 (LAK)

       The application is denied. The material sought is not relevant to any claim or defense that has been asserted in this case, Nor are plaintiffs entitled to pre-judgment asset discovery.

    SO ORDERED.

Dated:      June 21, 2024

                                      /s/     Lewis A. Kaplan
                                                 Lewis A. Kaplan
                                       United States District Judge