

**ROPES & GRAY LLP**
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

July 8, 2024

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

    We write on behalf of Defendant Currenex, Inc. ("Currenex") to inform the Court that we plan to submit a response to Plaintiffs' July 3 letter-motion (ECF No. 132) by the end of the day tomorrow. Pursuant to the Court's Individual Rules providing opposing parties two "business days" to respond to discovery disputes, we understand tomorrow to be the ordinary deadline (since July 4 and July 5 are Court holidays). However, out of an abundance of caution, to the extent July 5, 2024 could be considered a "business" day for the purposes of Your Honor's Individual Rules, we respectfully request leave to file a response to Plaintiffs' letter-motion by tomorrow.

Respectfully submitted,

*/s/ Alexander B. Simkin*
Alexander B. Simkin

cc: Counsel of record (via ECF)