UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Plaintiff,   Edmar Financial Company, LLC et al.

-v-

Defendant.   Currenex, Inc. et al.

-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/10/24
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE   7/10/24

21-cv-6598   (LAK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [x] Specific Non-Dispositive Motion/Dispute:*
  132, 133
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
- [ ] Settlement*
- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:
- [ ] All such motions:

*Do not check if already referred for general pretrial.

Dated   7/10/24

SO ORDERED
*[signature]*
United States District Judge