

## MEMO ENDORSED

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/24
```

November 19, 2024

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**VIA ECF**

The Honorable Henry J. Ricardo
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21D
New York, NY 10007

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Magistrate Judge Ricardo:

We write on behalf of Currenex, Inc. ("Currenex") to respectfully request an unopposed extension of the deadline to respond to Plaintiffs' letter-motion to compel (ECF No. 151) from November 21 to November 26. This is consistent with the (also unopposed) extension the Court approved in connection with a prior discovery dispute in this case. (ECF Nos. 136, 137).

Currenex believes that this extension is appropriate in order to assemble the appropriate evidence to show (i) the irrelevance of the requested information, and (ii) the significant undue burden associated with collecting it. This is Currenex's first request for an extension of time to respond to Plaintiffs' letter-motion.

Consistent with Your Honor's Individual Rule II(B)(1), Currenex tried to reach an agreement on a briefing schedule with Plaintiffs five days before Plaintiffs filed their letter-motion, in order to avoid burdening the Court with a separate request for an extension of time. Plaintiffs waited until after they filed their letter-motion to respond, but then agreed to the proposed schedule.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Alexander B. Simkin*
Alexander B. Simkin

Granted.

SO ORDERED

*[signature]*

LEWIS A. KAPLAN, USDJ

cc: Counsel of record (via ECF)

11/20/2024