**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

December 2, 2024

**BY ECF**

Honorable Henry J. Ricardo
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21D
New York, NY  10007-1312

Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Ricardo:

Plaintiffs respectfully request the Court's leave to file a brief reply in further support of Plaintiffs' pending motion to compel.  ECF No. 151.  Plaintiffs' proposed reply is attached hereto as Exhibit A.

Plaintiffs' motion explained why data from 2021 through 2023 is relevant and necessary.  In opposing the motion, Currenex admits that it previously committed fraud by using platform tiebreaking rules that were different than what it disclosed, but argues the Court should trust its representation that the fraud stopped some years prior to 2021.  In support of that argument, Currenex submitted a declaration that Plaintiffs had not seen before and thus have not had an opportunity to address.  That declaration, and the arguments made by Currenex based on the declaration, are misleading and miss the mark, for the reasons set forth in the proposed reply.

Respectfully submitted,

 /s/ Daniel L. Brockett

  Daniel L. Brockett
cc: Counsel of Record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH