USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDMAR FINANCIAL COMPANY, LLC, et al.,

Plaintiffs,

v.                                                          21-cv-6598 (LAK)

CURRENEX, INC., et al.,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

Plaintiff's request for a premotion conference with respect to a proposed motion to compel (Dkt 151) is treated as a motion to compel. The motion is granted to the extent that defendant shall produce transactional data for one year post-dating the filing of the initial complaint and otherwise denied. In all the circumstances, the Court is satisfied that the additional burden in such production is outweighed by the potential relevance of the data. On the other hand, it is unpersuaded that two years of additional data (rather than one year) warrants the extra time and expense of production. The Clerk shall terminate Dkt 151.

SO ORDERED.

Dated:        December 3, 2024

Lewis A. Kaplan
United States District Judge