UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 1:21-cv-06598 (LAK) |

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT SCHEDULE EXTENSION**

**WHEREAS**, on July 31, 2024, the parties in the above-captioned case filed a letter requesting the Court approve the jointly proposed modified scheduling order attached thereto as Exhibit A (ECF No. 142);

**WHEREAS**, on August 15, 2024, the Court entered an order granting the jointly proposed modified scheduling order (ECF No. 143);

**WHEREAS**, due to the complexities and data-driven nature of this case, the parties jointly request that certain Case Management Schedule dates be extended to permit time for the parties to complete discovery in advance of class certification briefing and any Daubert challenges;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the signatory parties, subject to the Court's approval, that the Case Management Schedule be modified to reflect the following extensions:[1]

| Event | Current Schedule | Proposed Extension |
|---|---|---|
| Fact discovery commences, and parties may serve discovery requests. | Friday, August 18, 2023 | n/a |
| Disclosure of witnesses covered by 26(a)(1)(A)(i) (in lieu of full Rule 26(a) disclosures). | Monday, August 21, 2023 | n/a |
| Parties to jointly submit to the Court proposed ESI order and proposed protective order. | Monday, August 28, 2023 | n/a |
| Parties to meet and confer regarding forms and types of structured/transactional data. | Monday, September 11, 2023 | n/a |
| Rolling productions of documents begin. | Saturday, November 18, 2023 | n/a |
| Deadline to add parties. | Monday, March 18, 2024 | n/a |
| Substantial completion of production of documents, including transactional data. | Tuesday, December 17, 2024 | n/a |
| Deadline for serving RFAs and interrogatories. | Friday, April 18, 2025 | Monday, August 18, 2025 |
| Completion of fact discovery, including all depositions of fact witnesses. | Monday, May 19, 2025 | Friday, September 19, 2025 |

---

[1] All interim deadlines other than class certification motions may be extended by agreement of the parties. *See* Endorsed Case Management Schedule (ECF No. 98).

| Event | Current Schedule | Proposed Extension |
|---|---|---|
| **Class certification motion due and supporting expert reports** due, including all data and code relied upon by Plaintiffs' experts. | Friday, July 18, 2025 | Tuesday, November 18, 2025 |
| **Class certification opposition and supporting expert reports** due, including all data and code relied upon by Defendants' experts. **Any Daubert challenges to Plaintiffs' class certification experts** due, including all data and code relied upon by Defendants' experts. | Tuesday, October 21, 2025 | ~~Monday, February 23, 2026~~ Dec. 23, 2025  *LAK* |
| **Class certification reply and any supporting reply expert reports** due, including all data and code relied upon by Plaintiffs' experts. **Plaintiffs' oppositions to any Daubert motions by Defendants** due, including all data and code relied upon by Plaintiffs' experts. **Any Daubert challenges to Defendants' class certification experts** due, including all data and code relied upon by Plaintiffs' experts. | Friday, December 19, 2025 | ~~Monday, April 20, 2026~~ Jan. 25, 2026  *LAK* |

-3-

| Event | Current Schedule | Proposed Extension |
|---|---|---|
| **Defendants' replies in support of Defendants' Daubert motions** due (including all data and code relied upon by Defendants' experts). **Defendants' oppositions to Plaintiffs' Daubert motions** due (including all data and code relied upon by Defendants' experts). | Tuesday, February 03, 2026 | ~~Wednesday, June 3, 2026~~ Feb. 6, 2026 |
| **Plaintiffs' replies in support of Plaintiffs' Daubert motions** due (including all data and code relied upon by Plaintiffs' experts). | Friday, March 06, 2026 | Feb. 13, 2026 ~~Monday, July 6, 2026~~ |
| Additional expert discovery. | Parties to confer and submit proposal within 30 days of class certification ruling. | Parties to confer and submit proposal ~~within 30 days of class certification ruling.~~ by Feb. 27, 2026 |
| Deadline for summary judgment motions. | Within 90 days of the close of expert discovery. | ~~Within 90 days of the close of expert discovery.~~ The later of (a) the 45th day after Feb. 13, 2026, and (b) the 45th day after the close of expert discovery. /s/ |

IT IS SO ORDERED.

DATED: 5/13/25

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

-4-

Dated: May 6, 2025
New York, New York

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ROPES & GRAY LLP |
|---|---|
| /s/ Daniel L. Brockett | /s/ Alexander B. Simkin |
| Daniel L. Brockett | Gregg L. Weiner |
| Thomas J. Lepri | Alexander B. Simkin |
| Christopher M. Seck | 1211 Avenue of the Americas |
| 51 Madison Avenue, 22nd Floor | New York, New York 10036 |
| New York, New York 10010 | Telephone: (212) 596-5000 |
| Telephone: (212) 849-7000 | Facsimile: (212) 596-9090 |
| Facsimile: (212) 849-7100 | Email: gregg.weiner@ropesgray.com |
| Email: danbrockett@quinnemanuel.com | Email: alexander.simkin@ropesgray.com |
| Email: thomaslepri@quinnemanuel.com | |
| Email: christopherseck@quinnemanuel.com | Robert G. Jones (*pro hac vice*) |
| | 800 Boylston Street |
| Jeremy D. Andersen (*pro hac vice*) | Boston, Massachusetts 02199 |
| 865 South Figueroa Street, 10th Floor | Telephone: (617) 951 7000 |
| Los Angeles, California 90017 | Facsimile: (617) 951 7050 |
| Telephone: (213) 443-3000 | Email: robert.jones@ropesgray.com |
| Facsimile: (213) 443-3100 | |
| Email: jeremyandersen@quinnemanuel.com | Samer Musallam (*pro hac vice*) |
| | 2099 Pennsylvania Avenue NW |
| RUDDY GREGORY, PLLC | Washington, DC 20006 |
| Mark Ruddy | Telephone: (202) 508-4600 |
| 1225 15th Street NW | Facsimile: (202) 508-4650 |
| Washington, DC 20005 | Email: samer.musallam@ropesgray.com |
| Telephone: (202) 797-0762 | |
| Facsimile: (202) 318-0543 | *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* |
| Email: mruddy@ruddylaw.com | |
| *Counsel for Plaintiffs and the Proposed Class* | |

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ

5/13/25

-5-

KATTEN MUCHIN ROSENMAN LLP

/s/ Peter G. Wilson
Peter G. Wilson
Christian T. Kemnitz
Elliott M. Bacon
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: christian.kemnitz@katten.com
Email: elliott.bacon@katten.com
*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

/s/ Carmine D. Boccuzzi Jr.
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*