UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>                Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>                Defendants. | Case No. 21-cv-06598<br><br>**DECLARATION OF DANIEL L. BROCKETT IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

I, DANIEL L. BROCKETT, submit this declaration pursuant to 28 U.S.C. § 1746, and declare under penalty of perjury as follows:

1. I am one of the Counsel for Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiffs' motion for leave to file the proposed Third Consolidated Amended Class Action Complaint ("TAC").

2. Attached hereto as Exhibit 1 is a true and correct copy of the proposed TAC.

3. Attached hereto as Exhibit 2 is a true and correct "redline" document, which identifies all changes in the proposed TAC as compared to the Second Amended Class Action Complaint (Dkt. No. 96).

I certify under the penalty of perjury the forgoing statements are true and correct.

Executed in New York, New York on this 16th day of May 2025.

                                                        */s/ Daniel L. Brockett*
                                                        Daniel L. Brockett