UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>　　　　　　　　　Defendants. | Case No. 21-cv-06598-LAK |

## NOTICE OF MOTION FOR ISSUANCE OF A LETTER OF REQUEST PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS DATED MARCH 18, 1970

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the Declaration of Daniel L. Brockett, dated June 23, 2025 ("Brockett Declaration"), Plaintiffs respectfully move this Court, before the Honorable Lewis A. Kaplan, on such date and at such time as the Court may direct, to issue a Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970 ("Letter of Request") for the production of documents and taking of testimony overseas, pursuant to 28 U.S.C. § 1781, Federal Rule of Civil Procedure 28(b), and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 74444, 23 U.S.T. 2555. The proposed Letter of Request is attached as Exhibit 1 to the Brockett Declaration.

2

DATED: June 23, 2025                             QUINN EMANUEL URQUHART &
                                                 SULLIVAN, LLP


                                                 By: */s/ Daniel L. Brockett*
                                                     Daniel L. Brockett
                                                     Quinn Emanuel Urquhart & Sullivan, LLP
                                                     295 Fifth Avenue
                                                     New York, NY 10016
                                                     Tel: 212-849-7000

                                                     *Counsel for Plaintiffs and the Proposed Class*