

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

June 30, 2025

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan,

We write on behalf of Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, HC Technologies, LLC, and Goldman Sachs & Co., LLC (collectively, "Defendants") in response to Plaintiffs' Motion for Issuance of a Letter of Request, Dkt. No. 177, in the above-captioned matter.

Defendants do not oppose issuance of Plaintiffs' proposed letter of request. Defendants reserve, and do not waive, any and all rights, including without limitation to question the witness, to object to any improper questions to the witness, and/or to raise any other proper objection or issue in the courts of the United Kingdom.

ROPES & GRAY LLP

- 2 - June 30, 2025

Respectfully submitted,

ROPES & GRAY LLP

*/s/ Alexander B. Simkin*
Alexander B. Simkin
Counsel for Defendants Currenex, Inc., State *Street Bank and Trust Company, and State Street Global Markets International Limited*

| KATTEN MUCHIN ROSENMAN LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| */s/ Peter G. Wilson*<br>Peter G. Wilson<br>*Counsel for Defendant HC Technologies, LLC* | */s/ Carmine D. Boccuzzi, Jr.*<br>Carmine D. Boccuzzi, Jr.<br>*Counsel for Defendant Goldman Sachs & Co., LLC* |

cc:  All Counsel of Record