UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>　　　　　　Defendants. | Case No. 1:21-CV-06598 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned action on behalf of defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited (the "Defendants").

PLEASE TAKE NOTICE that the Defendants do not waive, and expressly reserve, all of their rights and defenses, including all jurisdictional defenses.

Dated: July 7, 2025
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Brian R. Blais
　　　　　　　　　　　　　　　　　　　　Brian R. Blais
　　　　　　　　　　　　　　　　　　　　**ROPES & GRAY LLP**
　　　　　　　　　　　　　　　　　　　　1211 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 596-9757
　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 728-1822
　　　　　　　　　　　　　　　　　　　　Email: brian.blais@ropesgray.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

/s/ Brian R. Blais
Brian R. Blais