# EXHIBIT 1

**July 25, 2025 Deposition Transcript**