# EXHIBIT 2

**June 17, 2025 Deposition Transcript**