**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, New York 10016-7103| TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

July 25, 2025



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/29/25

**BY ECF**

The Honorable Lewis A. Kaplan
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21D
New York, NY 10007

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We write on behalf of Plaintiffs to request a brief extension of Plaintiffs' time to respond to the discovery motion filed Wednesday by Defendants. Dkt. 193. Plaintiffs respectfully request the Court's permission to file their response on Monday, July 28.

Plaintiffs have conferred with Defendants, who do not oppose this request.

Respectfully submitted,

/s/ Daniel L. Brockett

Daniel L. Brockett
cc: Counsel of Record

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ     07/29/25