UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants, | Case No. 1:21-CV-06598 |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF MARK S. GAIONI**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Mark S. Gaioni hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited in the above-captioned action.

Attached to this motion are: (1) Certificates of Good Standing issued within the past thirty days by the state of California and the Commonwealth of Massachusetts; (2) the declaration required pursuant to Local Rule 1.3(c); and (3) a proposed order granting admission.

Dated:  July 29, 2025

Respectfully Submitted,

ROPES & GRAY LLP

By: */s/ Mark S. Gaioni*
Mark S. Gaioni
10250 Constellation Boulevard
Los Angeles, CA 90067
Tel.: (310) 975-3274
Facsimile (310) 975-3371
mark.gaioni@ropesgray.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

**ALLISON S. CARTWRIGHT**
CLERK

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjcstate.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

July 25, 2025

Attorney Mark Seacord Gaioni
Michael Accardi
800 Boylston Street
Boston , MA  02199
michael.accardi@ropesgray.com

IN RE:   CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Mark Seacord Gaioni .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*Allison S. Cartwright*
Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance:  07/25/2025 07.24.2025
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 21, 2013**, said Court being the highest Court of Record in said Commonwealth:

## Mark Seacord Gaioni

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **twenty-fifth** day of **July**

in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 7/24/2025

**LICENSEE NAME:** Mark Seacord Gaioni

**LICENSEE BAR NUMBER:** 339118

**LICENSEE STATUS:** Active

**ADMIT DATE:** 11/18/2021

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Mark Seacord Gaioni's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants, | Case No. 1:21-CV-06598 |

**DECLARATION OF MARK S. GAIONI IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, MARK S. GAIONI, hereby declare as follows:

1)      I am an attorney with the law firm of Ropes & Gray LLP, 10250 Constellation Boulevard, Los Angeles, California 90067.

2)      I submit this declaration in support of the motion for admission *pro hac vice* as counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited in the above-captioned action.

3)      As shown in the attached Certificates of Good Standing, I am admitted and currently in good standing to practice law in the state of California and Commonwealth of Massachusetts.

4)      I have never been convicted of a felony.

5)      I have never been censured, suspended, disbarred, or denied admission or re-admission by any court.

6)      There are no disciplinary proceedings presently against me.

7)      I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2025                                  Respectfully Submitted,

                                                      ROPES & GRAY LLP

                                              By:     /s/ Mark S. Gaioni
                                                      Mark S. Gaioni
                                                      102050 Constellation Boulevard
                                                      Los Angeles, CA 90067
                                                      Tel.: (310) 975-3274
                                                      Facsimile: (310) 975-3371
                                                      mark.gaioni@ropesgray.com

                                                      *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC, STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants, | Case No. 1:21-CV-06598 |

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The motion of Mark S. Gaioni for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of California, and that his contact information is as follows:

>Mark S. Gaioni
>ROPES & GRAY LLP
>10250 Constellation Boulevard
>Los Angeles, CA 90067
>Tel.: (310) 975-3274
>Facsimile: (310) 975-3371
>mark.gaioni@ropesgray.com

2

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED:

Dated: _____       _____
                                                                                               The Honorable Lewis A. Kaplan, U.S.D.J.