Edit **UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5, <br><br> Defendants. | Case No. 21-cv-06598 |

**DECLARATION OF ALEXANDER B. SIMKIN IN SUPPORT OF THE**
**UNOPPOSED MOTION FOR ISSUANCE OF LETTER ROGATORY FOR**
**FORMER XTX EMPLOYEE JAN STROMME**

Pursuant to 28 U.S.C. § 1746, Alexander B. Simkin declares:

1.      I am over 18 years of age, and I understand the obligations of an oath.

2.      I am a partner at the law firm of Ropes & Gray LLP and counsel of record in this action to Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited.

3.      I make this Declaration in support of Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited's Unopposed Motion For Issuance of Letter Rogatory for Former XTX Employee Jan Stromme.

4.      I attach as Exhibits 1-5 true and correct copies of the following documents:

**Ex.   Document**

1    August 10, 2015 Currenex document entitled "Description of Services and Conflicts of Interest," referenced in Paragraph 100 of the Third Amended Complaint;

2    February 27, 2014 E-mail beginning with Bates Number XTX2006270;

3    March 5, 2013 E-mail beginning with Bates Number XTX2483528;

4    May 15, 2012 E-mail beginning with Bates Number XTX2467800; and

5    January 20, 2015 E-mail beginning with Bates Number XTX269108.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of August, 2025.

/s/ *Alexander B. Simkin*
Alexander B. Simkin
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: alexander.simkin@ropesgray.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

**<u>CERTIFICATE OF SERVICE</u>**

I, Alexander B. Simkin, hereby certify that on August 8, 2025, I filed the foregoing electronically with the U.S. District Court for the Southern District of New York using the CM/ECF system, and caused it to be served on all registered participants via the Notice of Electronic Filing.

<u>/s/ *Alexander B. Simkin*</u>
Alexander B. Simkin
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: alexander.simkin@ropesgray.com