# Exhibit 1

Global Markets

Currenex®
Description of Services and Conflicts of Interest

August 10, 2015



STATE STREET



Global Markets

# Table of Contents

Page

IMPORTANT INTRODUCTION  4

WHAT IS CURRENEX?  5

WHAT TYPES OF TRADING SERVICES ARE AVAILABLE TO SUBSCRIBERS?  5

WHAT TYPES OF INSTRUMENTS MAY BE TRADED ON CURRENEX?  9

DOES CURRENEX MARKET ITS ELECTRONIC TRADING PLATFORM TO HIGH FREQUENCY TRADING FIRMS OR ALLOW HIGH FREQUENCY TRADING FIRMS TO ACCESS CURRENEX?  10

WHAT ARE THE ROLES OF CURRENEX AND STATE STREET WITH RESPECT TO THE ELECTRONIC TRADING PLATFORM AND THE RELATED SERVICES?  10

ARE PRICES FROM ALL LIQUIDITY PROVIDERS SHOWN TO A SUBSCRIBER TRANSACTING THROUGH THE ANONYMOUS BILATERAL TRADING SERVICE?  11

TO WHOM DO SUBSCRIBERS HAVE CREDIT EXPOSURE WHEN THEY TRADE ON THE CURRENEX ELECTRONIC TRADING PLATFORM?  12

HOW DO PRICE AND TIME PRIORITY MATCHING WORK?  13

DO YOU MAKE AVAILABLE "LAST LOOK" FUNCTIONALITY TO SELL-SIDE SUBSCRIBERS?  13

WHAT TYPES OF FEES DO SUBSCRIBERS PAY TO USE THE VARIOUS SERVICES ON THE ELECTRONIC TRADING PLATFORM?  14

DOES CURRENEX LICENSE, SELL OR OTHERWISE USE OR DISTRIBUTE CURRENEX SUBSCRIBER DATA?  14

WHAT MARKET DATA IS AVAILABLE ON THE ELECTRONIC TRADING PLATFORM AND WHEN IS IT AVAILABLE?  15

DOES CURRENEX OFFER CO-LOCATION OR OTHER SERVICES THAT MAY HAVE AN IMPACT ON LATENCY?  16

DOES CURRENEX HAVE A PRIVATE LABEL SERVICE OFFERING? DO THESE PRIVATE LABEL PLATFORMS ACCESS THE CURRENEX ELECTRONIC TRADING PLATFORM AND, IF SO, HOW DOES THIS IMPACT AVAILABLE LIQUIDITY ON CURRENEX?  17

Information Classification: Limited Access

2

CXSSB00000122

**ARE THERE ADDITIONAL CONFLICTS OF INTEREST WITH RESPECT TO THE OPERATION OF THE CURRENEX ELECTRONIC TRADING PLATFORM THAT ARE NOT DISCUSSED ABOVE?**                                                              18

*Confidentiality*.  This document contains confidential and proprietary information of Currenex.  Currenex intends for this document to be for the benefit and internal use of, and distributed only to, actual and potential users of its currency management services, or their professional advisors, so that such recipients may obtain a more comprehensive understanding of the services and the actual or potential conflicts of interest associated therewith that have been identified in this document.  Each recipient shall keep this document confidential and shall not, without the prior written consent of Currenex, publish, redistribute, make available or otherwise disseminate this document to any other person.

*Important Notice – Basis of Dealing*.  In addition to your specific contractual arrangements with Currenex, the following sets forth the basis upon which Currenex will provide its electronic trading platform services. Your continued use of the Currenex services constitutes your consent to receive those services on such basis, notwithstanding any communication by you to Currenex to the contrary.

3

                                                                                      CXSSB00000123

# Currenex
# Description of Services and Conflicts of Interest

**IMPORTANT INTRODUCTION**

Currenex is an electronic trading platform offered and operated by Currenex, Inc. and State Street Global Markets International Limited, each of which are direct or indirect wholly owned subsidiaries of State Street Bank and Trust Company. The term "**Currenex**" in this document shall for all purposes mean the relevant entity that contracts with a subscriber to provide the electronic trading services in the relevant jurisdiction.  The term "**State Street**" in this document shall for all purposes mean State Street Bank and Trust Company and its affiliates other than State Street International and Currenex, Inc. Currenex strives to maintain an open and ongoing dialogue with its subscribers about actual and potential conflicts of interest associated with owning, offering and operating this electronic trading platform and the services provided by Currenex.

This document describes generally the services offered through the electronic trading platform, certain potential risks related to the use of the electronic trading platform, and actual or potential conflicts of interest that we have identified that may arise between Currenex or State Street and any subscribers to the electronic trading platform. The particular services you use and your specific contractual arrangements with Currenex will also affect your trading on the electronic trading platform and your relationship with Currenex, and your contractual arrangements may differ materially from the description in this document.

You may engage State Street or one of its affiliates to provide services other than the electronic trading platform services described herein, including, without limitation, agency securities lending, enhanced custody, principal or agency foreign exchange services, securities and futures brokerage or dealing, transition management, derivatives, custody, trustee, financing and advisory services.  Unless otherwise expressly agreed in writing, nothing in your contractual or other arrangements with Currenex with respect to the electronic trading platform described herein will be deemed to modify the terms or conditions of, or the relationship in which the parties act under, any other agreement between you and State Street or any of its affiliates with respect to any of these other services. Similarly, the terms on which Currenex provides its electronic trading platform services are established by the contractual arrangements between you and Currenex. Nothing in your other agreements or arrangements with State Street or any of its affiliates with respect to any of these other services, including, without limitation, any custody or trustee services that may be provided to you, will be deemed to modify the terms or conditions of, or the relationship in which the parties act under, any agreement or arrangement between you and us in relation to the electronic trading platform services described herein.  Without limiting the generality of the foregoing, the status of State Street or one of its affiliates as a fiduciary to you under any other contractual arrangement or service will not imply a similar relationship or obligation with respect to the electronic trading platform services described herein. State Street and its affiliates, each in its capacity as a provider of such other services, may charge you fees, including transaction-based fees, as may be agreed by you or your independent fiduciaries or agents from time to time.  Our client service representatives are available to answer or arrange an answer to any questions you may have regarding the electronic trading platform described herein or your particular arrangements with Currenex.

**While Currenex has attempted to identify in this document the material conflicts of interest that may arise between subscribers to the electronic trading platform or between Currenex or State Street and any such subscribers to the electronic trading platform, Currenex may not have identified all such conflicts of**

4

CXSSB00000124

interest, and other conflicts of interests may arise in the future.  In addition, there cannot be any assurance that every actual or potential conflict of interest identified will be mitigated or eliminated.

