# Exhibit 2

Message

| | |
|---|---|
| From: | Stromme, Jan [Jan.Stromme@gsacapital.com] |
| Sent: | 2/27/2014 9:56:32 AM |
| To: | Migita, Alex [Alex.Migita@gsacapital.com]; ## GSA - EFX [efx@gsacapital.com] |
| Subject: | RE: List of Counterparties |

I will pick this one up and liaise with BTMU and CNX now

**From:** Migita, Alex
**Sent:** 27 February 2014 09:45
**To:** ## GSA - EFX
**Subject:** FW: List of Counterparties

Does anyone have the details requested?

**From:** Customer Support [mailto:support@currenex.com]
**Sent:** 27 February 2014 07:14
**To:** support@currenex.com
**Cc:** tradeops2; 'dpark@us.mufg.jp'
**Subject:** List of Counterparties

Dear Currenex member

    One of our Customer, The Bank of Tokyo-Mitsubishi UFJ. Ltd, has requested for a listing of their eligible counterparties that indicate bank code, legal name, system name, legal address, booking location and swift code. They need this information for checking purpose only. Please help to reply on this email by filling out the below table with your information as detailed below. If you have any questions, please feel free to call the person below any time. Thank you in advance.

Donna Park
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
Global Markets Division for the Americas
Planning Department
Phone: 212-782-5669
E-mail: Dpark@us.mufg.jp

| Bank Code | Legal Name | System Name | Legal address | Booking Location | SWIFT Code |
|---|---|---|---|---|---|
| | | | | | |

HIGHLY CONFIDENTIAL                                                                                                                                                          XTX2006270

Regards,

Currenex Customer Support
212 340 1790

The information contained in this e-mail and any attachments is confidential and/or privileged information/communication and intended solely for the use of the named addressee(s). If you are not an intended recipient or a person responsible for delivery to an intended recipient, please notify the author and destroy this e-mail. Any unauthorized copying, disclosure, retention, or distribution of this email and the material in this e-mail is strictly forbidden.

http://www.statestreet.com/emaildisclaimer/

HIGHLY CONFIDENTIAL                                                                                                    XTX2006271