# Exhibit 3

Message

**From**: Stromme, Jan [Jan.Stromme@gsacapital.com]
**Sent**: 3/5/2013 4:22:55 PM
**To**: Gerko, Alex [Alex.Gerko@gsacapital.com]
**Subject**: RE: Alex - New FX Liquidity Pool...

I will get in touch with Ben

---

**From:** Gerko, Alex
**Sent:** 05 March 2013 16:10
**To:** 'Bonow, Benjamin'
**Cc:** Stromme, Jan
**Subject:** RE: Alex - New FX Liquidity Pool...

Hi Ben,

We have recently started streaming to Tullett Prebon on Hotspot, although I am not sure where this stream sits compared to the Integral offering you are describing below, looks like a completely different part of the business.

I cc: Jan Stromme , who runs FX Sales in GSA, he will get touch shortly to go through our liquidity offering.

Regards, Alex

---

**From:** Bonow, Benjamin [mailto:bbonow@chapdelainefx.com]
**Sent:** 05 March 2013 16:04
**To:** Gerko, Alex
**Subject:** Alex - New FX Liquidity Pool...

Hi Alex,

My company, Chapdelaine FX, is a wholly owned subsidiary of Tullett Prebon. We have built a FX Spot Liquidity Pool that receives a large majority of single bank feeds, over 20 non-bank liquidity providers and ECNs. The stream from these liquidity sources are joined by the bids and offers entered into the liquidity by our internal Tullett Prebon Brokers in North America and a growing number of regional banks in the US, Asia, and Latin America. We are using Integral Technology to source our feed via API and we will soon also be using Currenex.

I was given your name from a market contact in our industry who thought that we could do some business together. I would like to chat with you more when you have the time... let me know your thoughts.

Kind regards,
-Ben

Benjamin G. Bonow ♦ Director
**Chapdelaine Foreign Exchange**

One Seaport Plaza
17th Floor
New York, New York 10038
Tel: +1 212-208-9075
Mob: +1 201-741-0524
Email: bbonow@chapdelainefx.com

Web: www.chapdelainefx.com




© Copyright 2013, Chapdelaine FX, a Tullett Prebon Company (together with Tullett Prebon Americas Corp. and its affiliates, "Chapdelaine FX"). All rights reserved. This message is intended solely for the individual(s) named, and may contain confidential or privileged information of Chapdelaine FX. Any unauthorized review, dissemination, distribution or copying is strictly prohibited. If you have received this message in error, please notify the sender immediately and permanently delete both the message and any attachments. We do not waive confidentiality by mistransmission. This communication is not investment advice, an offer, or solicitation of any offer to buy or sell any security, investment or other product. Chapdelaine FX does not guarantee the accuracy or completeness of the information or analysis based thereon, nor does it make any warranties, express or implied, with respect to the information contained herein (including without limitation any warranties of merchantability or fitness for particular purpose). If any dispute occurs, Chapdelaine FX, its affiliates and their successors will be held harmless from any liabilities that may arise therefrom.

---------------------------------------------------------------------------------------------------------------------------------------------------------------------------

The information contained in this email is confidential and may also contain privileged information. Sender does not waive confidentiality or legal privilege. If you are not the intended recipient please notify the sender immediately; you should not retain this message or disclose its content to anyone.
Internet communications are not secure or error free and the sender does not accept any liability for the content of the email. Although emails are routinely screened for viruses, the sender does not accept responsibility for any damage caused. Replies to this email may be monitored.

---------------------------------------------------------------------------------------------------------------------------------------------------------------------------