# Exhibit 4

Message
---

**From:** Stromme, Jan [Jan.Stromme@gsacapital.com]
**Sent:** 5/15/2012 3:53:23 PM
**To:** Gerko, Alex [alex.gerko@gsacapital.com]
**CC:** Bereza, Paul [paul.bereza@gsacapital.com]; Shucksmith, Chris [chris.shucksmith@gsacapital.com]; Wolfheart de Lioncourt, Sorabain [z@gsacapital.com]; McNulty, Martin [martin.mcnulty@gsacapital.com]
**Subject:** RE: GSA making to CNX WL Inst

OK

**From:** Gerko, Alex
**Sent:** 15 May 2012 16:52
**To:** Stromme, Jan
**Cc:** Bereza, Paul; Shucksmith, Chris; Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Subject:** RE: GSA making to CNX WL Inst

The list of pairs is always the same for all clients

**From:** Stromme, Jan
**Sent:** 15 May 2012 16:52
**To:** Gerko, Alex
**Cc:** Bereza, Paul; Shucksmith, Chris; Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Subject:** RE: GSA making to CNX WL Inst

Alex,

Will there be any difference in pairs than our usual eFX, or per list/question below, for these new Currenex clients/sessions?

J

**From:** pmcturk@currenex.com [mailto:pmcturk@currenex.com]
**Sent:** 15 May 2012 16:15
**To:** Stromme, Jan; Shucksmith, Chris; Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Cc:** dnewns@currenex.com; Bereza, Paul; rsears@currenex.com
**Subject:** RE: GSA making to CX Inst

Jan,

Can you please confirm which currency pairs you intend to price for LCG and Quantum? Currently we receive the following on the existing feeds:

AUD/USD
EUR/CHF
EUR/GBP
EUR/JPY
EUR/USD
GBP/USD
NZD/USD
USD/CAD
USD/CHF

HIGHLY CONFIDENTIAL                                                        XTX2467800

USD/JPY
USD/MXN
EUR/PLN
USD/TRY

Will the list be identical for the new clients?

-Patrick

---

**From:** Stromme, Jan [mailto:Jan.Stromme@gsacapital.com]
**Sent:** 14 May 2012 11:43
**To:** Patrick McTurk; Shucksmith, Chris; Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Cc:** David Newns; Bereza, Paul; Russell Sears
**Subject:** RE: GSA making to CX Inst

Perfect.

Many thx

**From:** pmcturk@currenex.com [mailto:pmcturk@currenex.com]
**Sent:** 14 May 2012 11:42
**To:** Stromme, Jan; Shucksmith, Chris; Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Cc:** dnewns@currenex.com; Bereza, Paul; rsears@currenex.com
**Subject:** RE: GSA making to CX Inst

Jan,

They will simply be hitting your prices rather than giving you liquidity so we can dispense with the MD connection for now. All WLs trade through our servers in NY so your existing connections into NY4 should be fine.

-Patrick

---

**From:** Stromme, Jan [mailto:Jan.Stromme@gsacapital.com]
**Sent:** 14 May 2012 10:07
**To:** Shucksmith, Chris; Patrick McTurk; Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Cc:** David Newns; Bereza, Paul; Russell Sears
**Subject:** RE: GSA making to CX Inst

Russell, Patrick

Will any of the entities currently discussed, or other WL CNX clients post passive/resting orders, ie will some of the LCGs of this world, "give" liq to GSA, as we then will need a MD connection in addition to FIX trading.

Also, does CNX host all WL connections for clients in NY4?

J

---

**From:** Shucksmith, Chris
**Sent:** 11 May 2012 15:33

HIGHLY CONFIDENTIAL                                                                                              XTX2467801

**To:** pmcturk@currenex.com; Stromme, Jan; tliconte@currenex.com; pkeeling@currenex.com; Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Cc:** dnewns@currenex.com; Bereza, Paul; Spence, Kevin
**Subject:** RE: GSA making to CX Inst

Hi –

I have setup 2 new FIX sessions for us to quote to this institutional flow, for Quantum and LCG. It is available for you to telnet test now. We are assuming you can split the flow by quantum/LCG to separate sessions.

Kevin Spence will schedule the go live when Triana and MS are ready for a production test.

We have the following two existing sessions terminating in NY4, if you can connect from the same machine, all firewall work should be done.

**Existing:**
| CompIDs | port | CX name | Audience |
|---|---|---|---|
| CNX-MD/CNX-TD | 10006 | CXB9 | Currenex |
| SST-MD/SST-TD | 10008 | CXB9A | Statestreet |

**New Sessions:**
| CompIDs | port | | Audience |
|---|---|---|---|
| CXQT-MD/CXQT-TD | 10007 | | Quantum |
| CXLCG-MD/CXLCG-TD | 10009 | | LCG |

I have included the full session login details below.

