# Exhibit 5

Message
---

| | |
|---|---|
| **From:** | Stromme, Jan [jan.stromme@gsacapital.com] |
| **Sent:** | 1/20/2015 2:31:24 PM |
| **To:** | support@currenex.com; ## GSA - EFX [efx@gsacapital.com] |
| **CC:** | tradeops2 [tradeops@currenex.com]; CXONBOARDING [CXONBOARDING@currenex.com] |
| **Subject:** | RE: New Onboarding Request - GKFX Financial Services Limited - GSA |

I will let you know when and if we move ahead with this.

BRGDS
Jan

---

**From:** Customer Support [mailto:support@currenex.com]
**Sent:** 20 January 2015 14:24
**To:** ## GSA - EFX
**Cc:** tradeops2; CXONBOARDING; Stromme, Jan
**Subject:** RE: New Onboarding Request - GKFX Financial Services Limited - GSA

Hi GSA,

Is there any update on this?

Many thanks,

Mark


**Mark Farrell**, Assistant Vice President
Currenex Client Services | Trading & Clearing Services | 20 Churchill Place, Canary Wharf, London, E14 5HJ
Global: +1 212 340 1790 | UK Freephone: 0800 358 5331 | SG: +65 6826 7476 | TKY: +81 3453 07555
support@currenex.com | www.currenex.com



The information contained in this e-mail and any attachments is confidential and/or privileged information/communication and intended solely for the use of the named addressee(s). If you are not an intended recipient or a person responsible for delivery to an intended recipient, please notify the author and destroy this e-mail. Any unauthorized copying, disclosure, retention, or distribution of this email and the material in this e-mail is strictly forbidden. Personal information provided by you to State Street Bank and Trust Company (State Street) or any of its affiliates will be used to authenticate your identity, to comply with regulatory requirements and to provide services requested by you or the organization you represent. As part of the verification process we may validate the information provided by you against other publicly available information, information held by government bodies and State Street and/or its affiliates. Your personal information may be transferred internationally to countries where the State Street and/or its affiliates do business (including to countries outside the European Economic Area), which may not have the same level of data protection as the country in which you reside. All electronic communications with State Street Bank and Trust company and its affiliates may be monitored for regulatory compliance, to maintain integrity and security of confidential personal information. By providing the information you agree to State Street and its affiliates processing your information as described above.

---

**From:** Customer Support
**Sent:** 09 December 2014 14:42
**To:** 'efx@gsacapital.com'
**Cc:** tradeops2; CXONBOARDING; 'Jan.stromme@gsacapital.com'
**Subject:** New Onboarding Request - GKFX Financial Services Limited - GSA

Dear Currenex Member,

One of our Customers, **GKFX Financial Services Limited**, has requested your Bank as a liquidity provider for **ESP, RFQ & Precious Metals** Trading on the Currenex Dealing Platform. Please find below the client setup details. If you should choose not to provide **ESP, RFQ & Precious Metals** trading for this Customer, please also indicate that by return email.

**Customer Name**:   GKFX Financial Services Limited
**Currenex ID:**   GKFX
**Sub-funds:**   GKFX

**Client Address**:   30 Charles II Street, London, SW1Y 4AE

**Primary Contact**:   Paul Kiff, paul.kiff@gkfx.com, +44 (0) 207 1861241

**Bank Contact:**   Jan Stromme, Jan.stromme@gsacapital.com

**Prime Broker:**   BNP Prime

If mapping details are required on the customer or user level, please provide that information on the reply.

| Name | UserID | Email |
|---|---|---|
| Paul Kiff | pkiff | paul.kiff@gkfx.com |

Regards,

**CURRENEX FX TRADING SOLUTIONS**
Telephone: 1 (212) 685-5950
Fax: 1 (212) 213-4923
Email: support@currenex.com
Website: www.currenex.com



http://www.statestreet.com/emaildisclaimer/

HIGHLY CONFIDENTIAL                                                                                                                      XTX2691082