**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, New York 10016-7103| TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

August 26, 2025

<u>BY ECF</u>

The Honorable Lewis A. Kaplan
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21D
New York, NY 10007

Re:     *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We write on behalf of Plaintiffs to request an extension of Plaintiffs' time to respond to the discovery motion filed yesterday by Defendants.  ECF 213.  Plaintiffs respectfully request the Court's permission to file their response on Tuesday, September 2.

Plaintiffs have conferred with Defendants, who do not oppose this request.

Respectfully submitted,

 /s/ Daniel L. Brockett

  Daniel L. Brockett
cc: Counsel of Record

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH