# EXHIBIT 1

**July 31, 2025 Deposition Transcript**