# EXHIBIT 2

**August 6, 2025 Deposition Transcript**