# EXHIBIT 3

Page 1

- HIGHLY CONFIDENTIAL -
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 621-CV-065989 (LAK)(HJR)
-------------------------------------------X
EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE
& GOLD, INC.; and XTX MARKETS LIMITED,

          Plaintiffs,

          vs.

CURRENEX, INC.; GOLDMAN SACHS & CO. LLC;
HC TECHNOLOGIES, LLC; STATE STREET BANK
AND TRUST COMPANY; STATE STREET GLOBAL
MARKETS INTERNATIONAL LIMITED; and JOHN
DOE DEFENDANTS 1-5,

          Defendants.
-------------------------------------------X

- HIGHLY CONFIDENTIAL-

          August 19, 2025
          9:58 a.m.

   VIDEOTAPED DEPOSITION of MATTHEW
EDWARDS, a 30(b)(6) Witness and a Witness
in his personal capacity, in the above-
entitled action, held at Ropes & Gray,
LLP, 1211 Avenue of the Americas, New
York, New York taken before Dawn Matera,
a Certified Shorthand Reporter and Notary
Public of the State of New York.
          *   *   *

```
                                                   Page 55
 1      M. Edwards - Highly Confidential
 2         A.      Firsthand?
 3         Q.      Firsthand, something you know?
 4         A.      That's correct, yes, firsthand.
 5         Q.      So your belief that Currenex
 6   gave advantages to specific liquidity
 7   providers is based on something someone
 8   told you?
 9         A.      Yes.
10         Q.      And who was the person who told
11   you that?
12                 MR. LEPRI:  Same cautioning.
13         Don't reveal the specifics of any
14         conversations with --
15         A.      It was a consultant for a legal
16   firm that informed me.
17         Q.      And what was that consultant's
18   name?
19                 MR. LEPRI:  You can answer.
20                 THE WITNESS:  I can?  Okay.
21         A.      Casper Marney.
22         Q.      When did Casper Marney tell you
23   that Currenex gave advantages to specific
24   liquidity providers?
25         A.      That was June of '21.
```

```
                                              Page 57
 1     M. Edwards - Highly Confidential
 2   deal?
 3        A.    No.
 4        Q.    And what do you think Goldman
 5   Sachs did wrong?
 6        A.    Same as HC Tech.
 7        Q.    Okay.  And same answer, other
 8   than what Mr. Marney told you, you have
 9   no evidence that Goldman Sachs did use
10   Priority on a non-disclosed deal,
11   correct?
12        A.    Right.
13              MR. LEPRI:  Objection.  You're
14        asking if he has personal knowledge of
15        this?
16              MR. SIMKIN:  I'm asking if he
17        has any evidence other than what
18        Mr. Marney told him.
19        Q.    Okay.  When did you decide to
20   bring this lawsuit?
21        A.    When I was informed of the
22   Priority orders, exactly what was going
23   on.
24        Q.    I'm sorry, and when was that?
25        A.    June '21.
```

```
                                              Page 58
 1       M. Edwards - Highly Confidential
 2       Q.    And when did you start
 3   considering the possibility of bringing
 4   this lawsuit?
 5       A.    June '21.
 6       Q.    The impetus of bringing this
 7   lawsuit is what Mr. Marney told you?
 8       A.    Yes.
 9       Q.    And based on instruction from
10   counsel, you're unwilling to testify as
11   to the substance of your conversations
12   with Mr. Marney?
13       A.    Yes.
14             MR. SIMKIN:  We'll mark that for
15       a determination by the judge.
16             MR. LEPRI:  I feel like we're
17       switching gears slightly.  Can we take
18       a break?
19             MR. SIMKIN:  Yeah, give me a
20       couple more questions.
21       Q.    Did anyone offer to pay you to
22   serve as a lead plaintiff in this
23   lawsuit?
24       A.    No.
25       Q.    Did anyone offer to do anything
```

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400

```
                                          Page 142
 1     M. Edwards - Highly Confidential
 2   sure.
 3       Q.    And your engagement letter with
 4   your lawyers in this case is from June
 5   2021, right?
 6       A.    Yeah.
 7       Q.    And how did you first become
 8   connected to your attorneys, did you
 9   reach out to them, did they reach out to
10   you, did Mr. Marney introduce you, or
11   something else entirely?
12       A.    That would have been -- the
13   first one I would have spoke with would
14   have been Mark Ruddy and that was an
15   introduction from Casper.
16       Q.    And do you remember when that
17   happened?
18       A.    After I met Casper the first
19   time, June '21.
20       Q.    And did you meet Casper a
21   second time?
22       A.    After that I did, yeah.
23       Q.    And when was that meeting?
24       A.    It would have been over a year
25   later.  Maybe December '22.  Somewhere
```