**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

MEMO ENDORSED

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 9-3-25

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

September 2, 2025

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Plaintiffs in the above-captioned matter. On August 25, 2025, Defendants filed the Letter Motion seeking to reopen the depositions of Nick Burrlock and Jermaine Harmon and to compel disclosure of communications with and the identities of confidential witnesses (the "Motion"). ECF 213. Along with this letter, Plaintiffs are today filing a response opposing the Motion (the "Response"). Pursuant to Federal Rule of Civil Procedure 5.2(d), your Individual Rules of Practice, and the Protective Order in this action (ECF 113), Plaintiffs respectfully submit this letter motion to file under seal six of the Response's eight supporting exhibits, as well as the portions of the Response that quote from these exhibits.

Defendants have designated these six Response exhibits as "Confidential" or "Highly Confidential" under the Protective Order. This morning, we requested that Defendants withdraw their confidentiality designations for these six exhibits. Defendants Currenex, State Street Bank, and State Street Global declined for four of the exhibits and consented for select portions of the other two. Defendants Goldman Sachs and HC Technologies did not respond. Out of an abundance of caution we are requesting leave to file all six exhibits under seal. We have informed Defendants that having declined to withdraw their confidentiality designations, per Your Honor's Rules they must file a letter explaining the need to seal or redact the materials within three days.

*Granted*

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

*[signature]*

9/3/25

Therefore, Plaintiffs request leave to file these six exhibits and portions of the Response quoting from these exhibits under seal. Pursuant to the Protective Order (ECF 113 at 19-20) and your Rules, Plaintiffs are filing contemporaneously with this letter motion (a) a public version of the Response with proposed redactions and (b) an unredacted version under seal with the redacted information highlighted for the Court's review.

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

cc: Counsel of Record