USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMAR FINANCIAL COMPANY, LLC;
IRISH BLUE & GOLD, INC.; XTX
MARKETS LIMITED; and DSQUARE
TRADING LIMITED,

Case No. 21-cv-06598

Plaintiffs,

[PROPOSED] ORDER

vs.

CURRENEX, INC.; GOLDMAN SACHS &
CO. LLC; HC TECHNOLOGIES, LLC;
STATE STREET BANK AND TRUST
COMPANY; STATE STREET GLOBAL
MARKETS INTERNATIONAL LIMITED;
and JOHN DOE DEFENDANTS 1-5,

Defendants.

---

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ORDER ISSUING
UNOPPOSED LETTER ROGATORY FOR FORMER XTX EMPLOYEE JAN
STROMME PURSUANT TO THE HAGUE EVIDENCE CONVENTION

Upon the annexed Memorandum of Law, the accompanying Affirmation of Jasbir Dhillon

K.C., dated August 8, 2025, and the exhibits annexed thereto,

IT IS ORDERED that, pursuant to the Hague Convention on the Taking of Evidence

Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555, reprinted in 28 U.S.C. §

1781, ~~and New York Civil Practice Law and Rule § 3108,~~ and Fed. R. Civ. P. 28(b)(2) Defendants' request for international

judicial assistance (Letter Rogatory) for the purpose of compelling testimony from non-party Jan

Stromme in the above-captioned action (Dkt 209) is GRANTED.

ENTER: So ORDERED

_____
Hon. LEWIS A. KAPLAN

9/3/25