ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

September 4, 2025

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007-1312

Re: *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We write on behalf of Defendants to request that the Court consider this brief reply in support of Defendants' Motion to Compel Confidential Witness Discovery, ECF No. 213, in order to correct two misstatements in Plaintiffs' opposition and update the court on one subsequent development.

*First*, Plaintiffs claim that their counsel "did not object to questions about the general subject matter" of conversations counsel had with Messrs. Burrlock and Harmon and that the witnesses "were allowed to freely answer, questions about when the witnesses discussed these matters with counsel, who was present, and other foundational matters." ECF No. 217 at 1. This is false. In Plaintiffs' counsel's own words, he instructed the witnesses as follows:

> "[redacted]"

Ex. A (Burrlock) at 46:8-47:4; *see also id.* at 115:10-13 ([redacted]"); Ex. B (Harmon) at 23:15-24 ([redacted]



[redacted]). As another example, [redacted] Ex. A (Burrlock) at 62:2-3. The witness then refused to answer. *Id.* at 62:9. Along the same lines, when Mr. Harmon was asked what he [redacted] discussed about this litigation with Plaintiffs' counsel, Plaintiffs' counsel shut that down as well. Ex. B (Harmon) at 30:24-31:4 ("[redacted]).

*Second,* Plaintiffs' letter states that Plaintiffs' counsel were first retained by any plaintiff in June 2021 (two months before the Complaint was filed). ECF No. 217 at 4 n.8. This is misleading. The original Plaintiffs in this case testified that they were discussing suing Currenex with employees of Casper Marney's consulting firm, who Plaintiffs' counsel claim is their agent, going back to at least as early as 2019. Ex. C (Edwards) at 76:22-77:12. So there is good reason to believe that Plaintiffs did, in fact, know what counsel and Mr. Marney learned about priority from the CWs (and others) well before any formal retention. Moreover, Plaintiffs never attempt to reconcile their argument that the attorney-client relationship started in June 2021 with their position that Mr. Burrlock's and Mr. Harmon's much earlier discussions with Casper Marney are somehow privileged. *See* Ex. A (Burrlock) at 113:24-114:6 [redacted]. Indeed, Plaintiffs do not attempt to identify any law supporting the notion that communications between non-client fact witnesses (like the putative CWs) and third-party consultants working for a law firm without a client (like Mr. Marney) are privileged.

*Third*, Mr. Burrlock emailed us earlier today to state that he is unable to locate his written communications with Plaintiffs' counsel or Mr. Marney. Thus, it is all the more imperative that Plaintiffs (and their putative agents, including their counsel and Mr. Marney) produce—or at least log—responsive documents from their own files.[1]

[1] Plaintiffs appear to confirm in footnote 1 of their letter that Mr. Burrlock is the "Platform Employee" and Mr. Harmon is the "Salesperson," even though both disclaimed knowledge of alleged facts attributed to them in the Complaint. Ex. A (Burrlock) at 127:22-130:19 ([redacted]); Ex. B (Harmon) at 17:12-16 [redacted]").

Respectfully Submitted,

ROPES & GRAY LLP

*/s/ Alexander B. Simkin*
Gregg L. Weiner
Alexander B. Simkin
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-5000
Facsimile: (212) 596-9090
Email: gregg.weiner@ropesgray.com
Email: alexander.simkin@ropesgray.com

Robert G. Jones (*pro hac vice*)
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951 7000
Facsimile: (617) 951 7050
Email: robert.jones@ropesgray.com

Samer Musallam (*pro hac vice*)
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Email: samer.musallam@ropesgray.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

KATTEN MUCHIN ROSENMAN LLP

*/s/ Peter G. Wilson*
Peter G. Wilson
Elliott M. Bacon
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: elliott.bacon@katten.com

*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*