# [FILED UNDER SEAL]
# Ex. A: Nick Burrlock DepositionTranscript July 31, 2025 [Excerpted]