# [FILED UNDER SEAL] Ex. B: Jermaine Harmon Deposition Transcript August 6, 2025 [Excerpted]