# [FILED UNDER SEAL]
# Ex. C: Matthew Edwards Deposition Transcript August 19, 2025 [Excerpted]