**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9-9-25]

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

September 4, 2025

<u>BY ECF</u>

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:     *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Plaintiffs in the above-captioned matter. Very early this morning, Defendants filed the Letter Reply in further support of their Letter Motion to reopen the depositions of Nick Burrlock and Jermaine Harmon and to compel disclosure of communications with and the identities of confidential witnesses (the "Reply"). ECF 223. Along with this letter, Plaintiffs are today filing a sur-reply (the "Sur-Reply") to Defendants' Reply. Pursuant to Federal Rule of Civil Procedure 5.2(d), your Individual Rules of Practice, and the Protective Order in this action (ECF 113), Plaintiffs respectfully submit this letter motion to file under seal portions of the Sur-Reply that cite or reference exhibits which were previously filed under seal with either Plaintiffs' Letter Response (ECF 217) or the Reply.

The parties have designated these exhibits as "Confidential" or "Highly Confidential" under the Protective Order. Earlier today, we asked Defendants to confirm that the portions of the Sur-Reply that cite or reference these exhibits can be publicly filed. We also told them that given the limited time, and to err on the side of caution, we would file the Sur-Reply under seal. We informed Defendants that if they decline to withdraw their confidentiality designations, per Your Honor's Rules they must file a letter explaining the need to seal or redact the materials within three days of the filing.

Therefore, Plaintiffs request leave to file portions of the Sur-Reply that cite or reference these exhibits under seal. Pursuant to the Protective Order (ECF 113 at 19-20) and your Rules,

Plaintiffs are filing contemporaneously with this letter motion (a) a public version of the Sur-Reply with proposed redactions and (b) an unredacted version under seal with the redacted information highlighted for the Court's review.

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

cc: Counsel of Record

Granted

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

9/9/25