# Exhibit 1

| Edwards PrivLog ID | Prod Begin Bates | RecordType | Date Sent Date/Time | Date Last Modified Date/Time | Date Created - Date/Time | Author | Email From | Email To | Email CC | Email BCC | Email Subject | Title | Privilege Type | Privilege Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EdwardsPrivLogID 00001 | | Email | 7/30/2021 2:38 | 6/21/2024 20:32 | 7/30/2021 2:38 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | | | Re: Updates for you | Re: Updates for you | Attorney Client Privilege | Email to consultant for attorneys Mark Ruddy and Aaron Zigler discussing information necessary for draft pleadings in advance of litigation. |
| EdwardsPrivLogID 00002 | | Attach | | 7/30/2021 2:37 | 7/30/2021 2:37 | Sebastian Becker | | | | | | | Attorney Work Product | Attachment reflecting attorney work product in advance of litigation in the form of draft pleadings. |
| EdwardsPrivLogID 00003 | | Email | 7/29/2021 12:48 | 6/21/2024 20:32 | 7/29/2021 12:48 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | | | Re: Updates for you | Re: Updates for you | Attorney Client Privilege | Email to consultant for attorneys Mark Ruddy and Aaron Zigler discussing information necessary for draft pleadings in advance of litigation. |
| EdwardsPrivLogID 00004 | | Email | 7/3/2021 22:48 | 6/21/2024 20:32 | 7/3/2021 22:48 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@veladorassociates.com] | | | Re: CNX ARON - HIGHLY CONFIDENTIAL | Re: CNX ARON - HIGHLY CONFIDENTIAL | Attorney Client Privilege | Email to consultant working for attorneys Mark Ruddy and Aaron Zigler re investigation of Currenex claims. |
| EdwardsPrivLogID 00005 | MEDWARDS0000089 | Email | 3/9/2020 7:31 | 6/21/2024 20:34 | 3/9/2020 7:31 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Colin Lloyd [clloyd@veladorassociates.com] | | | Agreements & Additional Documents | Agreements & Additional Documents | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00006 | MEDWARDS0000166 | Email | 3/3/2020 11:47 | 6/21/2024 20:34 | 3/3/2020 11:47 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Colin Lloyd [clloyd@veladorassociates.com] | | | Documents | Documents | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00007 | | Email | 2/18/2020 19:33 | 6/21/2024 20:35 | 2/18/2020 19:33 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Barbara Kaplan [kaplanb@gtlaw.com] | | | Notes from Summonses | Notes from Summonses | Attorney Client Privilege | Email with attachments to attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00008 | | Attach | | 2/15/2020 7:22 | 2/9/2020 23:34 | March | | | | | | BNP Paribas - Wire Transfer Records - Irish Blue & Gold.xlsx | Attorney Client Privilege | Attachment reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00009 | | Attach | | 2/15/2020 22:06 | 2/15/2020 5:05 | | | | | | | | Attorney Client Privilege | Attachment reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00010 | | Attach | | 2/15/2020 7:36 | 2/10/2020 0:41 | March | | | | | | Book2 | Attorney Client Privilege | Attachment reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00011 | | Attach | | 2/15/2020 7:36 | 2/10/2020 1:07 | March | | | | | | IRS Summons - State Street - CX ID Trade Logs.xlsx | Attorney Client Privilege | Attachment reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00012 | MEDWARDS0000305 | Email | 2/14/2020 18:41 | 6/21/2024 20:35 | 2/14/2020 18:41 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Barbara Kaplan [kaplanb@gtlaw.com] | | | IDR 3 | IDR 3 | Attorney Client Privilege | Email to attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00013 | | Email | 8/3/2021 21:26 | 6/21/2024 20:32 | 8/3/2021 21:26 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com] | | Fwd: Currenex: Plaintiff addresses | Fwd: Currenex: Plaintiff addresses | Attorney Client Privilege | Email from consultant working for attorneys Mark Ruddy and Aaron Zigler discussing information necessary for draft pleadings in advance of litigation. |
| EdwardsPrivLogID 00014 | | Email | 8/2/2021 20:09 | 6/21/2024 20:32 | 8/2/2021 20:09 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Updates for you | RE: Updates for you | Attorney Client Privilege | Email from consultant working for attorneys Mark Ruddy and Aaron Zigler discussing information necessary for draft pleadings in advance of litigation. |
