**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

```
US
DC
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-18-25
```

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

September 17, 2025

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Plaintiffs in the above-captioned matter. On September 10, 2025, Defendants filed the Letter Motion seeking to compel the production of certain code and data from Plaintiff XTX Markets Limited (the "Motion"). ECF 229. Along with this letter, Plaintiffs are today filing a response opposing the Motion (the "Response"), as well as a declaration from XTX's Global Head of Distribution (the "Declaration"). Pursuant to Federal Rule of Civil Procedure 5.2(d), your Individual Rules of Practice, and the Protective Order in this action (ECF 113), Plaintiffs respectfully submit this letter motion to file under seal the Response's five supporting exhibits, as well as the portions of the Response and Declaration that quote from these exhibits or sealed portions of the Motion.

These exhibits have been designated as "Highly Confidential" under the Protective Order. Earlier today, we asked if Defendants would consent to filing the exhibits publicly. We did not receive a response, and out of an abundance of caution we are requesting leave to file the exhibits under seal. We have informed Defendants that having declined to consent, per Your Honor's Rules they must file a letter explaining the need to seal or redact the materials within three days.

Therefore, Plaintiffs request leave to file the five exhibits and portions of the Response and Declaration quoting from the exhibits or sealed portions of the Motion under seal. Pursuant to the Protective Order (ECF 113 at 19-20) and your Rules, Plaintiffs are filing contemporaneously

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

with this letter motion (a) public versions of the Response and Declaration with proposed redactions and (b) unredacted versions under seal with the redacted information highlighted for the Court's review.

Respectfully submitted,

/s/ Daniel L. Brockett

Daniel L. Brockett

cc: Counsel of Record

SO ORDERED

LEWIS A. KAPLAN, USDJ
9/18/25