

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

September 18, 2025

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, HC Technologies, LLC, and Goldman Sachs & Co., LLC (collectively, "Defendants") in the above-captioned matter.

Along with this letter, Defendants are today filing a motion for the issuances of letters rogatory (the "Motion").

Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court's Rules, and the Stipulation and Order of Confidentiality so-ordered in this action on October 18, 2023 (the "Protective Order"), ECF No. 113, Defendants respectfully submit this letter motion to file under seal (i) one of the supporting exhibits to the Motion (Exhibit 17) consisting of excerpts of the deposition transcript of Matthew Edwards, the entirety of which has been temporarily designated as "Highly Confidential" under the terms of the Protective Order, as the 30-day deadline for the parties to designate specific portions of the transcript as "Confidential" or "Highly Confidential" has not yet passed; (ii) four of the supporting exhibits to the Motion consisting of documents that Plaintiffs have designated as "Highly Confidential" (Exhibits 6, 7, 8, and 9); and (iii) the portions of the Motion that reflect the contents of those exhibits.

On September 18, 2025, Defendants sought Plaintiffs' consent for Defendants to publicly file Exhibits 6, 7, 8, 9, and 17. Plaintiffs did not respond to that request. Accordingly, Defendants request the Court's leave to file portions of the Motion and all of Exhibits 6, 7, 8, 9, and 17 under seal. *See* ECF No. 113 at 20. Consistent with this Court's Rules, Defendants have informed Plaintiffs that, in the event they decline to withdraw or agree not to assert confidentiality designations with respect to Exhibits 6, 7, 8, 9, and 17, they must file, within three days, a letter explaining the need to seal or redact the materials. In accordance with the Protective Order and this Court's Rules, Defendants are

filing, concurrent with this letter motion, (i) a public version of the Motion with proposed redactions and (ii) an unredacted version under seal with the redacted information highlighted for the Court's review.

Respectfully Submitted,

| ROPES & GRAY LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| /s/ *Alexander B. Simkin* | /s/ *Peter G. Wilson* |
| Gregg L. Weiner | Peter G. Wilson |
| Alexander B. Simkin | Elliott M. Bacon |
| 1211 Avenue of the Americas | 525 W Monroe Street |
| New York, New York 10036 | Chicago, IL 60661 |
| Telephone: (212) 596-5000 | Telephone: (312) 902-5200 |
| Facsimile: (212) 596-9090 | Email: peter.wilson@katten.com |
| Email: gregg.weiner@ropesgray.com | Email: elliott.bacon@katten.com |
| Email: alexander.simkin@ropesgray.com | |
| | *Counsel for Defendant HC Technologies, LLC* |
| Robert G. Jones (*pro hac vice*) | |
| 800 Boylston Street | |
| Boston, Massachusetts 02199 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Telephone: (617) 951 7000 | |
| Facsimile: (617) 951 7050 | |
| Email: robert.jones@ropesgray.com | /s/ *Carmine D. Boccuzzi Jr.* |
| | Carmine D. Boccuzzi Jr. |
| Samer Musallam (*pro hac vice*) | Rishi N. Zutshi |
| 2099 Pennsylvania Avenue NW | One Liberty Plaza |
| Washington, DC 20006 | New York, NY 10006 |
| Telephone: (202) 508-4600 | Telephone: (212) 225-2000 |
| Facsimile: (202) 508-4650 | Email: cboccuzzi@cgsh.com |
| Email: samer.musallam@ropesgray.com | Email: rzutshi@cgsh.com |
| | |
| *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* | *Counsel for Defendant Goldman Sachs & Co. LLC* |

Cc: All Counsel of Record