**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

September 19, 2025

<u>BY ECF</u>

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY  10007-1312

Re:     *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

Pursuant to Your Honor's Individual Rules of Practice, we write jointly on behalf of all parties to alert the Court of recent developments that will slightly impact the current fact discovery schedule set forth in the Case Management Schedule (ECF No. 161) in the above-captioned action.  Unfortunately, one of the Plaintiffs' lead attorneys, who was responsible for taking a series of depositions that had been scheduled for mid-September prior to the close of fact discovery, was recently hospitalized.  The attorney is recovering and his work on the case will eventually continue.  But the unexpected and sudden nature of the event impacted the deposition calendar, as the depositions that attorney was prepared to take had to be postponed.

As a result of this unforeseeable medical incident and its impact on the calendar, the parties respectfully request a brief, limited extension of the fact discovery schedule to allow depositions to continue past the current September 19, 2025 deadline.  Specifically, the parties propose an October 16, 2025 deadline for the completion of all fact depositions, subject to the limited exceptions noted below, and we are working with the witnesses towards that deadline.  The currently known exceptions that may extend beyond the proposed October 16 deadline are the depositions of Russell Sears and Jan Stromme.  Both Mr. Sears and Mr. Stromme are subject to existing Court orders under the Hague Convention (*see* ECF Nos. 206, 220); however, the foreign processes have not yet resulted in dates being issued for their respective depositions.

In addition, for the sake of clarity, to the extent the Court grants any of the pending discovery motions or any other discovery relief in the future, of course at this point compliance with any such order will necessarily need to occur after September 19.  The parties reserve all rights with respect to the timing implications of any such order.

We appreciate the Court's understanding.

Respectfully submitted,

*/s/ Daniel L. Brockett*

 Daniel L. Brockett

cc: Counsel of Record