**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

September 19, 2025

<u>BY ECF</u>

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY  10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598
      Plaintiffs' Response to Defendants' Letter Motion to Seal Motion to Compel Production
      of Privilege

Dear Judge Kaplan:

On behalf of Plaintiffs, we respectfully submit this response to request one exhibit and the relevant portions of Defendants' motion to compel (the "Motion") remain under seal.  *See* ECF Nos. 240 (sealing letter), 241 (Motion referencing under-seal Exhibit), and 241-4 (the "Exhibit" at issue).

We designated the Exhibit as "Highly Confidential" pursuant to the Court's Protective Order, ECF No. 113, because it includes information concerning non-public, confidential, and privileged investigations of other law firms that Plaintiffs Edmar Financial Company, LLC and Irish Blue & Gold, Inc were in contact with.  Documents should remain sealed if "closure is essential to preserve higher values and is narrowly tailored to serve that interest."  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (citation omitted).  There is significant public interest in maintaining the confidentiality of communications between attorney and client and "this is precisely the kind of countervailing concern that is capable of overriding the general preference for public access to judicial records."  *Diversified Grp., Inc. v. Daugerdas*, 217 F.R.D. 152, 160 (S.D.N.Y. 2003).

Here, the Exhibit discusses investigative steps taken by attorneys and the related communications and interactions with representatives of Edmar and Irish Blue & Gold. For all the reasons set forth above, the Court should order that the Exhibit and references in Defendants' Motion remain sealed.

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

cc: Counsel of Record