# [FILED UNDER SEAL]
# Ex. 1: Plaintiffs' September 9, 2025 Email to Defendants