# [FILED UNDER SEAL]
# Ex. 3: Jeremy Smart
# 30 (b)(6) Deposition Transcript
# August 28, 2025
# [Excerpted]