

**ROPES & GRAY LLP**
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

September 22, 2025

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/25

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, HC Technologies, LLC, and Goldman Sachs & Co., LLC (collectively, "Defendants") in the above-captioned matter.

Along with this letter, Defendants are today filing a reply to Plaintiffs' September 17, 2025 opposition to Defendants' September 10, 2025 motion to compel the production of (i) Named Plaintiff XTX Markets Limited's ("XTX") automated trading code, (ii) certain data from XTX's price generation source code, and (iii) the code for and emails generated by XTX's Automated Liquidity Management System (the "Reply"). Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court's Rules, and the Stipulation and Order of Confidentiality so ordered in this action on October 18, 2023 (the "Protective Order"), ECF No. 113, Defendants respectfully submit this letter motion to file under seal the three supporting exhibits to the Reply consisting of (i) Plaintiffs' September 9, 2025 email to Defendants' counsel with the subject "Edmar v. Currenex: XTX Documents and Data" (Exhibit 1) and (ii) excerpts of the transcripts of the personal and XTX 30(b)(6) depositions of Jeremy Smart (Exhibits 2-3), the entirety of which have been temporarily designated as "Highly Confidential" under the terms of the Protective Order, as the 30-day deadline for the parties to designate specific portions of the transcripts as "Confidential" or "Highly Confidential" has not yet passed, and (ii) the portions of the Reply that reflect the content of those exhibits.

On September 22, 2025, Defendants sought Plaintiffs' confirmation that they agree Exhibits 1-3 can be publicly filed. Plaintiffs did not respond to this request. Accordingly, Defendants request the Court's leave to file portions of the Reply and Exhibits 1-3 under seal. *See* ECF No. 113 at 20. Consistent with this Court's Rules, Defendants have informed Plaintiffs that, in the event they decline to withdraw or agree not to assert confidentiality designations with respect to Exhibits 1-3, they must

ROPES & GRAY LLP

- 2 -                                                                                                September 22, 2025

file, within three days, a letter explaining the need to seal or redact the materials. In accordance with the Protective Order and this Court's Rules, Defendants are filing, concurrent with this motion, (i) a public version of the Reply with proposed redactions and (ii) an unredacted version under seal with the redacted information highlighted for the Court's review.

Respectfully Submitted,

ROPES & GRAY LLP

/s/ Alexander B. Simkin
Gregg L. Weiner
Alexander B. Simkin
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-5000
Facsimile: (212) 596-9090
Email: gregg.weiner@ropesgray.com
Email: alexander.simkin@ropesgray.com

Robert G. Jones (*pro hac vice*)
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951 7000
Facsimile: (617) 951 7050
Email: robert.jones@ropesgray.com

Samer Musallam (*pro hac vice*)
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Email: samer.musallam@ropesgray.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

KATTEN MUCHIN ROSENMAN LLP

/s/ Peter G. Wilson
Peter G. Wilson
Elliott M. Bacon
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: elliott.bacon@katten.com

*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Carmine D. Boccuzzi Jr.
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*

Cc: All Counsel of Record

Granted.
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ            9/23/25