# EXHIBIT 1
# May 29, 2025 Deposition Transcript