# EXHIBIT 12
# CXSSB00950620