# EXHIBIT 15
# September 16, 2025 Deposition Transcript