

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

MEMO ENDORSED

September 26, 2025     MEMO ENDORSED

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com



**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Defendants Currenex, Inc. ("Currenex"), State Street Bank and Trust Company ("State Street Bank"), and State Street Global Markets International Limited (collectively, "Defendants") in the above-captioned matter.

Along with this letter, Defendants are today filing a letter opposing Plaintiffs' motion to compel Currenex to produce additional source code as well as brokerage fee and trading volume information (the "Opposition"). Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court's Rules, and the Stipulation and Order of Confidentiality so-ordered in this action on October 18, 2023 (the "Protective Order"), ECF No. 113, Defendants respectfully submit this letter motion to file under seal (i) three supporting exhibits to the Opposition consisting of excerpts of the deposition transcripts of Mr. Burrlock, State Street Bank's Rule 30(b)(6) corporate representative, Mr. Foster, and Defendant Goldman Sachs & Co., LLC's ("Goldman") Rule 30(b)(6) corporate representative, Mr. Chattaway, (Exhibits A, C, and D), the entirety of which have been, in the case of Mr. Burrlock, designated as "Confidential" under the terms of the Protective Order and, in the case of Messrs. Foster and Chattaway, temporarily designated as "Highly Confidential" under the terms of the Protective Order, as the 30-day deadline for the parties to designate specific portions of the transcripts as "Confidential" or "Highly Confidential" has not yet passed; (ii) the portions of the Opposition that reflect the content of those exhibits; and (iii) certain portions of Exhibit B, which consists of an email exchange between the parties, that reflects the contents of (a) deposition testimony from Messrs. Rosenwald and Schonberg that has been designated as "Confidential," and (b) documents produced by Currenex that have similarly been designated as "Confidential."

With respect to Exhibit B, in addition to citing deposition testimony designated confidential by other parties, the email cites two documents that Defendants produced during discovery and designated as

ROPES & GRAY LLP

-2-                                                                                       September 26, 2025

"Confidential" under the terms of the Protective Order. The email summarizes the contents of these produced documents, including information regarding specific stream IDs on the Currenex Platform associated with State Street Bank that would otherwise remain anonymous. Disclosure of these stream IDs could cause competitive harm to State Street Bank, which relies on the anonymous nature of the Platform, the confidentiality of the specific stream IDs that it uses for its trading, and the nature of the trading that it carries out on the specific streams. Indeed, disclosure of the information in Exhibit B regarding these stream IDs could both prevent State Street Bank from being able to trade anonymously on these streams going forward, and reveal information regarding its prior trading that could be used by its competitors, causing it harm. Currenex also has a strong interest in maintaining the anonymity of stream IDs on the Platform, as the disclosure of stream IDs could erode client trust if clients believe their trading data may be exposed or analyzed by competitors, potentially resulting in loss of business or reputational harm. Such commercially sensitive information is routinely found to be appropriately sealed. *See In re B&C KB Holding GmbH*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023) (courts "routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information.").

On September 26, 2025, Defendants requested confirmation from Plaintiffs that Exhibits A-D can be publicly filed. Plaintiffs did not respond to this request. While Goldman consented to the public filing of Exhibit D, Goldman requested that the redacted portions of Exhibit B that relate to Mr. Schoenberg remain under seal. In addition, HC Technologies, LLC requested that the redacted portions of Exhibit B that relate to Mr. Rosenwald's testimony remain under seal.

Accordingly, Defendants request the Court's leave to file Exhibits A-D, and related portions of the Opposition, under seal. *See* ECF No. 113 at 20. Consistent with this Court's Rules, Defendants have informed the parties that, in the event they decline to withdraw or agree not to assert confidentiality designations with respect to Exhibits A-D, they must file, within three days, a letter explaining the need to seal or redact the materials. In accordance with the Protective Order and this Court's Rules, Defendants are filing, concurrent with this letter motion, (i) a public version of the Opposition and Exhibit B with proposed redactions and (ii) unredacted versions under seal with the redacted information highlighted for the Court's review.

*Granted*
*SO ORDERED*
*Lewis A. Kaplan*
9/29/25

ROPES & GRAY LLP

- 3 -                                                                                        September 26, 2025

Respectfully Submitted,

ROPES & GRAY LLP

/s/ *Alexander B. Simkin*
Gregg L. Weiner
Alexander B. Simkin
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-5000
Facsimile: (212) 596-9090
Email: gregg.weiner@ropesgray.com
Email: alexander.simkin@ropesgray.com

Robert G. Jones (*pro hac vice*)
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951 7000
Facsimile: (617) 951 7050
Email: robert.jones@ropesgray.com

Samer Musallam (*pro hac vice*)
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Email: samer.musallam@ropesgray.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

Cc: All Counsel of Record