# EXHIBIT 4
**CXSSB00941316**