# Exhibit 1

| | |
|---|---|
| **From:** | Tom Lepri |
| **To:** | Gaioni, Mark; Jones, Robert; Beck, Deanna; Musallam, Samer; Simkin, Alexander; cboccuzzi@cgsh.com; jwenck@cgsh.com; rzutshi@cgsh.com; elliott.bacon@katten.com; michaela.holcombe@katten.com; peter.wilson@katten.com |
| **Cc:** | Jeremy Andersen; Vinay Basti; Timothy Nagle; aaron@ziglerlawgroup.com |
| **Subject:** | Edmar v. Currenex (document production) |
| **Date:** | Tuesday, August 12, 2025 5:53:26 PM |
| **Attachments:** | 08.12.2025 ltr from Pls to Defs.pdf |

**THIS MESSAGE IS FROM AN EXTERNAL SENDER**
This message came from a sender outside of Ropes & Gray

Counsel – please see the attached document production. I will send the password under separate cover.

Thanks,
Tom

**Tom Lepri**
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016-7103
212-849-7275 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
thomaslepri@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.