# [FILED UNDER SEAL]
# Ex. 2: Email from M. Gaioni to T. Lepri
# September 27, 2025

| | |
|---|---|
| **From:** | Gaioni, Mark |
| **To:** | Tom Lepri; Jones, Robert; Beck, Deanna; Simkin, Alexander; elliott.bacon@katten.com; michaela.holcombe@katten.com; peter.wilson@katten.com |
| **Cc:** | Jeremy Andersen; Vinay Basti; Timothy Nagle; aaron@ziglerlawgroup.com; cboccuzzi@cgsh.com; rzutshi@cgsh.com; jwenck@cgsh.com |
| **Subject:** | RE: Edmar v. Currenex (DSquare) |
| **Date:** | Saturday, September 27, 2025 2:40:46 PM |

Tom,

We write on several open DSquare related discovery issues.

*First*, you told us on September 25 that we would receive (i) DSquare's priv log, and (ii) the rest of DSquare's document production by September 26, which was already long overdue. We have received neither, nor an explanation about why they were not delivered by the promised deadline. When do you now expect to send them? As we previously explained, we may have to adjourn at least DSquare's 30(b)(6) deposition if we do not have adequate time with the priv log and documents.

*Second*, with respect to the Kyte-related search terms, we understand your email to say that there are 15,406 unique hits and that half of those have already been produced. We think DSquare should just review the other ~7,500 hits. In the context of this case, that is not an unreasonable number. Please let us know when these documents can be produced. We may also have to adjourn DSquare's 30(b)(6) deposition if we can't get them in time (or may need to recall the witness for an additional day).

*Third*, since DSquare apparently destroyed or lost all copies of Ms. Otway's ████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████, we would like to depose Ms. Otway. Please let us know as soon as possible if you represent her and if you will make her voluntarily available, or if we will need to go through additional process.

*Fourth*, please let us know when you will have answers to the other questions regarding DSquare's document production that you are still investigating, including:

    (i)    What sources Plaintiffs collected and searched in connection with DSquare's email production. To the extent those sources were custodial files, please indicate which ones were collected, which exist but were not collected, and which have been destroyed and when. To the extent those sources are not custodial files, please describe what they are.

    (ii)    What steps Plaintiffs have taken to investigate whether the files DSquare has destroyed can be restored, including whether those materials were hosted by a third party vendor (and, if so, which one), and the availability of any backups.

    (iii)    Please explain how it came to be that DSquare destroyed Ms. Otway's June 23, 2015 email, but retained Jad Sarmo's June 24, 2015 response to her, given that all of the same individuals are copied on both messages. In other words, Defendants would have expected that the missing message would exist in and could be retrieved from the custodial files of any of Ms. Otway, Mr. Sarmo, Damian Mitchell, or Sarah Davies, even if some of those custodial files had been destroyed.

Thanks,
Mark

**Mark S. Gaioni**
**ROPES & GRAY LLP**
T +1 310 975 3274 | M +1 314 422 4275
10250 Constellation Boulevard, 21st Floor
Los Angeles, CA 90067
Mark.Gaioni@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

**From:** Tom Lepri <thomaslepri@quinnemanuel.com>
**Sent:** Friday, September 26, 2025 9:34 PM
**To:** Gaioni, Mark <Mark.Gaioni@ropesgray.com>; Jones, Robert <Robert.Jones@ropesgray.com>; Beck, Deanna <Deanna.Beck@ropesgray.com>; Musallam, Samer <Samer.Musallam@ropesgray.com>; Simkin, Alexander <Alexander.Simkin@ropesgray.com>; elliott.bacon@katten.com; michaela.holcombe@katten.com; peter.wilson@katten.com
**Cc:** Jeremy Andersen <jeremyandersen@quinnemanuel.com>; Vinay Basti <vinaybasti@quinnemanuel.com>; Timothy Nagle <timothynagle@quinnemanuel.com>; aaron@ziglerlawgroup.com
**Subject:** Edmar v. Currenex (DSquare)

**THIS MESSAGE IS FROM AN EXTERNAL SENDER**
This message came from a sender outside of Ropes & Gray

Counsel – I'm writing to follow up on your September 17 email, in which you asked about a June 23, 2015 email (time-stamped 18:18 pm) from Eve Otway that appeared within an email thread at DSQ0324667 but was not produced as a standalone email.

As we discussed yesterday on our meet-confer, I can confirm that Ms. Otway's email June 23, 2015 was not among the emails that we collected from DSquare. I can further confirm our understanding is that the emails we collected from DSquare are the only emails that appear to exist for DSquare, which began winding down around January 2021, including selling all its computer hardware. We are investigating the other questions you raised on our call.

Separately, I am attaching the hit report for the additional search terms you asked us to run. I note that the hit counts include hits on documents that have already been produced, which comprise approximately half the total number of documents listed in the hit report. We are consulting with the client to see if we can think of ways to find what you are looking for in more efficient ways than email searches.

Thanks,
Tom

**Tom Lepri**

Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Avenue

New York, NY 10016-7103

212-849-7275 Direct

212-849-7000 Main Office Number

212-849-7100 FAX

thomaslepri@quinnemanuel.com

www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.