# [FILED UNDER SEAL]
# Ex. 3: XTX2486161