# [FILED UNDER SEAL]
# Ex. 4: XTX618894