UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *Edmar Financial Company, LLC et al* <br><br> Plaintiffs, <br><br> v. <br><br> *Currenex, Inc. et al*, <br><br> Defendants. | Case No. 21-cv-06598 (LAK) <br><br> **DECLARATION OF DAMIAN MITCHELL IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PRIVILEGED COMMUNICATIONS** |

Pursuant to 28 U.S.C. § 1746, I, Damian Mitchell, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I submit this statement in opposition to Defendants' motion to compel certain documents from co-Plaintiffs.

2. My statement is based on facts and matters within my own knowledge and belief, unless I indicate otherwise.

3. Since June 2006—the beginning—I have been with Plaintiff DSquare Trading Limited (then DSquare LLP). When the company was actively trading, I was a Managing Director and I was the Head of Trading. Currently, I am a Director.

4. The first time I, or to my knowledge anyone else at DSquare, heard that Currenex was engaged in the wrongful acts alleged in this action was after the filing of the initial complaint in this action.

5. I have crossed paths with Velador Associates and Caspar Marney before then, but only in wholly irrelevant contexts.

6. For instance, Velador worked in connection with the *In re Foreign Exchange Benchmark Rates Antitrust Litigation* action in the Southern District of New York and related

litigation in the United Kingdom. Thus, for instance, Velador assisted DSquare as a class member with the complexities of the claim form. It is in connection with the *In re Foreign Exchange Benchmark Rates Antitrust Litigation* that DSquare would have been interacting with Velador as reflected in the December 2017 email exchange cited by Defendants.

7. I now have a general understanding that Velador also assisted other counsel in pursuit of so-called "last look" cases. I do not recall that being a focus of any conversation with DSquare. To the extent any discussion of the "last look" cases occurred, I thus believe it would have been minimal.

8. In the interest of full disclosure, I also knew Mr. Marney previously by way of us both operating as traders in this industry. We thus may have occasionally communicated on other matters over the years.

9. However, to be clear, at no point prior to the filing of the initial complaint in this action—in conversations about the *In re Foreign Exchange Benchmark Rates Antitrust Litigation* case, in conversations about "last look", or otherwise—did anyone discuss with me anything about the allegations made in this case. Indeed, the first such conversation I recall occurred only in 2025.

10. I am not aware anyone else at DSquare had any such conversations prior to the filing of the initial complaint, either. If they had, I believe they would have been brought to my attention and I would have remembered it taking place, because the allegations in this case are so serious.

Executed in  Santa Margherita Ligure, Italy   on  30th September   , 2025.

_____
Damian Mitchell