**ROPES & GRAY**
ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/25

September 30, 2025

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

BY ECF

MEMO ENDORSED

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

      We represent Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, HC Technologies, LLC, and Goldman Sachs & Co., LLC (collectively, "Defendants") in the above-captioned matter.

      Along with this letter, Defendants are today filing a reply in support of their motion for the issuance of letters rogatory (the "Reply"). Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court's Rules, and the Stipulation and Order of Confidentiality so-ordered in this action on October 18, 2023 (the "Protective Order"), ECF No. 113, Defendants respectfully submit this letter motion to file under seal (i) certain documents produced in connection with this litigation that have been designated by Plaintiffs as "Highly Confidential" (Exhibits 3–5); (ii) the portions of an email exchange that reflect the content of one such produced document (Exhibit 2); and (iii) the portions of the Reply that reflect the content of those exhibits or of other exhibits to the motion for the issuance of letters rogatory, already filed under seal.

      On September 30, 2025, Defendants sought Plaintiffs' confirmation that they agree Exhibits 2 through 5 can be publicly filed. Plaintiffs requested that Defendants filed those Exhibits and portions of the Reply that reflect the content of those exhibits under seal. Accordingly, Defendants request the Court's leave to file portions of the Reply and Exhibits 2 through 5 under seal. *See* ECF No. 113 at 20. Consistent with this Court's Rules, Defendants have informed Plaintiffs that, with respect to Exhibits 2 through 5, they must file, within three days, a letter explaining the need to seal or redact the materials. In accordance with the Protective Order and this Court's Rules, Defendants are filing, concurrent with this letter motion, (i) a public version of the Reply with proposed redactions and (ii) an unredacted version under seal with the redacted information highlighted for the Court's review.

Granted
*/s/*
10/3/25

ROPES & GRAY LLP

- 2 -                                                         September 30, 2025

Respectfully Submitted,

| ROPES & GRAY LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| /s/ *Alexander B. Simkin* | /s/ *Peter G. Wilson* |
| Gregg L. Weiner | Peter G. Wilson |
| Alexander B. Simkin | Elliott M. Bacon |
| 1211 Avenue of the Americas | 525 W Monroe Street |
| New York, New York 10036 | Chicago, IL 60661 |
| Telephone: (212) 596-5000 | Telephone: (312) 902-5200 |
| Facsimile: (212) 596-9090 | Email: peter.wilson@katten.com |
| Email: gregg.weiner@ropesgray.com | Email: elliott.bacon@katten.com |
| Email: alexander.simkin@ropesgray.com | |
| | *Counsel for Defendant HC Technologies, LLC* |
| Robert G. Jones (*pro hac vice*) | |
| 800 Boylston Street | |
| Boston, Massachusetts 02199 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Telephone: (617) 951 7000 | |
| Facsimile: (617) 951 7050 | /s/ *Carmine D. Boccuzzi Jr.* |
| Email: robert.jones@ropesgray.com | Carmine D. Boccuzzi Jr. |
| | Rishi N. Zutshi |
| Samer Musallam (*pro hac vice*) | One Liberty Plaza |
| 2099 Pennsylvania Avenue NW | New York, NY 10006 |
| Washington, DC 20006 | Telephone: (212) 225-2000 |
| Telephone: (202) 508-4600 | Email: cboccuzzi@cgsh.com |
| Facsimile: (202) 508-4650 | Email: rzutshi@cgsh.com |
| Email: samer.musallam@ropesgray.com | |
| | *Counsel for Defendant Goldman Sachs & Co. LLC* |
| *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* | |

Cc: All Counsel of Record