**Katten**

525 W. Monroe Street
Chicago, IL 60661-3693
+1.312.902.5200 tel
katten.com

# MEMO ENDORSED

PETER G. WILSON
peter.wilson@katten.com
+1.312.902.5649 direct
+1.312.902.1061 fax

September 29, 2025

VIA ECF

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21B
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/25
```

Re:   *Edmar Financial Company, LLC et al. v. Currenex, Inc. et al.*, Case No. 21-cv-06598

Dear Judge Kaplan:

Defendant HC Technologies, LLC ("HC Tech") respectfully requests that certain portions of Exhibit B to Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited's ("State Street Defendants") September 26, 2025 opposition to Plaintiffs' September 19, 2025 letter motion remain under seal. *See* ECF No. 287 (sealing letter); ECF No. 288 (under seal version of opposition to letter motion referencing redacted exhibit); ECF No. 288-2 (under seal version of Exhibit B); ECF No. 289 (public version of opposition to letter motion referencing redacted exhibit); ECF No. 289-2 (redacted version of Exhibit B); ECF No. 292 (order endorsing ECF No. 287).

Specifically, HC Tech requests that the redacted portions of Exhibit B that quote from or purport to summarize the deposition testimony of Cary Rosenwald remain under seal. *See* ECF No. 289-2 at 3-4. The redacted references relate to deposition testimony that was previously designated as "Highly Confidential" in accordance with the October 18, 2023 Stipulation and Order of Confidentiality, ECF No. 113, since they concern the use and development of a specific trading strategy—precisely the type of commercially sensitive information that courts routinely protect. *See In re B&C KB Holding GmbH*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023). Further, the redacted excerpts are not "relevant to the performance of the judicial function and useful in the judicial process," *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), because they are not cited to or relied upon in the State Street Defendants' opposition. While the State Street Defendants cite the email chain attached as Exhibit B in their opposition, they only cite the September 16, 2025 email from Mark Gaioni relating to a description of a feature of the Platform, and not the September 15, 2025 email from Timothy Nagle. The portions of the September 15,

# Katten

September 29, 2025
Page 2

2025 email that HC Tech requests remain sealed relate to a different subject matter than that discussed in the State Street Defendants' opposition.

Accordingly, HC Tech respectfully requests that the portions of Exhibit B to the State Street Defendants' opposition that quote from or purport to summarize the deposition testimony of Cary Rosenwald remain under seal. *See* ECF No. 288-2 (under seal version of Exhibit B); ECF No. 289-2 (redacted version of Exhibit B).

Sincerely,

*/s/ Peter G. Wilson*

Peter G. Wilson

*Counsel for Defendant HC Technologies, LLC*

Granted

[signature] 10/3/25