**quinn emanuel** trial lawyers | new york

295 FifthAvenue, New York, New York 10016-7103| TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

October 3, 2025

**BY ECF**

The Honorable Lewis A. Kaplan
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21D
New York, NY 10007

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

Plaintiffs write briefly in response to the Court's observation today (ECF 312) that Plaintiffs Edmar Financial Company, LLC and Irish Blue & Gold, Inc. have not yet been dismissed. To be clear, Plaintiffs will be seeking those Plaintiffs' voluntary dismissal. If Defendants do not agree to a stipulated dismissal, Plaintiffs will file a motion next week seeking the Court's leave to have them dismissed. Plaintiffs make this note to remove any potential ambiguity on that point, including as it may relate to Defendants' still-pending discovery motion. *See* ECF 253, 280, 300, 316.

Respectfully submitted,

 /s/ Daniel L. Brockett

Daniel L. Brockett
cc: Counsel of Record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH