UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 21-cv-06598<br><br>**CERTIFICATE OF SERVICE** |

    I, Daniel L. Brockett, hereby certify pursuant to 28 U.S.C. § 1746 that on October 3, 2025 I served a true and correct copy of Plaintiffs sur-reply and supporting exhibits in further opposition to Defendants' Motion for Issuance of Letter Rogatory (ECF 315) on all counsel of record by electronic mail transmission.  The sur-reply and exhibits were filed under seal pursuant to Federal Rule of Civil Procedure 5.2(d), your Individual Rules of Practice, and the Protective Order in this action (ECF 113).

    I certify under the penalty of perjury the forgoing statements are true and correct. Executed in New York, New York on this 3rd day of October 2025.

| RUDDY GREGORY, PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| | By: */s/ Daniel L. Brockett* |
| Mark Ruddy | Daniel L. Brockett |
| 1225 15th Street NW | Thomas J. Lepri |
| Washington, DC 20005 | 295 Fifth Avenue, 9th Floor |
| Telephone: (202) 797-0762 | New York, New York 10016 |
| Fax: (202) 318-0543 | Telephone: (212) 849-7000 |
| mruddy@ruddylaw.com | Fax: (212) 849-7100 |
| | danbrockett@quinnemanuel.com |
| | thomaslepri@quinnemanuel.com |
| | |
| | Jeremy D. Andersen (*pro hac vice*) |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| | Fax: (213) 443-3100 |
| | jeremyandersen@quinnemanuel.com |

*Counsel for Plaintiffs and the Proposed Class*