**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-6-25

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

October 3, 2025

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Plaintiffs in the above-captioned matter. Along with this letter, Plaintiffs are today filing a sur-reply (the "Sur-Reply") to Defendants Letter Reply (ECF 300) in support of their Letter Motion for Issuance of Letters Rogatory (the "Reply"). Pursuant to Federal Rule of Civil Procedure 5.2(d), your Individual Rules of Practice, and the Protective Order in this action (ECF 113), Plaintiffs respectfully submit this letter motion to file under seal seven Sur-Reply supporting exhibits and portions of the Sur-Reply that quote or reference these exhibits or exhibits which were previously filed under seal with Defendants' Reply.

The parties have designated these exhibits as "Confidential" or "Highly Confidential" under the Protective Order. Earlier today, we asked Defendants to confirm that the exhibits and portions of the Sur-Reply that quote or reference these exhibits can be publicly filed. We did not receive a response from Defendants. We informed Defendants that if these documents are filed under seal, the Court's Rules require them to file a letter explaining the need to seal or redact the materials within three days. With respect to one of the Exhibits, which was produced by Plaintiff DSquare Trading Limited in discovery, the document also relates to DSquare's trading activities. Courts "routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information." *In re B&C KB Holding GmbH*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023) (citation omitted).

Therefore, Plaintiffs request leave to file the exhibits and portions of the Sur-Reply that quote or reference the exhibits under seal. Pursuant to the Protective Order (ECF 113 at 19-20) and your Rules, Plaintiffs are filing contemporaneously with this letter motion (a) a public version of the Sur-Reply with proposed redactions; and (b) an unredacted version under seal with the redacted information highlighted for the Court's review.

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

cc: Counsel of Record

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

10/6/25