**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10-6-25

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

October 5, 2025

<u>BY ECF</u>

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Plaintiffs in the above-captioned matter. Along with this letter, Plaintiffs are today filing a reply (the "Reply") in further support of their Letter Motion to Compel Defendants to Re-Open Depositions (the "Motion," ECF 276). Pursuant to Federal Rule of Civil Procedure 5.2(d), your Individual Rules of Practice, and the Protective Order in this action (ECF 113), Plaintiffs respectfully submit this letter motion to file under seal one Reply supporting exhibit and portions of the Reply that quote or reference the exhibit and exhibits which were previously filed under seal with the Motion and Defendants' Letter Response (ECF 307).

Defendants designated the exhibit as "Highly Confidential" under the Protective Order. Earlier today, we told Defendants that given the late hour, and to err on the side of caution, we would file the Reply under seal. We informed Defendants that if they decline to withdraw their confidentiality designation, the Court's Rules require them to file a letter explaining the need to seal or redact the materials within three days.

Therefore, Plaintiffs request leave to file under seal the exhibit and portions of the Reply that quote or reference the exhibit and any previously sealed exhibits. Pursuant to the Protective Order (ECF 113 at 19-20) and your Rules, Plaintiffs are filing contemporaneously with this letter motion (a) a public version of the Reply with proposed redactions; and (b) an unredacted version under seal with the redacted information highlighted for the Court's review.

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

cc: Counsel of Record

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

10/6/25