UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-06598<br><br>**NOTICE OF MOTION TO VOLUNTARILY DISMISS CLAIMS WITH PREJUDICE** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and proposed order, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing with prejudice the claims of Plaintiffs Edmar Financial Company, LLC and Irish Blue & Gold, Inc. against Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International, Limited, Goldman Sachs & Co., LLC, and HC Technologies, LLC.

DATED:   New York, New York
October 10, 2025

| RUDDY GREGORY, PLLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| | By: */s/ Daniel L. Brockett* |
| Mark Ruddy | Daniel L. Brockett |
| 1225 15th Street NW | Thomas J. Lepri |
| Washington, DC 20005 | 295 Fifth Avenue |
| Telephone: (202) 797-0762 | New York, New York 10016 |
| Fax: (202) 318-0543 | Telephone: (212) 849-7000 |
| mruddy@ruddylaw.com | Fax: (212) 849-7100 |
| | danbrockett@quinnemanuel.com |
| | thomaslepri@quinnemanuel.com |
| | |
| | Jeremy D. Andersen (*pro hac vice*) |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| | Fax: (213) 443-3100 |
| | jeremyandersen@quinnemanuel.com |

*Counsel for Plaintiffs and the Proposed Class*