# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>       Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>       Defendants. | Case No. 21-cv-06598<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for (i) Plaintiffs Edmar Financial Company, LLC ("Edmar") and Irish Blue & Gold, Inc. ("Irish") and (ii) Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International, Limited, Goldman Sachs & Co., LLC, and HC Technologies, LLC (together, "Defendants"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each of Edmar's and Irish's claims in above-entitled action (the "Action") against Defendants will be dismissed with prejudice~~, with each party to bear its own costs~~.

  **IT IS FURTHER STIPULATED AND AGREED**, that, notwithstanding the dismissal of each of Edmar's and Irish's claims in the Action, Edmar and Irish will (i) each continue to

1

participate in discovery in the Action as though they were each still a party to the Action; (ii) comply with any Orders of the Court regarding any additional discovery; (iii) authenticate any documents they produced in this Action for use at trial; and (iv) make Matthew Edwards available to testify at any trial.  Furthermore, any discovery produced by or obtained from either Edmar or Irish during the course of this Action may be relied upon and used by the parties in this Action, including, without limitation, in connection with briefing on any motion for class certification or summary judgement, and at trial.

Dated: October 9, 2025
      New York, New York

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ROPES & GRAY LLP |
| Daniel L. Brockett<br>Thomas J. Lepri<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: danbrockett@quinnemanuel.com ~~Email: steigolson@quinnemanuel.com Email: christopherseck@quinnemanuel.com~~<br>Email: thomaslepri@quinnemanuel.com | Gregg L. Weiner<br>Alexander B. Simkin<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-5000<br>Facsimile: (212) 596-9090<br>Email: gregg.weiner@ropesgray.com<br>Email: alexander.simkin@ropesgray.com<br><br>Robert G. Jones (*pro hac vice*)<br>800 Boylston Street<br>Boston, Massachusetts 02199<br>Telephone: (617) 951 7000<br>Facsimile: (617) 951 7050<br>Email: robert.jones@ropesgray.com |
| Jeremy D. Andersen (*pro hac vice*)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: jeremyandersen@quinnemanuel.com | Samer Musallam (*pro hac vice*)<br>2099 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 508-4600<br>Facsimile: (202) 508-4650<br>Email: samer.musallam@ropesgray.com |
| RUDDY GREGORY, PLLC<br>Mark Ruddy<br>1225 15th Street NW<br>Washington, DC 20005<br>Telephone: (202) 797-0762<br>Facsimile: (202) 318-0543 | *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and* |

Email: rnruddy@ruddylaw.com

*Counsel for Plaintiffs and the Proposed Class*

*State Street Global Markets International Limited*

KATTEN MUCHIN ROSENMAN LLP

_____

Peter G. Wilson
~~Christian T. Kemnitz~~
Elliott M. Bacon
~~Hannah O. Koesterer~~
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
~~Email: christian.kemnitz@katten.com~~
Email: elliott.bacon@katten.com
~~Email: hannah.koesterer@katten.com~~

*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____

Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*

3

| Summary report: Litera Compare for Word 11.3.1.3 Document comparison done on 10/9/2025 10:53:35 AM | |
|---|---|
| **Style name:** RG_Default_Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Stipulation of Dismissal (Edmar and IBG)(17378631_3).docx | |
| **Modified filename:** Stipulation of Dismissal (Edmar and IBG)(17378631_3)(10.9.25).docx | |
| **Changes:** | |
| Add | 7 |
| Delete | 7 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 14 |