

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

October 24, 2025

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

     We write on behalf of Defendants[1] to inform the Court that, based on recent developments and with the one exception noted below, Defendants do not oppose Plaintiffs' Motion to Voluntarily Dismiss Claims with Prejudice, filed on October 10, 2025. *See* ECF No. 351.

     Plaintiffs Edmar Financial Company, LLC ("Edmar") and Irish Blue & Gold, Inc. ("Irish") are voluntarily dismissing their claims following this Court's October 3, 2025 order directing them to produce improperly withheld emails. When ultimately produced, the emails showed that Edmar's and Irish's claims are ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.[2] Discovery from Edmar and Irish (as well as discovery that Defendants will separately seek from Velador) therefore remains highly relevant to Defendants' statute of limitations defense and class certification arguments.

---

[1] "Defendants" are Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, HC Technologies, LLC, and Goldman Sachs & Co., LLC.

[2] *See, e.g.,* Ex. 1 (▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆); Ex. 2 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆); Ex. 3 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆).

ROPES & GRAY LLP

  Defendants have reason to believe that all such discovery has not been completed. Defendants yesterday asked Plaintiffs to confirm by email that, with the exception of certain specific document requests, "all other non-privileged documents responsive to Defendants' Requests for Production to Edmar and Irish have been produced, and that no additional outstanding document discovery from Edmar and Irish remains." Rather than confirm that they produced all responsive documents, Plaintiffs instead noted that they "are aware of no outstanding discovery relating to Edmar or Irish."[3]

  Accordingly, the order of dismissal should be conditioned on Edmar and Irish having produced all responsive documents or confirming that they have done so. *See Mashek v. Silberstein*, 20 F.R.D. 421, 422 (S.D.N.Y. 1957) (granting plaintiff's voluntary dismissal on the condition that he submit to the taking of his previously noticed deposition and noting "[p]laintiff's application, under … Rule 41(a)(2), is subject to court order and the imposition of such terms and conditions as may be warranted by the facts of the case"); *see also All. For Glob. Just. v. D.C.*, No. CV.A.01-0811 PLF/JMF, 2005 WL 469593, at *3-4 (D.D.C. Feb. 7, 2005) at *3-4 (granting plaintiffs' voluntary dismissal on the condition that they respond to discovery requests previously served and noting "[i]t is simply unfair to allow plaintiffs to walk away from these obligations when it appears that they have information pertinent to the case that they initiated and that defendants must continue to defend").

  Defendants otherwise do not oppose Plaintiffs' request to dismiss with prejudice the claims of Edmar and Irish pursuant to Federal Rule of Civil Procedure 41(a)(2).

---

[3] In addition to document discovery, the deadline for Edmar and Irish to respond to outstanding requests for admission ("RFAs") and interrogatories was October 16, 2025. The RFAs are no longer outstanding as Edmar and Irish did not serve any written answers or objections to the RFAs by that deadline, resulting in the RFAs being deemed admitted. *See* Fed. R. Civ. P. 36(a)(3) ("A matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney."); *see also, e.g.*, *S.E.C. v. Batterman*, 2002 WL 31190171, at *6 (S.D.N.Y. Sept. 30, 2002) (admitting RFAs for failure to timely respond). Defendants are no longer pursuing responses to the outstanding interrogatories to which Edmar and Irish likewise did not respond. Accordingly, the only potentially outstanding discovery relates to Edmar's and Irish's document production.

ROPES & GRAY LLP

Respectfully Submitted,

| ROPES & GRAY LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| */s/ Alexander B. Simkin* | */s/ Peter G. Wilson* |
| Gregg L. Weiner | Peter G. Wilson |
| Alexander B. Simkin | Elliott M. Bacon |
| 1211 Avenue of the Americas | 525 W Monroe Street |
| New York, New York 10036 | Chicago, IL 60661 |
| Telephone: (212) 596-5000 | Telephone: (312) 902-5200 |
| Facsimile: (212) 596-9090 | Email: peter.wilson@katten.com |
| Email: gregg.weiner@ropesgray.com | Email: elliott.bacon@katten.com |
| Email: alexander.simkin@ropesgray.com | |
| | *Counsel for Defendant HC Technologies, LLC* |
| Robert G. Jones (*pro hac vice*) | |
| 800 Boylston Street | |
| Boston, Massachusetts 02199 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Telephone: (617) 951 7000 | |
| Facsimile: (617) 951 7050 | |
| Email: robert.jones@ropesgray.com | */s/ Carmine D. Boccuzzi Jr.* |
| | Carmine D. Boccuzzi Jr. |
| Samer Musallam (*pro hac vice*) | Rishi N. Zutshi |
| 2099 Pennsylvania Avenue NW | One Liberty Plaza |
| Washington, DC 20006 | New York, NY 10006 |
| Telephone: (202) 508-4600 | Telephone: (212) 225-2000 |
| Facsimile: (202) 508-4650 | Email: cboccuzzi@cgsh.com |
| Email: samer.musallam@ropesgray.com | Email: rzutshi@cgsh.com |
| | |
| *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* | *Counsel for Defendant Goldman Sachs & Co. LLC* |

ROPES & GRAY LLP

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                                /s/ *Alexander B. Simkin*
                                                Alexander B. Simkin