USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMAR FINANCIAL COMPANY, LLC;
IRISH BLUE & GOLD, INC.; XTX
MARKETS LIMITED; and DSQUARE
TRADING LIMITED,

Plaintiffs,

vs.

CURRENEX, INC.; GOLDMAN SACHS &
CO. LLC; HC TECHNOLOGIES, LLC;
STATE STREET BANK AND TRUST
COMPANY; STATE STREET GLOBAL
MARKETS INTERNATIONAL LIMITED;
and JOHN DOE DEFENDANTS 1-5,

Defendants.

Case No. 21-cv-06598

**NOTICE OF MOTION TO VOLUNTARILY DISMISS CLAIMS WITH PREJUDICE**

MEMO ENDORSED

---

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and proposed order, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing with prejudice the claims of Plaintiffs Edmar Financial Company, LLC and Irish Blue & Gold, Inc. against Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International, Limited, Goldman Sachs & Co., LLC, and HC Technologies, LLC.

*Granted subject to the condition that Edmar and Irish that they respond fully to all discovery requests previously served upon them.*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
10/27/25