

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

October 24, 2025

MEMO ENDORSED

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY  10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, HC Technologies, LLC, and Goldman Sachs & Co., LLC (collectively, "Defendants") in the above-captioned matter.

Along with this letter, Defendants are today filing a letter in response to Plaintiffs' Motion to Voluntarily Dismiss Claims with Prejudice, ECF No. 351 (the "Letter"). Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court's Rules, and the Stipulation and Order of Confidentiality so ordered in this action on October 18, 2023 (the "Protective Order"), ECF No. 113, Defendants respectfully submit this letter motion to file under seal certain supporting exhibits to the Letter consisting of (i) documents Bates labeled MEDWARDS0009346 (Exhibit 1), MEDWARDS0009341 (Exhibit 2), and MEDWARDS0009339 (Exhibit 3), each of which has been designated by Plaintiffs as "Highly Confidential" under the Protective Order, and (ii) the portions of the Letter that reflect the content of the above-referenced exhibits.

On October 24, 2025, Defendants sought Plaintiffs' confirmation that they agree Exhibits 1-3 can be publicly filed. Plaintiffs did not respond to this request. Accordingly, Defendants request the Court's leave to file portions of the Letter and Exhibits 1-3 under seal. *See* ECF No. 113 at 20. Consistent with this Court's Rules, Defendants have informed Plaintiffs that, in the event they decline to withdraw confidentiality designations with respect to Exhibits 1-3, they must file, within three days, a letter explaining the need to seal or redact the materials. In accordance with the Protective Order and this Court's Rules, Defendants are filing, concurrent with this motion, (i) a public version of the Letter with proposed redactions and (ii) an unredacted version under seal with the redacted information highlighted for the Court's review.

*Application to file under seal granted*

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
10/27/25