**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, New York 10016-7103| TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

November 3, 2025

**BY ECF**

The Honorable Lewis A. Kaplan
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21D
New York, NY 10007

Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

Plaintiffs write in response to the Court's order (ECF 366) granting Defendants' motion for issuance of letters rogatory (ECF 362), without providing Plaintiffs the opportunity to oppose the motion.  Plaintiffs strongly oppose this motion, which was filed more than five weeks after the close of discovery.

Plaintiffs thus respectfully ask the Court to withdraw its order so that the Court may consider Plaintiffs' opposition, which Plaintiffs intend to file tomorrow in accordance with Local Civil Rule 6.1 and consistent the Court's prior handling of motions of this nature.  *See* S.D.N.Y. Local Civ. R. 6.1(a) ("On all motions and applications under Fed. R. Civ. P. 26 through 37 inclusive, . . . any opposing or response papers must be served within seven days after service of the moving papers. . . ."); ECF Nos 252, 280, 299 (motion for letters rogatory as to Jad Sarmo and David Hastings briefed according to Local Rule 6.1, with opposing papers served seven days after moving papers, and reply papers served three days after opposing papers).

Respectfully submitted,

 /s/ Daniel L. Brockett

Daniel L. Brockett
cc: Counsel of Record

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH