**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-25

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

October 28, 2025

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598
      Plaintiffs' Response to Defendants' Letter Motion to Seal (ECF No. 354)

Dear Judge Kaplan:

On behalf of Plaintiffs, we respectfully submit this response to request three exhibits and the relevant portions of Defendants' response filed at ECF No. 355 (the "Response") remain under seal. *See* ECF Nos. 354 (letter motion to seal), 355 (Response referencing Exhibits), and 355-1, 355-2, and 355-3 (the "Exhibits" at issue).

We designated the Exhibits as "Highly Confidential" pursuant to the Court's Protective Order, ECF No. 113, because they include information concerning confidential and non-public communications regarding potential litigation. Documents should remain sealed if "closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (citation omitted). There is significant public interest in maintaining the confidentiality of communications between attorney and client and "this is precisely the kind of countervailing concern that is capable of overriding the general preference for public access to judicial records." *Diversified Grp., Inc. v. Daugerdas*, 217 F.R.D. 152, 160 (S.D.N.Y. 2003) (citation omitted). Plaintiffs also seek to avoid any waiver of the confidentiality of communications involving law firms not present in the case. For all the reasons set forth above, the Court should order that the Exhibits and references in Defendants' Response remain sealed.

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/5/25

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | ZURICH | BRUSSELS

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

cc: Counsel of Record