**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-25

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

November 4, 2025

BY ECF

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Plaintiffs in the above-captioned matter. Today, we will be filing an Opposition to Defendants' motion for the issuance of letters rogatory filed at ECF 362. Pursuant to Federal Rule of Civil Procedure 5.2(d), your Individual Rules of Practice, and the Protective Order in this action (ECF 113), Plaintiffs respectfully submit this letter motion to file under seal eight supporting Exhibits and to redact portions of the Opposition quoting these exhibits.

These eight exhibits are designated as "Confidential" or "Highly Confidential" under the Protective Order. Earlier today, we asked Defendants if they consent to filing the exhibits publicly. We did not receive a response. We notified Defendants that if the documents are filed under seal, Your Honor's Rules require a letter explaining the need to seal or redact the materials within three days of filing.

Therefore, Plaintiffs request leave to file these eight exhibits and portions of the Opposition that cite or reference these exhibits under seal. Pursuant to the Protective Order (ECF 113 at 19-20) and your Rules, Plaintiffs are filing contemporaneously with this letter motion (a) a public version of the Opposition with proposed redactions and (b) an unredacted version under seal with the redacted information highlighted for the Court's review.

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/5/25

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH