November 11, 2025

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:   *XTX Markets Limited et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

Pursuant to Your Honor's Individual Rules of Practice, Plaintiffs XTX Markets Limited and DSquare Trading Limited ("Plaintiffs") and Defendants Currenex, Inc., Goldman Sachs & Co. LLC, HC Technologies, LLC, State Street Bank and Trust Company, and State Street Global Markets International Limited ("Defendants") submit this joint request for a modified sealing protocol and an expansion for page limits for the class certification briefing. We attach, as Exhibit A, a joint stipulation and proposed order outlining the modified sealing protocol and the expansion page limits.

*First,* Plaintiffs request that the opening class certification brief shall have a page limit of 40 pages. Defendants do not oppose this request. Defendants reserve all rights to request an expansion to the page limit for their opposition and/or *Daubert* brief(s), and Plaintiffs reserve rights to request an expansion to the page limit for their reply and/or *Daubert* brief(s).

*Second*, the parties have jointly agreed to the modified sealing protocol attached in Exhibit A. By default, the parties understand that the Court's Individual Rules of Practice and the Protective Order in this action (ECF No. 113) requires a three-day protocol for sealing of confidential materials. Given the volume of issues in the class certification briefing, the parties respectfully request a modification to grant additional time for the sealing-related filings for the class certification briefing. As such, the parties jointly propose the following sealing protocol (enclosed in Exhibit A):

> (1) Parties may file all class certification and *Daubert* briefs and exhibits provisionally under seal;
> (2) Parties will then exchange proposed redactions of a party's own materials produced in the case seven (7) days after original service and/or filing;[1]

---

[1] The filing party will also propose redactions for third-party materials, if any.

(3) After meeting and conferring as necessary, the filing party will file proposed public redacted versions of papers within fourteen (14) days of the original service and/or filing with all redactions requested by any party. Each party requesting redactions will also file a supporting motion within fourteen (14) days.

We respectfully ask the Court to grant this joint request for a modified sealing protocol and the joint stipulation and proposed order enclosed in Exhibit A.

Best,

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ROPES & GRAY LLP |
|---|---|
| */s/ Daniel L. Brockett* | /s/ Alexander B. Simkin |
| Daniel L. Brockett | Alexander B. Simkin |
| *Counsel for Plaintiffs* | *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* |
| KATTEN MUCHIN ROSENMAN LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| /s/ Peter G. Wilson | /s/ Carmine D. Boccuzzi Jr. |
| Peter G. Wilson | Carmine D. Boccuzzi Jr. |
| *Counsel for Defendant HC Technologies, LLC* | *Counsel for Defendant Goldman Sachs & Co., LLC* |