# ROPES & GRAY

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/25

*MEMO ENDORSED*

November 7, 2025

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007-1312

Re:     *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, HC Technologies, LLC, and Goldman Sachs & Co., LLC (collectively, "Defendants") in the above-captioned matter.

Along with this letter, Defendants are today filing an opposition to Plaintiffs' motion for reconsideration of the issuance of letters rogatory as to Caspar Marney and Colin Lloyd (the "Opposition"). Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court's Rules, and the Stipulation and Order of Confidentiality so ordered in this action on October 18, 2023 (the "Protective Order"), ECF No. 113, Defendants respectfully submit this letter motion to file under seal (i) six of the supporting exhibits to the Opposition (Exhibits 3-7 and 9) consisting of excerpts of the deposition transcripts of Matthew Edwards, Jermaine Harmon, Nick Burrlock, DSquare Trading Limited's 30(b)(6) representative, Damian Mitchell, and XTX Market Limited's 30(b)(6) representative, which have each been designated either as "Highly Confidential" or "Confidential" under the terms of the Protective Order;[1] (ii) two of the supporting exhibits to the Opposition consisting of documents that Plaintiffs have designated as "Highly Confidential" (Exhibits 1-2); and (iii) the portions of the Opposition that reflect the contents of those exhibits.

On November 7, 2025, Defendants sought Plaintiffs' consent for Defendants to publicly file Exhibits 1-7 and 9. Plaintiffs did not respond to this request. Accordingly, Defendants request the Court's

---

[1] In the case of DSquare's 30(b)(6) representative and Damian Mitchell, these deposition transcripts have been temporarily designated as "Highly Confidential" under the terms of the Protective Order, as the 30-day deadline for the parties to designate specific portions of the transcript as "Confidential" or "Highly Confidential" has not yet passed.

ROPES & GRAY LLP

- 2 -                                          November 7, 2025

leave to file portions of the Opposition and Exhibits 1-7 and 9 under seal. *See* ECF No. 113 at 20. Consistent with this Court's Rules, Defendants have informed Plaintiffs that, in the event they decline to withdraw or agree not to assert confidentiality designations with respect to Exhibits 1-7 and 9, they must file, within three days, a letter explaining the need to seal or redact the materials. In accordance with the Protective Order and this Court's Rules, Defendants are filing, concurrent with this letter motion, (i) a public version of the Opposition with proposed redactions and (ii) an unredacted version under seal with the redacted information highlighted for the Court's review.

Respectfully Submitted,

ROPES & GRAY LLP

/s/ *Alexander B. Simkin*
Gregg L. Weiner
Alexander B. Simkin
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-5000
Facsimile: (212) 596-9090
Email: gregg.weiner@ropesgray.com
Email: alexander.simkin@ropesgray.com

Robert G. Jones (*pro hac vice*)
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951 7000
Facsimile: (617) 951 7050
Email: robert.jones@ropesgray.com

Samer Musallam (*pro hac vice*)
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Email: samer.musallam@ropesgray.com

*Counsel for Defendants Currenex, Inc., State*
*Street Bank and Trust Company, and State*
*Street Global Markets International Limited*

Cc: All Counsel of Record

KATTEN MUCHIN ROSENMAN LLP

/s/ *Peter G. Wilson*
Peter G. Wilson
Elliott M. Bacon
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: elliott.bacon@katten.com

*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN & HAMILTON
LLP

/s/ *Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co.*
*LLC*

SO ORDERED Granted

LEWIS A. KAPLAN, USDJ 11/14/25