UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XTX MARKETS LIMITED and DSQUARE TRADING LIMITED,

Plaintiffs,

v.

CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,

Defendants.

Case No. 1:21-cv-06598 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/25

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION SEALING AND PAGE LIMITS**

**WHEREAS**, the parties in the above-captioned case filed a joint letter proposing the sealing protocol and expanded page limits herein;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the signatory parties, subject to the Court's approval:

(1) Parties may file all class certification and *Daubert* briefs and exhibits provisionally under seal;

(2) Parties will then exchange proposed redactions of a party's own materials produced in the case seven (7) days after original service and/or filing;[1]

(3) After meeting and conferring as necessary, the filing party will file proposed public redacted versions of papers within fourteen (14) days of the original service and/or filing

---

[1] The filing party will also propose redactions for third-party materials, if any.

with all redactions requested by any party. Each party requesting redactions will also file a supporting motion within fourteen (14) days;

(4) Plaintiffs will have a page limit of 40 pages for the opening class certification brief due on November 18, 2025;

(5) Defendants reserve all rights to request an expansion for the page limits for their opposition and/or *Daubert* brief(s), and Plaintiffs similarly reserve all rights to request an expansion with respect to their reply and/or *Daubert* brief(s).

IT IS SO ORDERED.

DATED: 11/13/25

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: November 11, 2025
New York, New York

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ROPES & GRAY LLP |
| /s/ Daniel L. Brockett | /s/ Alexander B. Simkin |
| Daniel L. Brockett | Gregg L. Weiner |
| Thomas J. Lepri | Alexander B. Simkin |
| 295 Fifth Avenue | 1211 Avenue of the Americas |
| New York, New York 10016 | New York, New York 10036 |
| Telephone: (212) 849-7000 | Telephone: (212) 596-5000 |
| Facsimile: (212) 849-7100 | Facsimile: (212) 596-9090 |
| Email: danbrockett@quinnemanuel.com | Email: gregg.weiner@ropesgray.com |
| Email: thomaslepri@quinnemanuel.com | Email: alexander.simkin@ropesgray.com |
| | |
| Jeremy D. Andersen (*pro hac vice*) | Robert G. Jones (*pro hac vice*) |
| 865 South Figueroa Street, 10th Floor | 800 Boylston Street |
| Los Angeles, California 90017 | Boston, Massachusetts 02199 |
| Telephone: (213) 443-3000 | Telephone: (617) 951 7000 |
| Facsimile: (213) 443-3100 | Facsimile: (617) 951 7050 |
| Email: jeremyandersen@quinnemanuel.com | Email: robert.jones@ropesgray.com |
| | |
| RUDDY GREGORY, PLLC | Samer Musallam (*pro hac vice*) |
| Mark Ruddy | 2099 Pennsylvania Avenue NW |
| 1225 15th Street NW | Washington, DC 20006 |
| Washington, DC 20005 | Telephone: (202) 508-4600 |
| Telephone: (202) 797-0762 | Facsimile: (202) 508-4650 |
| Facsimile: (202) 318-0543 | Email: samer.musallam@ropesgray.com |
| Email: rnruddy@ruddylaw.com | |
| | *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* |
| *Counsel for Plaintiffs and the Proposed Class* | |

KATTEN MUCHIN ROSENMAN LLP

/s/ Peter G. Wilson
Peter G. Wilson
Christian T. Kemnitz
Elliott M. Bacon
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: christian.kemnitz@katten.com
Email: elliott.bacon@katten.com
*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

/s/ Carmine D. Boccuzzi Jr.
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*