UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED, and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 21-cv-06598<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that David Du LeRay of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 5th Avenue, New York, NY 10016, hereby appears on behalf of Plaintiffs XTX Markets Limited and DSquare Trading Limited in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

DATED: November 18, 2025

By: */s/ David Du LeRay*
David Du LeRay
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue,
New York, NY 10016
Telephone: (212) 849-7630
Email: davidleray@quinnemanuel.com

*Counsel for Plaintiffs and the Proposed Class*