**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED, <br><br>           Plaintiffs, <br><br> vs. <br><br> CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5, <br><br>           Defendants. | Case No. 21-cv-06598 |

**PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION**
**AND APPOINTMENT OF CLASS COUNSEL**

PLEASE TAKE NOTICE that upon the filing of the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, the Declaration of Daniel L. Brockett in support thereof, all papers and pleadings submitted herewith, and any papers filed in reply, Plaintiffs, through their undersigned counsel, hereby respectfully move this Court for an order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying the proposed Class and appointing Quinn Emanuel Urquhart & Sullivan, LLP and Ruddy Gregory, PLLC as co-lead counsel for the Class.

| | |
|---|---|
| DATED: November 18, 2025 | Respectfully submitted, |

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Daniel L. Brockett*

Daniel L. Brockett
Thomas J. Lepri
David LeRay
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

RUDDY GREGORY, PLLC

*/s/ Mark Ruddy*

Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: mruddy@ruddylaw.com

ZIGLER LAW GROUP, LLC

*/s/ Aaron Zigler*

Aaron Zigler
308 S. Jefferson
Suite 333
Chicago, IL, 60661
Telephone: (312) 673-8427
Email: aaron@ziglerlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*