**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>             Plaintiffs,<br><br>   vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>             Defendants. | Case No. 21-cv-06598 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

UPON CONSIDERATION of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, as well as any supporting Memoranda, Declarations, and Exhibits, and any responses and replies thereto, and for good cause shown herein,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Class Certification and Appointment of Class Counsel is GRANTED.

DATED: _____      _____
                                                                             THE HONORABLE LEWIS A. KAPLAN
                                                                             UNITED STATES DISTRICT JUDGE