UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-06598 |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 18, 2025, I caused a true and correct copy of Plaintiffs' Notice of Motion for Class Certification and Appointment of Class Counsel, the corresponding Declaration of Daniel L. Brockett and exhibits, the corresponding Memorandum of Law in Support, and the corresponding Proposed Order to be served on counsel of record for the Defendants.

　　　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART &
　　　　　　　　　　　　　　　　　　　　　　SULLIVAN, LLP

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Daniel L. Brockett*
　　　　　　　　　　　　　　　　　　　　　　Daniel L. Brockett
　　　　　　　　　　　　　　　　　　　　　　295 5th Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 849-7000
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 849-7100
　　　　　　　　　　　　　　　　　　　　　　danbrockett@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs and the Proposed Class*