

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

November 21, 2025

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY  10007-1312

Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We represent Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, HC Technologies, LLC, and Goldman Sachs & Co., LLC (collectively, "Defendants") in the above-captioned matter.

Along with this letter, Defendants are today filing a motion to extend Defendants' deadline to oppose Plaintiffs' class certification motion (the "Motion").  Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court's Rules, and the Stipulation and Order of Confidentiality so ordered in this action on October 18, 2023 (the "Protective Order"), ECF No. 113, Defendants respectfully submit this letter motion to file under seal (i) the supporting exhibit to the Motion consisting of a document that Plaintiffs have designated as "Highly Confidential" under the terms of the Protective Order (Exhibit 1); and (ii) the portions of the Motion that reflect (a) the contents of that Exhibit and (b) testimony quoted from the excerpted deposition transcript of XTX Market Limited's 30(b)(6) representative, which Plaintiffs filed provisionally under seal in connection with their class certification motion, ECF No. 391 at Ex. 37, pursuant to the Joint Stipulation and Order Regarding Class Certification Sealing and Page Limits so ordered in this action on November 13, 2025, ECF No. 387.

On November 21, 2025, Defendants sought Plaintiffs' consent for Defendants to publicly file Exhibit 1 and portions of the Motion.  However, given the late hour, Defendants are proceeding with filing under seal Exhibit 1 and those portions of the Motion that reference Exhibit 1 and the deposition transcript referenced above with minimal advance notice to Plaintiffs.  Accordingly, Defendants request the Court's leave to file portions of the Motion and Exhibit 1 under seal.  *See* ECF No. 113 at 20.  Consistent with this Court's Rules, Defendants have informed Plaintiffs that, in the event they decline to withdraw the confidentiality designations with respect to Exhibit 1 and the deposition transcript referenced above, they must file, within three days, a letter explaining the need to seal or

ROPES & GRAY LLP

- 2 -                                                                                                November 21, 2025

redact the materials. In accordance with the Protective Order and this Court's Rules, Defendants are filing, concurrent with this letter motion, (i) a public version of the Motion with proposed redactions and (ii) an unredacted version under seal with the redacted information highlighted for the Court's review.

Respectfully Submitted,

| ROPES & GRAY LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| /s/ Alexander B. Simkin | /s/ Peter G. Wilson |
| Gregg L. Weiner | Peter G. Wilson |
| Alexander B. Simkin | Elliott M. Bacon |
| 1211 Avenue of the Americas | 525 W Monroe Street |
| New York, New York 10036 | Chicago, IL 60661 |
| Telephone: (212) 596-5000 | Telephone: (312) 902-5200 |
| Facsimile: (212) 596-9090 | Email: peter.wilson@katten.com |
| Email: gregg.weiner@ropesgray.com | Email: elliott.bacon@katten.com |
| Email: alexander.simkin@ropesgray.com | |
| | *Counsel for Defendant HC Technologies, LLC* |
| Robert G. Jones (*pro hac vice*) | |
| 800 Boylston Street | |
| Boston, Massachusetts 02199 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Telephone: (617) 951 7000 | |
| Facsimile: (617) 951 7050 | |
| Email: robert.jones@ropesgray.com | /s/ Carmine D. Boccuzzi Jr. |
| | Carmine D. Boccuzzi Jr. |
| Samer Musallam (*pro hac vice*) | Rishi N. Zutshi |
| 2099 Pennsylvania Avenue NW | One Liberty Plaza |
| Washington, DC 20006 | New York, NY 10006 |
| Telephone: (202) 508-4600 | Telephone: (212) 225-2000 |
| Facsimile: (202) 508-4650 | Email: cboccuzzi@cgsh.com |
| Email: samer.musallam@ropesgray.com | Email: rzutshi@cgsh.com |
| *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* | *Counsel for Defendant Goldman Sachs & Co. LLC* |

Cc: All Counsel of Record