**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-1-25

WRITER'S DIRECT DIAL NO.
(212) 849-7345

WRITER'S EMAIL ADDRESS
danbrockett@quinnemanuel.com

November 25, 2025

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598
       Plaintiffs' Response to Defendants' Letter Motion to Seal (ECF No. 393)

Dear Judge Kaplan:

We respectfully submit this response to request that an exhibit to Defendants' Letter Motion at ECF No. 394 (the "Motion") remain under seal. *See* ECF No. 393 (Defendants' Letter Motion to Seal), ECF. No. 394 (sealed Motion referencing Exhibit), ECF No. 394-1 (accompanying exhibit to sealed Motion) (the "Exhibit"), and ECF No. 395 (public redacted Motion).

This Exhibit (ECF No. 394-1) references confidential trading activity related to Plaintiff DSquare Trading Limited.  Courts "routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information." *In re B&C KB Holding GmbH*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023).  Such protected information can include specific details about trades or trading activity. *In re Tether & Bitfinex Crypto Asset Litig.*, 2024 WL 3520363, at *21 (S.D.N.Y. July 24, 2024).  Thus, Plaintiffs respectfully request that this Exhibit and references in the accompanying Motion remain sealed given these references to confidential trading information.

For the reasons set forth above, Plaintiffs respectfully request that the Court order that this Exhibit remains sealed.

SO ORDERED

LEWIS A. KAPLAN, USDJ

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

cc: Counsel of Record