Your use of the electronic trading platform and services thereunder offered by Currenex will be deemed to constitute your consent for Currenex to provide such electronic trading platform and services thereunder to you even though the actual or potential conflicts of interest described herein in relation to such electronic trading platform and services may exist.

## WHAT IS CURRENEX?

Currenex is an electronic trading platform that offers trading in foreign currencies and metals, and enables subscribers to place orders and rate requests for loans and deposit transactions.  Currenex is offered in the United States and in certain regions throughout Asia Pacific and the Middle East by Currenex, Inc., and in the European Economic Area by State Street Global Markets International Limited. Currenex, in its capacity as the owner and operator of the electronic trading platform, is neither a principal counterparty to, nor an agent for or on behalf of, a subscriber.

## WHAT TYPES OF TRADING SERVICES ARE AVAILABLE TO SUBSCRIBERS?

The primary trading services offered on Currenex include those set forth below.  In order to use any of the trading services offered on Currenex, a subscriber must have a trading relationship with another subscriber, either directly or through a prime brokerage arrangement.  The subscribers on our electronic trading platform (which include banks, hedge funds, corporates, brokers, asset managers and other financial institutions) generally are either buy-side or "price taking" subscribers or sell-side or "price making" liquidity providers, although some financial institutions may engage in both price taking and price making activities.  State Street is one of many institutions that acts as both a price taker and a price making liquidity provider on the electronic trading platform.

There are two different types of direct trading models available through Currenex: Request for Quotes and Executable Streaming Prices®. Our subscribers elect which trading model to utilize based on their trading strategies and bilateral trading relationships.

*Request for Quotes Trading Model.*  Using this model, buy-side subscribers may transmit a request for a quote for foreign currency spot, forward and swap transactions and spot metal transactions (currently gold, silver, platinum and palladium) to one or more designated counterparties for which they have notified us that they have a pre-existing, underlying trading relationship.  The electronic trading platform transmits the request for quote to all designated sell-side subscribers, each of which must have been previously approved by the relevant buy-side subscriber.  The electronic trading platform transmits to the buy-side subscriber all responses to its request for quote.  The sell-side subscribers receiving the request for quote must submit their price quotes within a four minute window, commencing on the buy-side subscriber's initiation of the request for quote.  During this window, the sell-side subscribers may continually update or otherwise withdraw their price quotes.  The buy-side subscriber may subsequently use the electronic trading platform to transmit its acceptance of a price quote to the relevant counterparty.  No transaction occurs unless and until the buy-side subscriber selects a price quote and the relevant sell-side subscriber confirms acceptance of the resulting transaction.  Upon the earlier of the execution of a transaction or the expiration of the four minute window referenced above, the remaining price quotes are automatically withdrawn by the electronic trading platform.

*Executable Streaming Prices® Trading Model.* Using this model, buy-side subscribers may be configured to receive a stream of executable price quotes for transactions in spot foreign currency or spot metal from one or more sell-

5

CXSSB00000125

side subscribers to the extent each underlying subscriber has notified us that they have a pre-existing, underlying trading relationship with one another. The electronic trading platform receives ongoing streaming price quotes for spot foreign currency and, where applicable, spot metal transactions from the designated sell-side subscribers and transmits them to the buy-side subscriber. Each streaming price quote provided by a sell-side subscriber also indicates the volume of the currency that is executable at that particular rate. The buy-side subscriber may use the electronic trading platform to transmit its acceptance of any streaming price quote to the sell-side subscriber. No transaction will occur unless and until the buy-side subscriber accepts a price quote and the relevant sell-side subscriber confirms acceptance of the resulting transaction. This service also offers certain common trading algorithms, such as time weighted average pricing, and supports various order types, including (i) market orders; (ii) limit orders and (iii) stop-loss and stop-limit orders.

The Request for Quotes and Executable Streaming Prices direct trading models are used in each of the two trading services available on Currenex, which are the fully disclosed direct service and the anonymous bilateral trading service.

*Fully-Disclosed Direct Service*. This service is available for trading in the specified instruments in foreign currencies and metals described below. This service allows subscribers to transmit orders to and enter into transactions with other subscribers, on a fully-disclosed pre-trade basis, to the extent that both subscribers have notified us that they have a pre-existing, underlying trading relationship with one another. Generally, this service facilitates trading between institutional buy-side subscribers, such as asset managers and corporates and other similar end users, and sell-side subscribers that act as liquidity providers to other subscribers on the electronic trading platform. The settlement of all such transactions occurs outside the electronic trading platform directly between the two counterparties to the trade and does not involve Currenex or State Street, except, in the case of State Street, where State Street is acting in its capacity as a subscriber and is a principal counterparty to a transaction or in its capacity as a custodian and is facilitating the settlement of a transaction. This service does not entail the use of a central counterparty.

*Anonymous Bilateral Trading Service*. This service does not involve the buy-side and sell-side subscribers transacting directly with one another. Instead, the subscribers to this service submit requests for quotes or receive executable streaming price quotes for spot foreign currency and spot metal transactions on an anonymous basis from sell-side subscribers on the electronic trading platform, including State Street. The subscribers using this service are also able to execute against resting orders (e.g. limit orders) submitted by other subscribers on the electronic trading platform. The functionality that allows this service to display resting orders input into the electronic trading platform by other subscribers on an anonymous basis is referred to as "orders crossing orders". In general, any price quotes input into the electronic trading platform by a subscriber are transmitted by the electronic trading platform to other subscribers without modification. In certain circumstances, where agreed with the relevant subscriber, the request for quote prices, resting orders and executable streaming price quotes made available by or to a particular subscriber through the anonymous bilateral trading service may be modified to include an agreed upon spread (e.g., a buy-side subscriber may request that all price quotes it receives from sell-side subscribers include an agreed spread). This additional spread may be added, for example, when the relevant subscriber has agreed with us to build its subscription fees into the transaction price rather than receive a separate invoice. The addition of an agreed upon spread in these circumstances is not disclosed to any other subscriber. In such circumstances, the spread is ultimately paid to Currenex.

The number and source of executable streaming price quotes or "liquidity" available under this service will vary from subscriber to subscriber as described in more detail in the section entitled "*Are Prices From All Liquidity Providers Shown To A Subscriber Transacting Through the Anonymous Bilateral Trading Service?*".