If any questions, connectivity issues or missing firms lets pick that up next week. CCY pairs are set the same as CXB9/Currenex, this can be adjusted before we enable quoting.
Alex G agreed timeouts agreed not done.

Chris

```
Chris Shucksmith
Links & Feeds Engineer
GSA Capital Partners LLP

D +44 (0)20 7959 7648
T +44 (0)20 7959 8800
www.gsacapital.com
```

FIX connection details for your production account. It is functional immediately for login and heartbeats, quoting will be enabled separately.

```
Market Data
IP:                 10.210.133.11
Port:               10007
Your CompID:        CXQT-MD
Our CompID          EUTH-XPROD
Username:           cxqtmd
Password:           77irt98s

Trading
IP:                 10.210.133.11
Port:               10007
Your CompID:        CXQT-TD
```

```
Our CompID              EUTH-XPROD
Username:               cxqttd
Password:               27hwb74v

------------------
Market Data
IP:                     10.210.133.11
Port:                   10009
Your CompID:            CXLCG-MD
Our CompID              EUTH-XPROD
Username:               cxlcgmd
Password:               45ndr14c

Trading
IP:                     10.210.133.11
Port:                   10009
Your CompID:            CXLCG-TD
Our CompID              EUTH-XPROD
Username:               cxlcgtd
Password:               32srq23m
```

---

**From:** pmcturk@currenex.com [mailto:pmcturk@currenex.com]
**Sent:** 11 May 2012 10:17
**To:** Stromme, Jan; tliconte@currenex.com; pkeeling@currenex.com; Shucksmith, Chris; Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Cc:** dnewns@currenex.com; Bereza, Paul
**Subject:** RE: GSA making to CX Inst

Jan,

We will setup a separate account for this MM activity and item 2 simply refers to the FIX connections you want under that account for trading. We can also supply a feed if you want to monitor the prices but you probably won't need that for this.

Patrick McTurk
State Street Global Markets | eExchange Solutions | 20 Churchill Place, London, E14 5HJ
P +44 203 395 7935 | F +44 203 395 7948 | M +44 7785 243 398 | pmcturk@currenex.com

www.statestreetglobalmarkets.com

---

**From:** Stromme, Jan [mailto:Jan.Stromme@gsacapital.com]
**Sent:** 11 May 2012 07:57
**To:** Tom Liconte; Paul Keeling; Patrick McTurk; Shucksmith, Chris; Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Cc:** David Newns; Bereza, Paul
**Subject:** RE: GSA making to CX Inst

Hi All,

Just a question, what is 2 -- Is a streaming user/trading user required? Please explain?

---

**From:** rsears@currenex.com [mailto:rsears@currenex.com]
**Sent:** 11 May 2012 07:40
**To:** Stromme, Jan; tliconte@currenex.com; pkeeling@currenex.com; pmcturk@currenex.com; Shucksmith, Chris;

HIGHLY CONFIDENTIAL                                                                                                          XTX2467803

Wolfheart de Lioncourt, Sorabain; McNulty, Martin
**Cc:** dnewns@currenex.com
**Subject:** GSA making to CX Inst

Jan – as discussed I'll need some info from your guys – pls see below list of questions. I specifically draw your attention to point 4 and require that confirmation from you asap (I believe Alex is aware and we operate this way for your existing MM connection).

I'm including Tom & Paul who run our support teams as they'll be finalising setup and connectivity details. Patrick McTurk (also cc'ed) will assist locally with any tech questions you have.


1 - How many streams?
2 – Is a streaming user/trading user required?
3 – Which CCY pairs are we enabling? Are we required to add any min/max settings?
4 – Confirmation that the client agrees that ALL time outs are considered "Not Done" on this new connection
5 – Connection details: IP/PORT, Radianz or Direct connect details

Cheers

## Russell Sears
Managing Director - State Street eExchange Solutions

+44 (0) 203 395 7942 (direct)
+44 (0) 203 395 7930 (main)
+44 (0) 7786 628 291 (mobile)

20 Churchill Place
Canary Wharf
London, E14 5HJ

The information contained in this e-mail and any attachments is confidential and/or privileged information/communication and intended solely for the use of the named addressee(s). If you are not an intended recipient or a person responsible for delivery to an intended recipient, please notify the author and destroy this e-mail. Any unauthorized copying, disclosure, retention, or distribution of this email and the material in this e-mail is strictly forbidden.

The information contained in this e-mail (including any attachments) is intended solely for the use of the intended recipient(s), may be used solely for the purpose for which it was sent, may contain confidential, proprietary, or personally identifiable information, and/or may be subject to the attorney-client or attorney work product privilege or other applicable confidentiality protections. If you are not an intended recipient please notify the author by replying to this e-mail and delete this e-mail immediately. Any unauthorized copying, disclosure, retention, distribution or other use of this email, its contents or its attachments is strictly prohibited.

HIGHLY CONFIDENTIAL                                                                                                                   XTX2467804