| EdwardsPrivLogID 00015 | MEDWARDS0000351 | Email | 7/28/2021 22:25 | 6/21/2024 20:32 | 7/28/2021 22:25 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com] | | Updates for you | Updates for you | Attorney Client Privilege | Email from consultant working for attorneys Mark Ruddy and Aaron Zigler discussing information necessary for draft pleadings in advance of litigation. |
| EdwardsPrivLogID 00016 | MEDWARDS0000352 | Attach | | 7/28/2021 20:26 | 7/28/2021 19:53 | Sebastian Becker | | | | | | | Attorney Work Product | Attachment reflecting attorney work product in advance of litigation in the form of draft pleadings. |
| EdwardsPrivLogID 00017 | | Email | 7/3/2021 19:06 | 6/21/2024 20:32 | 7/3/2021 19:06 | Caspar Marney | Caspar Marney [cmarney@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | CNX ARON - HIGHLY CONFIDENTIAL | CNX ARON - HIGHLY CONFIDENTIAL | Attorney Client Privilege | Email with attachment from consultant working for attorneys Mark Ruddy and Aaron Zigler re investigation of Currenex claims. |
| EdwardsPrivLogID 00018 | | Attach | | 2/11/2011 0:06 | 2/9/2011 19:32 | Patrick Smith | | | | | | | Attorney Client Privilege | Attachment related to investigation re FX claims. |
| EdwardsPrivLogID 00019 | | Email | 7/3/2021 19:01 | 6/21/2024 20:32 | 7/3/2021 19:01 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | | | Follow-ups... | Follow-ups... | Attorney Client Privilege | Email with attachment from consultant working for attorneys Mark Ruddy and Aaron Zigler re investigation of Currenex claims. |
| EdwardsPrivLogID 00020 | | Attach | | 9/10/2015 13:57 | 9/10/2015 13:57 | | | | | | | | Attorney Client Privilege | Attachment related to investigation re FX claims. |
| EdwardsPrivLogID 00021 | | Email | 6/23/2021 4:27 | 6/21/2024 20:32 | 6/23/2021 4:27 | Velador Associates Ltd. | Velador Associates Ltd. [adobesign@adobesign.com] | Mark Ruddy [mruddy@ruddylaw.com];Matt Edwards [irishforex@gmail.com];Caspar Marney [cmarney@veladorassociates.com] | Caspar Marney [cmarney@ruddylaw.com];Brian Thompson [bthompson@ruddylaw.com] | | Completed: '2021 06 22 Currenex Engagement Letter' | Completed: '2021 06 22 Currenex Engagement Letter' | Attorney Client Privilege | Email with attachment on behalf of attorney re engagement for legal representation on Currenex claims. |
| EdwardsPrivLogID 00022 | | Attach | | 6/23/2021 4:27 | | | | | | | | | Attorney Client Privilege | Attachment related to attorney engagement for legal advice re FX claims. |
| EdwardsPrivLogID 00023 | | Email | 6/22/2021 21:05 | 6/21/2024 20:32 | 6/22/2021 21:05 | Caspar Marney | Caspar Marney [adobesign@adobesign.com] | Matt Edwards [irishforex@gmail.com] | | | Signature requested on "2021 06 22 Currenex Engagement Letter" | Signature requested on "2021 06 22 Currenex Engagement Letter" | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re engagement for legal representation on Currenex claims. |
| EdwardsPrivLogID 00024 | MEDWARDS0000354 | Email | 6/22/2021 17:41 | 6/21/2024 20:32 | 6/22/2021 17:41 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com] | | Currenex Trades | Currenex Trades | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00025 | | Email | 6/22/2021 17:13 | 6/21/2024 20:32 | 6/22/2021 17:13 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com] | | Reinstating Edmar | Reinstating Edmar | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00026 | | Email | 6/21/2021 21:20 | 6/21/2024 20:32 | 6/21/2021 21:20 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com];Brian Thompson [bthompson@ruddylaw.com] | | RE: CPA Lawsuit | RE: CPA Lawsuit | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00027 | | Email | 6/17/2021 21:55 | 6/21/2024 20:32 | 6/17/2021 21:55 | Caspar Marney | Caspar Marney [cmarney@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Florida/Currenex Meeting | RE: Florida/Currenex Meeting | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00028 | | Email | 6/15/2021 13:20 | 6/21/2024 20:32 | 6/15/2021 13:20 | Caspar Marney | Caspar Marney [cmarney@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Florida/Currenex Meeting | RE: Florida/Currenex Meeting | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00029 | | Email | 6/13/2021 21:10 | 6/21/2024 20:32 | 6/13/2021 21:10 | Caspar Marney | Caspar Marney [cmarney@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | Colin Lloyd [clloyd@veladorassociates.com] | | Florida/Currenex Meeting | Florida/Currenex Meeting | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00030 | MEDWARDS0000356 | Email | 3/26/2020 23:22 | 6/21/2024 20:34 | 3/26/2020 23:22 | Barbara Kaplan | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | Shira Peleg [pelegs@gtlaw.com] | | FW: Corporate eFax message from "12128059250" - 31 page(s) | FW: Corporate eFax message from "12128059250" - 31 page(s) | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00031 | MEDWARDS0000388 | Email | 3/25/2020 20:05 | 6/21/2024 20:34 | 3/25/2020 20:05 | Barbara Kaplan | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | | | IDR 3 | IDR 3 | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00032 | MEDWARDS0000398 | Email | 3/18/2020 21:30 | 6/21/2024 20:34 | 3/18/2020 21:30 | Barbara Kaplan | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | | | Citadel Securities | Citadel Securities | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |

Plaintiffs' 04.14.2025 Privilege Log

| Edwards PrivLog ID | Prod Begin Bates | RecordType | Date Sent Date/Time | Date Last Modified Date/Time | Date Created - Date/Time | Author | Email From | Email To | Email CC | Email BCC | Email Subject | Title | Privilege Type | Privilege Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EdwardsPrivLogID 00033 | MEDWARDS0000571 | Email | 3/18/2020 21:29 | 6/21/2024 20:34 | 3/18/2020 21:29 | Barbara Kaplan | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | | | Citadel Securities | Citadel Securities | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00034 | MEDWARDS0000812 | Email | 3/18/2020 21:25 | 6/21/2024 20:34 | 3/18/2020 21:25 | Barbara Kaplan | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | | | Bank of America | Bank of America | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00035 | MEDWARDS0000863 | Email | 3/18/2020 21:24 | 6/21/2024 20:34 | 3/18/2020 21:24 | Barbara Kaplan | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | | | Devisa | Devisa | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00036 | | Email | 3/5/2020 10:24 | 6/21/2024 20:34 | 3/5/2020 10:24 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Documents | RE: Documents | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00037 | MEDWARDS0000951 | Email | 3/4/2020 18:28 | 6/21/2024 20:34 | 3/4/2020 18:28 | Barbara Kaplan | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | | | FW: Corporate eFax message from "IRS" - 3 page(s) | FW: Corporate eFax message from "IRS" - 3 page(s) | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00038 | MEDWARDS0000955 | Email | 3/4/2020 18:28 | 6/21/2024 20:34 | 3/4/2020 18:28 | Barbara Kaplan | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | | | FW: Corporate eFax message from "IRS" - 62 page(s) | FW: Corporate eFax message from "IRS" - 62 page(s) | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00039 | MEDWARDS0001018 | Email | 2/28/2020 20:39 | 6/21/2024 20:34 | 2/28/2020 20:39 | Barbara Kaplan | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | Shira Peleg [pelegs@gtlaw.com] | | IRS | IRS | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00040 | MEDWARDS0001091 | Email | 11/19/2020 3:58 | 6/21/2024 20:33 | 11/19/2020 3:58 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Gary Campbell [gary.campbell@wbd-us.com] | | | Re: Appeals | Re: Appeals | Attorney Client Privilege | Email to attorney with attachment reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00041 | MEDWARDS0001092 | Attach | | 11/19/2020 3:55 | 11/19/2020 3:46 | Matt Edwards | | | | | | | Attorney Client Privilege | Attachment reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00042 | MEDWARDS0001150 | Email | 11/19/2020 0:55 | 6/21/2024 20:33 | 11/19/2020 0:55 