6

CXSSB00000126

The execution and settlement of transactions entered into through this service occurs in one of two ways: (i) through a central counterparty, which is referred to as the central counterparty model or (ii) through the existing bilateral trading relationships between subscribers or, if applicable, their designated prime brokers, which is referred to as the hybrid bilateral clearing model.  The central counterparty model supports transactions in both spot foreign exchange and spot metals.  The hybrid bilateral clearing model currently supports only spot foreign exchange transactions.

The determination as to whether a spot foreign exchange transaction will be executed and settled through the central counterparty model or the hybrid bilateral clearing model is made in the following manner. If the transaction on the anonymous bilateral trading service involves executable streaming price quotes or resting orders and each of the two counterparties to the anonymous transaction (or, if applicable, their designated prime brokers) have otherwise notified us that they (i) consent to the use the hybrid bilateral clearing model for their transactions, (ii) have a pre-existing, underlying trading relationship and (iii) there is sufficient credit available under that trading relationship at the time of the transaction, the electronic trading platform will by default execute and settle the transaction using the hybrid bilateral clearing model. In all other cases involving executable streaming price quotes or resting orders, the electronic trading platform will execute and settle the transaction using the central counterparty model.  If the transaction on the anonymous bilateral trading service involves a request for quote, the electronic trading platform will currently only execute and settle the transaction through the central counterparty model.  We may alter these default arrangements in the future without notice to any subscriber and any failure to apply the current default arrangement in any specific transaction shall not constitute a failure of the system to operate as contracted with any subscriber.

Under the central counterparty model, we pay the central counterparty a fee for executing and settling each transaction.  We do not pay any such fee if the transaction is executed and settled using the hybrid bilateral clearing model, and, consequently, the hybrid bilateral clearing model is more economically advantageous to Currenex.

The following is a more detailed description of the central counterparty model and the hybrid bilateral clearing model.

*Central Counterparty Model*.  If a transaction is to be executed and settled through the central counterparty model, upon the election of a subscriber to enter into a transaction at a quoted price, the system will cause the central counterparty to enter into two separate transactions, acting as counterparty to both the subscriber submitting or "making" the price to the electronic trading platform (or such subscriber's prime broker, if any) and the subscriber "taking" that price quote (or such subscriber's prime broker, if any).  Each transaction executed and settled through the central counterparty model will be executed at the same price, except as set forth above with respect to subscribers that have agreed with us to build its subscription fees into the transaction price rather than receive a separate invoice.  The central counterparty assumes credit risk, but not market risk, with respect to transactions executed on the electronic trading platform.

Neither State Street nor any of its affiliates currently acts as the central counterparty in connection with this service. As of the date of this document, there is only one central counterparty, JPMorgan Chase Bank. We may in the future introduce or substitute another entity as a central counterparty and any entity may cease acting as a central counterparty at any time.  In exchange for serving as the central counterparty, we pay the central counterparty a per transaction fee for each transaction the central counterparty enters into under this service in its role as central counterparty and reimburse the central counterparty for its related

7

CXSSB00000127

clearing costs for foreign exchange transactions cleared through CLS Bank International. In certain circumstances, the payment of these fees is waived by the central counterparty.

Each subscriber is responsible for evaluating the creditworthiness of each of their counterparties, including any central counterparty and, if applicable, their prime broker and ensuring that they are in compliance with any credit or daily settlement limits imposed on them by any such counterparty or by any regulatory authority. We refer you to the section herein entitled "*To Whom Do Subscribers Have Credit Exposure When They Trade On The Currenex Electronic Trading Platform?*" for more information.

*Hybrid Bilateral Clearing Model*. If a transaction is to be executed and settled using the hybrid bilateral clearing model, upon the election of a subscriber to enter into a transaction at a quoted price, the system will, depending on the number of prime brokerage relationships involved, create two or more separate transactions in a manner that seeks to preserve the anonymity between the price making subscriber and the price taking subscriber. Specifically, where the designated prime broker of a price taking subscriber has a pre-existing trading relationship with the designated prime broker of the price making subscriber, three transactions will be entered into: (i) one between the price taking subscriber and its designated prime broker, (ii) one between the designated prime broker of the price taking subscriber and the designated prime broker of the price making subscriber and (iii) one between the price making subscriber and its designated prime broker. In situations where the price taking subscriber and the price making subscriber share the same designated prime broker (or where the designated prime broker of one of the subscribers has a direct trading relationship with the other subscriber), then only two transactions will be entered into with the designated prime broker, similar to the central counterparty model. Our electronic trading platforms monitors the credit limits between subscribers, between subscribers and their designated prime brokers and between two prime brokers, as applicable. We refer you to Exhibit A to this document for a diagram of the hybrid bilateral clearing model.

The settlement of all transactions using the anonymous bilateral trading service, whether executed through the central counterparty model or the hybrid bilateral clearing model, occurs outside the electronic trading platform directly between the counterparties to each of the relevant transactions, as with the direct trading model.

The anonymous bilateral trading service also supports a large order functionality using the executable streaming price quotes trading model. This functionality allows sell-side subscribers to provide executable streaming price quotes for amounts of significant size that can only be accepted by a buy-side subscriber in full at the volume of currency indicated.

*Loan and Deposit Request for Quote Service*. This service, which uses only the request for quote direct trading model, allows subscribers to transmit and receive requests from multiple bank counterparties for interest rate quotes for term deposits and loans and to place orders to accept any such quotes received. This service does not allow for the actual transfer of funds for deposit or the entering into of any loan, but instead facilitates the transmission, receipt and acceptance of interest rate quotes for loan and deposit transactions between a financial institution and a buy-side subscriber.

*Other Technology Services*. We also offer subscribers several technology services that may be used in conjunction with the electronic trading platform. These services generally are provided by us or our affiliates to subscribers for a fee that is in addition to the per transaction fees and subscription and related fees paid to obtain access to the electronic trading platform. The amount of the fees payable by a particular subscriber for these other services varies by the type of subscriber, the types of other services to which the subscriber has selected access and other

8

                                                                                                          CXSSB00000128

factors, including, without limitation, the volume of transactions executed by the subscriber on the electronic trading platform during the billing period and the overall commercial relationship of that subscriber with State Street and its affiliates. For example, we offer access to an electronic trade matching and confirmation system made available through an affiliated technology platform. This trade matching and confirmation system is intended to allow a subscriber to match and confirm, on a real-time basis, its executed transactions with its counterparties. We refer you to the section entitled "*Does Currenex Market Its Electronic Trading Platform To High Frequency Trading Firms Or Allow High Frequency Trading Firms To Access Currenex?*" for a description of other technology services that we offer subscribers.