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Tom Bauman [dapplegrey18@gmail.com] | | | Appeals | Appeals | Attorney Client Privilege | Email with attachment to consultant working with counsel reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00043 | MEDWARDS0001151 | Attach | | 11/17/2020 0:48 | 11/14/2020 9:13 | Matt Edwards | | | | | | | Attorney Client Privilege | Attachment reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00044 | MEDWARDS0001268 | Email | 11/19/2020 0:51 | 6/21/2024 20:33 | 11/19/2020 0:51 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Gary Campbell [gary.campbell@wbd-us.com] | | | Appeals | Appeals | Attorney Client Privilege | Email to attorney with attachment reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00045 | MEDWARDS0001269 | Attach | | 11/17/2020 0:48 | 11/14/2020 9:13 | Matt Edwards | | | | | | | Attorney Client Privilege | Attachment reflecting request for legal advice re IRS matter. |
| EdwardsPrivLogID 00046 | | Email | 6/23/2021 4:37 | 6/21/2024 20:32 | 6/23/2021 4:37 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | | | Re: Currenex Trades | Re: Currenex Trades | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00047 | | Email | 6/18/2021 19:50 | 6/21/2024 20:32 | 6/18/2021 19:50 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@veladorassociates.com] | | | RE: Florida/Currenex Meeting | RE: Florida/Currenex Meeting | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00048 | | Email | 6/16/2021 3:10 | 6/21/2024 20:32 | 6/16/2021 3:10 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@veladorassociates.com] | | | Re: Florida/Currenex Meeting | Re: Florida/Currenex Meeting | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00049 | | Email | 6/14/2021 19:22 | 6/21/2024 20:32 | 6/14/2021 19:22 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@veladorassociates.com] | | | Re: Florida/Currenex Meeting | Re: Florida/Currenex Meeting | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00050 | | Email | 2/20/2019 14:18 | 6/21/2024 20:36 | 2/20/2019 14:18 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Colin Lloyd - Velador Associates - CURRENEX CLAIM - VISIT TO FLORIDA | RE: Colin Lloyd - Velador Associates - CURRENEX CLAIM - VISIT TO FLORIDA | Attorney Client Privilege | Email from consultant working for attorney Aaron Zigler investigating claims against Currenex. |
| EdwardsPrivLogID 00051 | | Email | 2/13/2019 10:52 | 6/21/2024 20:36 | 2/13/2019 10:52 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | Colin Lloyd - Velador Associates - CURRENEX CLAIM - VISIT TO FLORIDA | Colin Lloyd - Velador Associates - CURRENEX CLAIM - VISIT TO FLORIDA | Attorney Client Privilege | Email from consultant working for attorney Aaron Zigler investigating claims against Currenex. |
| EdwardsPrivLogID 00052 | | Email | 12/5/2018 18:13 | 6/21/2024 20:36 | 12/5/2018 18:13 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Colin Lloyd - Velador Associates - CATCHING UP | RE: Colin Lloyd - Velador Associates - CATCHING UP | Attorney Client Privilege | Email from consultant working for attorney Aaron Zigler investigating claims against FX platforms. |
| EdwardsPrivLogID 00053 | | Email | 11/13/2018 8:19 | 6/21/2024 20:36 | 11/13/2018 8:19 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Colin Lloyd - Velador Associates - CATCHING UP | RE: Colin Lloyd - Velador Associates - CATCHING UP | Attorney Client Privilege | Email from consultant working for attorney Aaron Zigler investigating claims against FX platforms. |
| EdwardsPrivLogID 00054 | | Email | 10/25/2018 8:11 | 6/21/2024 20:36 | 10/25/2018 8:11 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | Colin Lloyd - Velador Associates - CATCHING UP | Colin Lloyd - Velador Associates - CATCHING UP | Attorney Client Privilege | Email from consultant working for attorney Aaron Zigler investigating claims against FX platforms. |