*Prime Brokerage Arrangements.* The electronic trading platform supports prime brokerage arrangements, which allow a prime broker to authorize another subscriber, subject to designated limitations, to enter into transactions on its behalf with a counterparty using the electronic trading platform and "give-up" those transactions to the prime broker. The prime broker is responsible for, and liable for any errors related to, managing the credit and other limitations that it has in place with each subscriber that it has authorized to act on its behalf on the electronic trading platform.

*Private Label Service.* We offer a private label service through which third parties offer in their name, or "white label", certain of the services offered on the electronic trading platform and make those services available to their underlying customers. For a more detailed description of this service, we refer you to the section entitled "*Does Currenex Have A Private Label Program? How Does This Impact Available Liquidity On the Electronic Trading Platform?*".

*Unique Client Identifiers.* We seek to assign each subscriber on the anonymous bilateral trading service a unique numerical identifier. These unique numerical identifiers appear in post-trade reports provided by Currenex to the party acting as the liquidity provider in a given transaction. While the unique numeric identifier does not disclose the name of the subscriber taking the liquidity, it may provide the liquidity provider with some insight into the trading patterns of that particular counterparty, thereby enabling the liquidity provider to seek to maximize the profitability of its trading activity on the electronic trading platform by more effectively and consistently managing its anonymous trading relationships and aligning its overall liquidity profile with its trading preferences and requirements. Each subscriber will be notified prior to an identifier being assigned to that subscriber, following which the subscriber may elect to opt out of being assigned such an identifier.

## WHAT TYPES OF INSTRUMENTS MAY BE TRADED ON CURRENEX?

With respect to foreign currencies, Currenex supports the execution of spot, deliverable forward and swap transactions in certain currency pairs. The electronic trading platform also supports the execution of non-deliverable forward foreign exchange transactions outside of the United States between subscribers that are not U.S. Persons, as that term is currently defined in the Interpretive Guidance and Policy Statement Regarding Compliance with Certain Swap Regulations issued by the United States Commodity Futures Trading Commission, as may be amended or further interpreted from time to time.

With respect to metals, Currenex supports the execution of spot transactions only in gold, silver, platinum and palladium as the date of this disclosure statement.

With respect to loan and deposits, Currenex supports a request for quote model allowing a buy-side subscriber and its bank to agree on an interest rate for a proposed loan or deposit in any currency supported on the electronic trading platform.

9

CXSSB00000129

**DOES CURRENEX MARKET ITS ELECTRONIC TRADING PLATFORM TO HIGH FREQUENCY TRADING FIRMS OR ALLOW HIGH FREQUENCY TRADING FIRMS TO ACCESS CURRENEX?**

Currenex allows subscribers to connect to the electronic trading platform through a graphical user interface or through an application programming interface, and generally supports both manual and algorithmic trading functionality of its subscribers.  Although there is also no clear definition as to what constitutes a "high frequency" trading firm, as distinct from other forms of automated electronic trading, Currenex believes there are many subscribers that employ algorithmic trading strategies on Currenex that would commonly be referred to as high frequency trading. We do not know, however, the underlying origin of all orders sent by our subscribers to Currenex and, accordingly, there may be other subscribers (or underlying customers of those subscribers) that would be considered to be high frequency trading firms.

The term "high frequency" trading is often associated with increased liquidity and reduced pricing spreads on electronic trading platforms in normal market conditions. However, some market commentators have questioned whether high frequency trading firms engage in practices that disrupt markets in ways that are disadvantageous to other market participants. As reflected in a recent report by the Bank for International Settlements on high frequency trading in the foreign exchange market, although high frequency trading firms may enter into a large number of foreign exchange  transactions on any particular trading day, those transactions typically are for small notional amounts.   These high frequency trading firms also typically seek to close out all of their open foreign exchange positions by the end of each trading day. Accordingly, their business operations generally do not create a natural demand for foreign currency transactions and, in times of significant market volatility, these high frequency trading firms may be more likely to cease providing liquidity on our electronic platform or, more generally, in the foreign exchange markets. This may have the effect of decreasing available liquidity and increasing price spreads on our electronic platforms in times of significant market volatility.  In addition, high frequency trading is typically associated with low latency connectivity.  The speed at which high frequency trading firms or other subscribers employing low latency technologies quote and execute foreign exchange transactions operates as a competitive advantage over other subscribers utilizing high latency connectivity methods in terms of selecting or withdrawing displayed prices on an electronic trading platform.  The high frequency trading firms that act as liquidity providers by streaming executable price quotes on our electronic trading platform may also use the "last look" functionality described under the section herein entitled "*How Do Price And Time Priority Matching Work?*".

**WHAT ARE THE ROLES OF CURRENEX AND STATE STREET WITH RESPECT TO THE ELECTRONIC TRADING PLATFORM AND THE RELATED SERVICES?**

We own, offer and operate the electronic trading platform.  In this capacity, we provide each subscriber the information necessary to access the electronic trading platform, including, but not limited to, application programming interfaces.  We may also assist a subscriber with the installation and set-up of any application programming interface and any related software.  Neither we nor any of our affiliates is liable or responsible for any inability of a subscriber to access the electronic trading platform or for any system unavailability, whether as a result of any error, malfunction or system outage relating to the electronic trading platform or any system interfaces, including any third party system used by a subscriber to access the electronic trading platform or any application or other interface with respect to which we assisted in the installation.  We have no obligation or liability in respect of, nor will we be responsible for, or otherwise deemed to guarantee, the performance of any transaction entered into by a subscriber with any other subscribers, including the central counterparty and, if applicable, any prime broker, through the use of the electronic trading platform.

10

 CXSSB00000130

Separately, State Street and certain of its affiliates other than Currenex act as both a price taking and price making subscriber on Currenex.  In these circumstances, State Street and these affiliates will enter into transactions as principal, and thus will be a principal counterparty to any transaction it enters into on the electronic trading platform. Neither State Street nor any of these affiliates will be acting as agent for, or have any obligation or duty to act in the best interest of, any other subscriber with which it enters into foreign exchange or other transactions on the electronic trading platform.  In addition, neither State Street nor any of its affiliates have any obligation to provide or maintain any level of liquidity on Currenex.  State Street and its affiliates will seek to earn a profit from their foreign exchange trading activity on the electronic trading platform.  If State Street or any of its affiliates enter into a foreign exchange transaction on Currenex, Currenex will receive fees from both State Street or such affiliate, on the one hand, and the other subscriber participating in that transaction, on the other hand.  Accordingly, State Street and its affiliates have a financial incentive to encourage their potential counterparties to trade on Currenex.