| EdwardsPrivLogID 00055 | | Email | 3/2/2020 23:50 | 3/3/2020 4:50 | 3/3/2020 4:50 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Matt Edwards [irishforex@gmail.com] | | | Send Velador Documents | Send Velador Documents | Attorney Client Privilege | Email reflecting advice relayed by consultants working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00056 | | Email | 2/28/2020 22:58 | 2/29/2020 3:58 | 2/29/2020 3:58 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Matt Edwards [irishforex@gmail.com] | | | Organize and send broker logs / info to Velador | Organize and send broker logs / info to Velador | Attorney Client Privilege | Email reflecting advice relayed by consultants working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00057 | | Email | 8/13/2018 14:56 | 1/20/2023 12:35 | 8/13/2018 18:56 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Colin Lloyd [clloyd@veladorassociates.com];Caspar Marney [cmarney@veladorassociates.com];Matt Edwards [irishforex@gmail.com] | | | Edmar/Velador introductory Call | Edmar/Velador introductory Call | Attorney Client Privilege | Email from consultant working for attorney Aaron Zigler investigating claims against FX platforms. |
| EdwardsPrivLogID 00058 | | Email | 7/28/2021 5:48 | 6/21/2024 20:32 | 7/28/2021 5:48 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | | | Re: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Re: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email with attachment to consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00059 | | Attach | | 7/28/2021 5:43 | 7/28/2021 5:42 | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00060 | | Email | 7/26/2021 0:56 | 6/21/2024 20:32 | 7/26/2021 0:56 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | | | Re: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Re: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email with attachment to consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00061 | | Attach | | 7/26/2021 0:56 | | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00062 | | Email | 7/18/2021 22:36 | 6/21/2024 20:32 | 7/18/2021 22:36 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | | | Re: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Re: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email with attachment to consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00063 | | Attach | | 7/18/2021 22:31 | | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00064 | | Attach | | 7/18/2021 22:31 | 7/18/2021 22:30 | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |

| Edwards PrivLog ID | Prod Begin Bates | RecordType | Date Sent Date/Time | Date Last Modified Date/Time | Date Created - Date/Time | Author | Email From | Email To | Email CC | Email BCC | Email Subject | Title | Privilege Type | Privilege Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EdwardsPrivLogID 00065 | | Email | 7/2/2021 0:27 | 6/21/2024 20:32 | 7/2/2021 0:27 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | | | Re: FW: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Re: FW: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00066 | | Email | 6/3/2021 2:38 | 6/21/2024 20:32 | 6/3/2021 2:38 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Colin Lloyd [clloyd@veladorassociates.com] | | | Re: Agreements & Additional Documents | Re: Agreements & Additional Documents | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00067 | | Email | 6/1/2021 23:13 | 6/21/2024 20:32 | 6/1/2021 23:13 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Colin Lloyd [clloyd@veladorassociates.com] | | | RE: Agreements & Additional Documents | RE: Agreements & Additional Documents | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00068 | | Email | 8/3/2021 23:24 | 6/21/2024 20:32 | 8/3/2021 23:24 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com] | | Confirmation | Confirmation | Attorney Client Privilege | Email to consultant for attorneys Mark Ruddy and Aaron Zigler discussing information necessary for draft pleadings in advance of litigation. |