**ARE PRICES FROM ALL LIQUIDITY PROVIDERS SHOWN TO A SUBSCRIBER TRANSACTING THROUGH THE ANONYMOUS BILATERAL TRADING SERVICE?**

The liquidity configuration under the anonymous bilateral trading service will vary from subscriber to subscriber. All resting orders input into the anonymous bilateral trading service by subscribers are available to all other subscribers at all times, subject to applicable credit limits or a request by a subscriber that it not receive such resting order liquidity.  In contrast, the executable streaming price quotes or "streaming liquidity" submitted to the anonymous bilateral trading service by a particular liquidity provider on the electronic trading platform may not be available to all subscribers using this service.  The number and nature of the streaming liquidity available to any particular subscriber under the anonymous bilateral trading service will be based on a number of factors as described below.

In the absence of any specific request for a more or less expansive liquidity configuration, each new subscriber typically will receive executable streaming price quotes from no fewer than three liquidity providers, one of which will likely be State Street or one of its affiliates, and one or more of which may be high frequency trading firms.  Due to the nature of the anonymous bilateral trading service, subscribers do not know the identity of, and are not permitted to request executable streaming price quotes from, specific liquidity providers. The actual number of executable streaming price quotes received varies by subscriber, and similarly situated subscribers will not necessarily receive the same number of executable streaming price quotes or executable streaming price quotes from the same set of liquidity providers.

We retain the discretion to determine the streaming liquidity that will be allocated to a particular subscriber on the platform at the time of on-boarding, and to modify that allocation at any time and from time to time.  We consider the following factors, among others, when initially allocating or dynamically managing the liquidity configuration of any particular subscriber: (i) our understanding, which may not be complete, of that subscriber's execution requirements and preferences, including, without limitation, the subscriber's tolerance for execution rejection, requested fill speed and currency pair coverage; (ii) any specific instructions provided to us by that subscriber from time to time with respect to its liquidity configuration; (iii) the speed and type of the subscriber's connection to the service and (iv) the  type or nature of the counterparty to which a liquidity provider intends the streaming liquidity to be made available on the electronic trading platform and (v) any restrictions identified to us over time by those liquidity providers in response to what they perceive as abusive or disruptive trading patterns of that particular subscriber or other subscribers on the electronic trading platform or otherwise. Our evaluation of these and other factors, as applicable, in the exercise of our discretion may differ from any one or more subscribers' evaluation of these same factors and may also differ across different subscribers. The factors that we consider also may not be all of the factors relevant or important to any particular subscriber.

11

CXSSB00000131

Some of the additional factors that may affect the liquidity configuration of any particular subscriber from time to time include, without limitation, the subscriber's trading relationships (e.g., if a subscriber receives prices directly from a given liquidity provider outside of the anonymous bilateral trading service, it may be configured not to receive prices from that liquidity provider within the anonymous bilateral trading service) and the availability and usage of credit lines, either at a notional level or by currency pair, between (i) the central counterparty and either that particular subscriber (or, if relevant, its designated prime broker) or the various liquidity providers, (ii) the subscriber and its designated prime broker and (iii) the designated prime broker and the opposing subscriber or its designated prime broker, as applicable.

We use transaction data as part of an automated process that adjusts liquidity configurations on the anonymous bilateral trading service based on the notional amount of credit available to a subscriber.  For example, if a subscriber reaches the credit or daily settlement limit imposed by a central counterparty or a designated prime broker, one or more of the executable streaming price quotes within a liquidity configuration may be automatically suspended until such credit or settlement limit is once more available.

The number and source of liquidity providers available in the liquidity configuration of a particular subscriber will impact the pricing available to that subscriber. We seek to inform each subscriber of the number of liquidity streams available in its liquidity configuration on at least an annual basis and to timely inform each such subscriber of any subsequent material change in their liquidity configuration. The actual number of liquidity providers in the liquidity configuration of any particular subscriber could over time become as low as one based on the exercise of our discretion and any subscriber specific instructions, in each case as described above. The consequence of any decision by us on the liquidity configuration for a particular subscriber, whether based on specific instructions of that subscriber or one or more liquidity providers on the electronic trading platform or on the exercise of our discretion or on any of the other factors described above, may result in that subscriber not receiving the best price quote available at any given time on the electronic trading platform through the anonymous bilateral trading service. There also may be, for example, price quotes for a specific currency pair on the electronic trading platform at any given time that are not available to a particular subscriber given its liquidity configuration. In these circumstances, the subscriber would not receive all prices quotes, or all price quotes in a currency pair, available through Currenex. Moreover, because our electronic trading platform is not the only source for liquidity in the foreign exchange marketplace, the best overall market rate may not be available on our electronic trading platform.

In addition to the factors discussed above that impact a subscriber's liquidity configuration, the liquidity on our electronic trading platform will change over time depending on a number of factors beyond our control, including but not limited to economic and market forces impacting trading in foreign exchange and metals and interest rates for loans and deposits. In addition, recent regulatory developments relating to the global foreign exchange market and electronic trading platforms, both of which are currently only lightly regulated, will likely impact the breadth and nature of the liquidity on Currenex.

In addition, as we are not currently a regulated trading platform, we are not required to develop, and have not developed, a rule book pursuant to which we monitor or survey the marketplace for manipulative or disruptive behavior. Consequently, subscribers should adopt their own procedures for evaluating whether our electronic trading platform is an appropriate choice for their foreign exchange and metals execution requirements

**TO WHOM DO SUBSCRIBERS HAVE CREDIT EXPOSURE WHEN THEY TRADE ON THE CURRENEX ELECTRONIC TRADING PLATFORM?**

12

    CXSSB00000132

In our capacity as the owner and operator of the electronic trading platform, we are neither a principal counterparty to nor an agent acting for and on behalf of a subscriber. As such, subscribers do not enter into transactions with, and do not have credit exposure to, Currenex. Those subscribers transacting through the fully disclosed direct services will have credit exposure to their direct counterparty or, where subscribers are using a prime broker, to their prime broker. Those subscribers transacting through the anonymous bilateral trading service have credit exposure to either the entity serving as the central counterparty for that instrument or to the prime broker of the anonymous counterparty or, where subscribers are using a prime broker, to their designated prime broker.

The subscribers are responsible for evaluating the creditworthiness of each of their counterparties, including the central counterparty and, if applicable, their prime broker, ensuring that they are in compliance with any credit or daily settlement limits imposed on them by any counterparty, including their prime broker, and enforcing any applicable credit or daily settlement limits imposed on any of their counterparties. We are not responsible for providing any subscriber with information as to the creditworthiness of any counterparty, including the central counterparty and, if applicable, their prime broker, or otherwise evaluating the creditworthiness of or the advisability of entering into a transaction with a counterparty or the use of our electronic trading platform as compared to other alternatives. In addition, we are not responsible for monitoring or ensuring the performance of the obligations of any counterparty under any transaction executed on the electronic trading platform..