| EdwardsPrivLogID 00069 | | Email | 8/3/2021 12:48 | 6/21/2024 20:32 | 8/3/2021 12:48 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com] | | FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00070 | | Email | 8/2/2021 17:48 | 6/21/2024 20:32 | 8/2/2021 17:48 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | | | RE: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | RE: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00071 | | Email | 7/26/2021 13:25 | 6/21/2024 20:32 | 7/26/2021 13:25 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | | | RE: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | RE: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00072 | | Email | 7/19/2021 16:37 | 6/21/2024 20:32 | 7/19/2021 16:37 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com] | | RE: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | RE: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00073 | | Email | 7/16/2021 13:59 | 6/21/2024 20:32 | 7/16/2021 13:59 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | | | Fwd: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Fwd: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email with attachment from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00074 | | Attach | | 7/16/2021 11:26 | 7/16/2021 11:26 | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00075 | | Email | 7/1/2021 18:09 | 6/21/2024 20:32 | 7/1/2021 18:09 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | | | FW: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | FW: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00076 | | Email | 6/30/2021 23:19 | 6/21/2024 20:32 | 6/30/2021 23:19 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | | | RE: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | RE: FW: Transfer RORA to Sterling Irish Blue Gold between Velador Associates Ltd. and Matt Edwards is Signed and Filed! | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00077 | | Email | 6/30/2021 23:18 | 6/21/2024 20:32 | 6/30/2021 23:18 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com] | | Irish Blue Gold | Irish Blue Gold | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00078 | | Email | 6/30/2021 0:27 | 6/21/2024 20:32 | 6/30/2021 0:27 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | | | FW: Referral / Reinstatement of an IBC | FW: Referral / Reinstatement of an IBC | Attorney Client Privilege | Email with attachment from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00079 | | Attach | | 6/29/2021 19:37 | 6/29/2021 19:37 | mbain | | | | | | Microsoft Word - CHANGE OF REG OFFICE AGENT RESOLUTION.doc | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00080 | | Email | 6/28/2021 13:46 | 6/21/2024 20:32 | 6/28/2021 13:46 | Velador Associates Ltd. | Velador Associates Ltd. [adobesign@adobesign.com] | Caspar Marney [cmarney@veladorassociates.com];Matt Edwards [irishforex@gmail.com] | | | You signed: "Transfer RORA to Sterling Irish Blue Gold" | You signed: "Transfer RORA to Sterling Irish Blue Gold" | Attorney Client Privilege | Email with attachment from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00081 | | Attach | | 6/28/2021 13:46 | 6/28/2021 13:09 | tdarville | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00082 | | Email | 6/28/2021 13:16 | 6/21/2024 20:32 | 6/28/2021 13:16 | Caspar Marney | Caspar Marney [adobesign@adobesign.com] | Matt Edwards [irishforex@gmail.com] | | | Signature requested on "Transfer RORA to Sterling Irish Blue Gold" | Signature requested on "Transfer RORA to Sterling Irish Blue Gold" | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00083 | | Email | 6/24/2021 21:43 | 6/21/2024 20:32 | 6/24/2021 21:43 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | | | IBG Bahamas | IBG Bahamas | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00084 | | Email | 6/24/2021 19:08 | 6/21/2024 20:32 | 6/24/2021 19:08 | Caspar Marney | Caspar Marney [cmarney@ruddylaw.com] | Matt Edwards [irishforex@gmail.com] | Mark Ruddy [mruddy@ruddylaw.com];Brian Thompson [bthompson@ruddylaw.com] | | Edmar Reinstated | Edmar Reinstated | Attorney Client Privilege | Email with attachment from consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00085 | | Attach | | | | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00086 | | Email | 6/2/2021 7:36 | 6/21/2024 20:32 | 6/2/2021 7:36 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Agreements & Additional Documents | RE: Agreements & Additional Documents | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00087 | | Email | 6/1/2021 