## HOW DO PRICE AND TIME PRIORITY MATCHING WORK?

We provide central limit order book and request for quote style price discovery and matching as part of our anonymous bilateral trading service. In the central limit order book, the electronic trading platform commingles participants' resting orders (e.g., orders crossing orders) with executable streaming price quotes submitted from certain liquidity providers, which as described above will vary from subscriber to subscriber. The matching priority with respect to an acceptance of any price quote is based on price and, if prices are identical, then on a "first in, first out" basis depending on whether the price quote is "firm" (i.e., the price quote is not subject to "last look" functionality) or subject to "last look" functionality. Those price quotes that are "firm" take priority in the "first in, first out" determination over price quotes that are subject to last look functionality. We refer you to the section entitled "*Do You Make Available "Last Look" Functionality to Sell-Side Subscribers?*" for more information on the "last look" functionality available on Currenex.

With respect to the request for quote style offering under the central counterparty model, a subscriber can submit a request for a four minute stream of executable streaming price quotes for a specific transaction request (e.g., volume and currency pair). In this circumstance, there may be multiple liquidity providers that respond to the request through the central counterparty, but the electronic trading platform will at any one time only display to the requesting subscriber the best price quote available from the multiple streams provided by these liquidity providers.

## DO YOU MAKE AVAILABLE "LAST LOOK" FUNCTIONALITY TO SELL-SIDE SUBSCRIBERS?

Yes. We make available to sell-side subscribers a "last look" functionality. This functionality is available to sell-side subscribers in all direct trading models (e.g., Request for Quote and Executable Streaming Prices). The term "last look" refers to functionality whereby a sell-side subscriber is provided the opportunity, after a buy-side subscriber has accepted a price quote, to confirm that it remains willing to execute a transaction at that quoted rate. With respect to executable streaming price quotes, the sell-side subscriber generally has no more than two seconds, or such other shorter period of time determined from time to time by us with respect to a particular trading model, to either confirm or reject the acceptance of the foreign exchange transaction at the quoted rate. With respect to request-for-quote prices, the sell-side subscriber generally has no more than eight seconds, or such other shorter

13

period of time determined from time to time by us with respect to a particular trading model, to either confirm or reject the acceptance of the foreign exchange transaction at the quoted rate. If the sell-side subscriber rejects or does not otherwise confirm acceptance of the transaction within this period, the electronic trading platform will not execute a transaction between the two subscribers. The sell-side subscriber is not permitted to stream the same price quote to any other subscriber on the electronic trading platform while that particular price quote is the subject of the last look process. The last look functionality is typically used by sell-side subscribers seeking to manage the market risk associated with executing foreign exchange or other transactions across a number of execution venues, including  proprietary and third party electronic execution platforms. The last look functionality is intended to enable sell-side subscribers to (i) provide over multiple electronic platforms executable streaming price quotes with tighter bid offer spreads than otherwise would be available without this functionality, (ii)  engage in pre-transaction credit checks on counterparties with which it has trading relationships across multiple execution venues and (iii) protect against certain types of trading practices typically associated with high frequency trading firms.  This last look functionality will likely result, therefore, in buy-side subscribers from time to time being unable to execute at one or more prices quoted on our electronic trading platform. The last look functionality is only available to sell-side, or "price making", liquidity providers.  No subscriber should assume that a foreign exchange or other transaction has been entered into on the electronic trading platform unless and until it receives a system confirmation to that effect.

Although our sell-side subscribers are expected to submit price quotes to the electronic trading platform in good faith, we are not able to confirm the actual basis on which those subscribers submit their price quotes.  Currenex does, however, monitor the frequency with which sell-side subscribers reject accepted price quotes using the last look functionality, and that information is a factor in determining the allocation of streaming liquidity to buy-side subscribers on the anonymous bilateral trading service, as described in the section above entitled "*Are Prices From All Liquidity Providers Shown To A Subscriber Transacting Through The Anonymous Bilateral Trading Service.*"

### WHAT TYPES OF FEES DO SUBSCRIBERS PAY TO USE THE VARIOUS SERVICES ON THE ELECTRONIC TRADING PLATFORM?

The subscribers each pay per-transaction fees that generally are formulated as a stated dollar amount per million dollars in underlying transaction volume.  In addition, they may also pay a one-time set up fee and other miscellaneous charges depending on the services selected.  The transaction fees and other charges payable by any particular subscriber may be different than those paid by other subscribers and are generally set forth on the negotiated fee schedule of the applicable subscriber agreement.

We also assess additional charges for the use by a subscriber of any additional functionality available through the electronic trading platform.  This additional functionality may include, inter alia, (i) the use of the direct trading service when the subscriber was previously using only the anonymous bilateral trading service, (ii) systems integration products and services, (iii) connectivity services as described in the section below entitled "*Does Currenex Offer Co-Location or Similar Services,*" and (iv) new features offered from time to time, including market data and information services, private label solutions, new trading capabilities and a transaction matching and confirmation system, subject in each case as agreed in the relevant subscriber agreement.

### DOES CURRENEX LICENSE, SELL OR OTHERWISE USE OR DISTRIBUTE CURRENEX SUBSCRIBER DATA?

We keep confidential any information that shows the nature, number or volume of transactions entered into by a particular subscriber through the electronic trading platform and the identity of any counterparty to the subscriber in such transactions.

Confidential                                                                                     CXSSB00000134

We may, consistent with our contractual arrangements, use, license, sell, distribute or otherwise commercialize or otherwise make available internally or to third parties, including subscribers, price quote and transaction data generated through the use of the electronic trading platform, in each case so long as such data is used or presented in a manner that maintains the anonymity of its subscribers and does not attribute any of such information to any particular subscriber. We currently provide, for example, real time anonymous transaction data to subscribers and intend to provide on a near real-time basis aggregated and anonymous price quote data to third party distributors in exchange for a fee. State Street is not required to consider whether the use of price quotes and transaction data generated through the use of the electronic trading platform is consistent with the interests of any particular subscriber or all subscribers of the electronic trading platform taken as a whole, so long as such data is used or presented in the manner described above.

We and our affiliates also may disclose any and all information to the extent required by or requested pursuant to any applicable law or regulations, including any guidelines or directions issued by any regulatory, self-regulatory or other governmental authority.