14:30 | 6/21/2024 20:32 | 6/1/2021 14:30 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Agreements & Additional Documents | RE: Agreements & Additional Documents | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00088 | | Email | 12/4/2020 16:27 | 6/21/2024 20:33 | 12/4/2020 16:27 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Agreements & Additional Documents | RE: Agreements & Additional Documents | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00089 | | Email | 3/9/2020 10:35 | 6/21/2024 20:34 | 3/9/2020 10:35 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Agreements & Additional Documents | RE: Agreements & Additional Documents | Attorney Client Privilege | Email from consultant working for attorney Mark Ruddy re investigation of Currenex claims. |
| EdwardsPrivLogID 00090 | | Email | 5/20/2019 16:12 | 6/21/2024 20:36 | 5/20/2019 16:12 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | RE: Colin Lloyd - Velador Associates - MEETING in Bonita Springs - Monday 3rd June | RE: Colin Lloyd - Velador Associates - MEETING in Bonita Springs - Monday 3rd June | Attorney Client Privilege | Email from consultant working for attorney Aaron Zigler investigating claims against Currenex. |
| EdwardsPrivLogID 00091 | | Email | 5/10/2019 13:39 | 6/21/2024 20:36 | 5/10/2019 13:39 | Colin Lloyd | Colin Lloyd [clloyd@veladorassociates.com] | Matt Edwards [irishforex@gmail.com] | | | Colin Lloyd - Velador Associates - MEETING in Bonita Springs - Monday 3rd June | Colin Lloyd - Velador Associates - MEETING in Bonita Springs - Monday 3rd June | Attorney Client Privilege | Email from consultant working for attorney Aaron Zigler investigating claims against Currenex. |
| EdwardsPrivLogID 00092 | | Email | 6/30/2021 5:14 | 6/21/2024 20:32 | 6/30/2021 5:14 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | | | Re: FW: Referral / Reinstatement of an IBC | Re: FW: Referral / Reinstatement of an IBC | Attorney Client Privilege | Email with attachment to consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00093 | | Attach | | | | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00094 | | Email | 6/25/2021 4:31 | 6/21/2024 20:32 | 6/25/2021 4:31 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | Mark Ruddy [mruddy@ruddylaw.com];Brian Thompson [bthompson@ruddylaw.com] | | Re: Edmar Reinstated | Re: Edmar Reinstated | Attorney Client Privilege | Email to consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00095 | | Email | 6/25/2021 3:30 | 6/21/2024 20:32 | 6/25/2021 3:30 | Matt Edwards | Matt Edwards [irishforex@gmail.com] | Caspar Marney [cmarney@ruddylaw.com] | | | Re: IBG Bahamas | Re: IBG Bahamas | Attorney Client Privilege | Email with attachments to consultant working for attorney Mark Ruddy for legal advice re entity registration. |
| EdwardsPrivLogID 00096 | | Attach | | | 2/27/2015 14:21 | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |

Plaintiffs' 04.14.2025 Privilege Log

| Edwards PrivLog ID | Prod Begin Bates | RecordType | Date Sent Date/Time | Date Last Modified Date/Time | Date Created - Date/Time | Author | Email From | Email To | Email CC | Email BCC | Email Subject | Title | Privilege Type | Privilege Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EdwardsPrivLogID 00097 | | Attach | | | 2/27/2015 14:21 | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00098 | | Attach | | | 2/27/2015 14:21 | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00099 | | Attach | | | 2/27/2015 14:20 | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00100 | | Attach | | | 2/27/2015 14:21 | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00101 | | Attach | | | 2/27/2015 14:19 | | | | | | | | Attorney Client Privilege | Attachment for legal advice re entity registration. |
| EdwardsPrivLogID 00102 | MEDWARDS0004383 | Email | 11/1/2019 20:02 | 6/21/2024 20:35 | 11/1/2019 20:02 | KaplanB@gtlaw.com | Barbara Kaplan [kaplanb@gtlaw.com] | Matt Edwards [irishforex@gmail.com] | | | FW: Corporate eFax message from "IRS" - 6 page(s) | FW: Corporate eFax message from "IRS" - 6 page(s) | Attorney Client Privilege | Email from attorney reflecting request for legal advice re IRS matter. |