The World Markets Company plc (the "World Markets Company"), which produces foreign exchange benchmark rates, is an affiliate of ours.  Generally, the World Markets Company uses data from independent third parties to calculate and validate their benchmark rates.  Currenex, however, currently serves as a secondary source of data for three currency pairs: EUR/CHF, EUR/USD and USD/JPY.  Currenex receives a fee in exchange for providing data to the World Markets Company.

## WHAT MARKET DATA IS AVAILABLE ON THE ELECTRONIC TRADING PLATFORM AND WHEN IS IT AVAILABLE?

The prices of actual executed transactions across the anonymous bilateral trading service offered on Currenex, as well as on the private label platforms, are reported to all subscribers by way of a "ticker", except that transactions from a private label platform can be excluded upon request of the relevant private label provider and transactions executed through the large order functionality of the anonymous bilateral trading service are automatically excluded.  The prices of transactions executed on a private label platform may reflect an additional spread added by the private label provider, as described below.  The foreign exchange transactions executed through the direct service and the large order trading functionality of the anonymous bilateral trading service are excluded from the ticker to protect against conveying an inaccurate representation of the market represented by the anonymous bilateral trading service, as the execution prices for these excluded transactions could be materially different from the execution prices of the smaller sized transactions typically executed on the standard anonymous bilateral trading service.  The standard ticker displays only the price, time and relevant currency pair for any transaction, but does not disclose the amount of the executed transaction or the counterparties to such transaction.  Upon request, we will provide a subscriber with a liquidity specific ticker, which displays information only with respect to the transactions executed on the liquidity configuration specific to that subscriber.  The data elements included in the liquidity specific ticker are the same as those in the standard ticker, except that the amount of each executed transaction is also included.

With respect to those subscribers connecting to Currenex through a graphical user interface, the default configuration is to deliver the above ticker data with a delay of approximately five hundred milliseconds due to typical bandwidth considerations, although upon the request of a particular subscriber the delay may be decreased to one hundred milliseconds or real-time.  With respect to those subscribers connecting to Currenex through its proprietary application programming interface, the ticker data can be delivered on either a real-time basis or time-

15

CXSSB00000135

delayed basis of one hundred or five hundred milliseconds by currency pair based on bandwidth concerns and customer preferences. Those subscribers that are able to receive the ticker data on a real time basis may have an advantage over subscribers that receive such data on a time-delayed basis.

## DOES CURRENEX OFFER CO-LOCATION OR OTHER SERVICES THAT MAY HAVE AN IMPACT ON LATENCY?

The decisions that a subscriber makes as to the location of its server, including arranging with a third party to be located in the same data center as we use, will impact latency. Typically, the farther away a subscriber's server is from our primary matching engine, the greater latency that subscriber will likely experience. The speed of the computer technology that a subscriber uses to connect to our electronic trading platform, including whether it connects through a graphical user or an application programming interface, or whether it connects through the internet, an extranet or an intra-data center connection, also will affect the speed at which that subscriber can communicate with the electronic trading platform to transmit and receive resting orders or executable streaming price quotes from other subscribers or to obtain market data that is available through the electronic trading platform. In general, the lower the latency in any connection with our electronic trading platform, the greater the opportunity for that subscriber to obtain more favorable execution opportunities.

We locate our matching engine servers in third party data centers located in Piscataway, New Jersey and Tokyo, Japan, with the primary matching engine located in Piscataway, New Jersey.  We do not pay for or otherwise subsidize space to host the servers or other equipment of any subscriber at these third party data centers nor do we permit any third parties, including subscribers, to locate their servers within the space rented by Currenex in these data centers for purposes of connecting to our matching engine. We also maintain network "points of presence," which are access points to the network on which the electronic trading platform operates, in Secaucus, New Jersey, Slough, United Kingdom and Tokyo, Japan.  State Street, as a liquidity provider, locates its servers within the same space rented by us in our point of presence in Slough, United Kingdom.

A subscriber can connect to our electronic trading platform via the internet, an extranet connection or via a cross-connect connection.  There is no additional fee payable to us in order to connect via the internet or via an extranet connection, although extranet providers will typically charge our subscribers a separate fee for their services.  The connection to our electronic trading platform via a cross-connect connection is available to all subscribers.

The cross-connect service allows subscribers that separately pay for and maintain their equipment in the same data centers that host our matching engine to establish a direct physical intra-data center connection between the subscribers' servers and our matching engine.  We typically charge subscribers a flat fee to establish this connection, although the amount of this fee may be subject to negotiation with subscribers based on a  number of factors.  This connectivity service allows a subscriber on the electronic trading platform to reduce latency in data transmission, which in turn allows a subscriber using these services to transmit and receive data, including the ticker data described above, more rapidly than other subscribers that have not elected or otherwise are unable to take advantage of this connectivity service.  In these circumstances, we do not enforce any policy regarding "coiling", which refers to coiling of the intra-data center cross-connection cable for the purpose of equalizing the length of all such cross-connections used by our subscribers. Similarly, we do not impose any requirements or adopt any procedures that seek to minimize differences in latency for our subscribers.

If a subscriber is using an intra-data center cross-connection, it can also elect to have that connection routed through a dedicated gateway. We typically charge subscribers a flat fee to establish a dedicated gateway, although the amount of this fee may be subject to negotiation with subscribers based on a number of factors.  The

16

CXSSB00000136

subscribers on our electronic trading platform by default transmit and receive data to and from the electronic trading platform through a shared gateway (i.e., the connection transmits data to and from multiple subscribers at the same time).  There is no additional charge for connecting to the electronic trading platform through a shared gateway.  The dedicated gateway is an alternative to the standard shared gateway, and allows subscribers the ability to connect through a single-subscriber dedicated gateway (i.e., the connection only transmits data to and from a single party).  The dedicated gateway service is designed to protect an individual subscriber against the impact on latency that may occur during periods of increased activity on Currenex. This increased activity would likely negatively impact the capacity of the shared gateways and, accordingly, the rate at which the subscribers using those gateways will be able to transmit and receive data, including the ticker data described above. In such circumstances, a subscriber using with a dedicated gateway would experience lower latency in communicating with the electronic trading platform than subscribers using the shared gateway.  State Street uses a dedicated gateway to transmit and receive data to and from the electronic trading platform as a subscriber.

Currenex also supports two different messaging protocols.  The standard protocol is the Financial Information eXchange (i.e., "FIX") protocol and the alternate protocol is a variant of the Itch protocol that is commonly used in equity trading markets. The Itch protocol has fewer data fields and, therefore, generally requires less system processing on our electronic trading platform, which in effect generally results in delivering information to the network faster than the standard protocol.  The support of the Itch protocol is a service that is available to all subscribers.  We typically charge subscribers a fee to use such protocol, although the amount of this fee is subject to negotiation based on the particular circumstances of the subscriber.

In order for a subscriber to evaluate the usefulness of the fee-based connectivity and messaging services described above, we may offer free or low-cost trial periods, with the duration of such trial periods typically lasting one month or less.

We support a variety of connectivity services and messaging protocols in order to attract and retain a broad and diverse group of subscribers to the electronic trading platform. The inclusion of a broad and diverse group of subscribers, including large financial institutions, high frequency trading firms and corporate entities, will impact the nature of the liquidity available on the electronic trading platform, including in ways that may not be favorable to the trading strategy or other requirements of any particular subscriber.

**DOES CURRENEX HAVE A PRIVATE LABEL SERVICE OFFERING? DO THESE PRIVATE LABEL PLATFORMS ACCESS THE CURRENEX ELECTRONIC TRADING PLATFORM AND, IF SO, HOW DOES THIS IMPACT AVAILABLE LIQUIDITY ON CURRENEX?**

We offer certain of our electronic trading platform services on a private or "white" label basis. The entities that typically license the private label service are retail and/or institutional aggregators that are looking to operate a similar platform for the benefit of their retail or institutional client base.

Although these private label platforms are hosted by us for the benefit of the private label client, we do not offer the platform and have no direct relationship with or responsibility to the underlying clients of the entity offering the private label platform.  The entity licensing a private label platform enters into and manages the relationships with its price taking and price making subscribers. We do not, and are not contractually or otherwise obligated to, monitor those relationships or any modifications to the resting orders or executable streaming price quotes available through the private label platform.

17

We provide a tool in connection with our private label service offering that allows the private label provider to elect to add a spread to any or all price quotes that it receives from a liquidity provider prior to delivering those price quotes to other subscribers on its private label platform. The private label service providers pay a fee to us for this tool. The private label service providers set the added spread in their discretion. The private label service providers are solely responsible for disclosing to their subscribers the circumstances under which any spread may be added. Currenex does not take any responsibility for disclosing or monitoring such arrangements.

An operator of a private label platform is often also a price taking subscriber on Currenex and makes the liquidity configuration available to it on Currenex available to subscribers on its private label platform. The private label provider may also aggregate the liquidity streams available on its private label platform and provide that liquidity to Currenex. Consequently, where an entity is a liquidity provider on the electronic trading platform and is also separately a liquidity provider to a private label platform, the liquidity that such entity provides to the private label platform may be subsequently introduced into Currenex, or vice versa, by the private label provider, potentially resulting in a scenario where such entity's streaming liquidity could be accepted or taken through multiple channels. The distribution of price quotes by an entity though multiple channels would likely increase the likelihood that a displayed price quote on Currenex may not be available when selected by a buy-side subscriber as a result of that liquidity already being taken by another subscriber on Currenex or one of the private label platforms.

### ARE THERE ADDITIONAL CONFLICTS OF INTEREST WITH RESPECT TO THE OPERATION OF THE CURRENEX ELECTRONIC TRADING PLATFORM THAT ARE NOT DISCUSSED ABOVE?

We are part of a global financial services organization and, through our affiliates world-wide, provide a wide range of services and engage in a wide range of transactions with subscribers and counterparties. As a result, there are certain other conflicts of interest and related considerations that have not otherwise been described above but that may arise in the offering and operation of our electronic trading platform.

*The World Markets Company.* The World Markets Company, which produces foreign exchange benchmark rates, is an affiliate of ours. The World Markets Company uses data from independent third parties to calculate and validate their benchmark rates, but, as described above, Currenex serves as a secondary source of data for validation purposes on three currency pairs. Currently, the servers that are used by the World Markets Company to calculate their benchmark rates are physically located within the same data center where the servers for Currenex are located. These servers are physically separated, although certain information technology employees of State Street have access to both the servers of Currenex and the World Markets Company.

*Managing Relationships with Subscribers.* Currenex may evaluate its relationships and actions with subscribers based on the interests of the electronic trading platform or State Street as a whole. Many of the subscribers on the electronic trading platform are also significant clients or counterparties of State Street in respect of other products and services offered by State Street, which may influence the negotiation of contractual rights and obligations, among other things, with respect to the services offered by Currenex.

*Management of Conflicts.* We may provide electronic trading platform services to subscribers even though an actual or potential conflict of interest in relation to such services may exist, and notwithstanding that we, our affiliates and our other subscribers may derive benefits from a subscriber's participation in trading on Currenex.

*Outsourcing.* We may use affiliates or third parties to perform all or a portion of our finance related functions. These entities may be located in several different jurisdictions across the world, including China, Poland and India. This outsourcing generally requires that Currenex share with such affiliates or third parties data and other

18

CXSSB00000138

information that may be deemed confidential to the extent necessary to allow such entities to perform the particular functions that have been allocated to it under the outsourcing arrangements.  Notwithstanding the outsourcing of these functions, Currenex retains contractual liability, including with respect to data and other information shared with such entities.

*Compensation.* We typically receive compensation from a counterparty or other third party in respect of any transaction effected through the electronic trading platform or their products, which compensation may include compensation based on the number of transactions entered into by such counterparty or any of its affiliates or other users of the electronic trading platform or compensation based on the profitability of any such transactions. We have no duty to account to any subscriber for any of our compensation, except as otherwise agreed in their specific contractual arrangements.

We pay a referral fee to unaffiliated firms for introducing a subscriber to us or to a third party software provider through whom a subscriber was introduced or through whom a subscriber connects to Currenex.  We are also paid a fee by some third party software or extranet providers through whom a subscriber connects to Currenex.

19

CXSSB00000139

**EXHIBIT A**

**HYBRID BILATERAL CLEARING MODEL DIAGRAM**



IN THIS DIAGRAM, ORDER (1) FROM CUSTOMER (1) AND ORDER (2) FROM CUSTOMER (2) MATCH. THE PRIME BROKER FOR CUSTOMER (1) AND THE PRIME BROKER FOR CUSTOMER (2) HAVE A PRE-EXISTING TRADING RELATIONSHIP. AS SUCH, THERE ARE THREE RESULTING TRANSACTIONS EXECUTED THROUGH THE HYBRID BILATERAL CLEARING MODE:

- TRANSACTION (1) BETWEEN PRIME BROKER S AND PRIME BROKER T.

- TRANSACTION (2) BETWEEN CUSTOMER (1) AND PRIME BROKER S.

- TRANSACTION (3) BETWEEN CUSTOMER (2) AND PRIME BROKER T.

Information Classification: Limited Access

Confidential

CXSSB00000140