**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>                    Defendants. | Case No. 21-cv-06598<br><br>**DECLARATION OF DANIEL L. BROCKETT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

I, DANIEL L. BROCKETT, submit this declaration pursuant to 28 U.S.C. § 1746, and declare under penalty of perjury as follows:

      1.     I am one of the Counsel for Plaintiffs in the above-captioned action. I make this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. I have been actively involved in this action, am familiar with the proceedings, and have personal knowledge of the matters stated herein.

      2.     Attached hereto as Exhibit 1 is a true and correct copy of the Report of Dr. Craig Pirrong.

      3.     Attached hereto as Exhibit 2 is a true and correct copy of the Report of Mr. David Woolcock.

4. Attached hereto as Exhibit 3 is a true and correct copy of a presentation titled "CXTurnkey: Custom Trading Solutions for White Label Providers," dated July 6, 2012, beginning with the Bates stamp CXSSB00049646.

5. Attached hereto as Exhibit 4 is a true and correct copy of a website, titled "Knight Capital Buys Hotspot FX for $77.5m," dated January 24, 2006.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document titled "Currenex for Active Traders," beginning with the Bates stamp CXSSB00001181.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email with subject line "RE: EE Audit Closing Meeting," dated April 1, 2011, beginning with the Bates stamp CXSSB00899734.

8. Attached hereto as Exhibit 7 is a true and correct copy of an Excel spreadsheet with price stream data produced by Currenex, beginning with the Bates stamp CXSSB00571709.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcript of the August 6, 2025 deposition of Jermaine Harmon.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the transcript of the June 17, 2025 deposition of Cary Rosenwald.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email with subject line "RE: Price Stream Priority Adjustments Dialog," dated August 19, 2013, beginning with the Bates stamp CXSSB00271742.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the transcript of the October 9, 2025 deposition of Brian Kelly.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email with subject line "Discuss High Risk Items for Audit," dated May 3, 2013, beginning with the Bates stamp CXSSB00220161.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the transcript of the October 16, 2025 deposition of Gregory Fortuna.

15. Attached hereto as Exhibit 14 is a true and correct copy of Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International's Supplemental Responses and Objections to Certain of Plaintiffs Edmar Financial Company, LLC, Irish Blue & Gold, Inc. and XTX Markets Limited's Second Set of Interrogatories, dated September 5, 2025.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of the transcript of the July 27, 2025 deposition of Sean Gilman.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the transcript of the September 16, 2025 30(b)(6) deposition of Jim Foster.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of the transcript of the August 12, 2025 deposition of Rick Schonberg.

19. Attached hereto as Exhibit 18 is a true and correct copy of a letter with subject line "Re: Amendment to Agreement for Currenex Services," dated November 2007, beginning with the Bates stamp GS-EDMAR-00920851.

20. Attached hereto as Exhibit 19 is a true and correct copy of an email with subject line "Re: Volumes," dated August 29, 2006, beginning with the Bates stamp GS-EDMAR-00002650.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of the transcript of the July 31, 2025 deposition of Nick Burrlock.

22. Attached hereto as Exhibit 21 is a true and correct copy of an email with subject line "RE: FXTrades prioritization experiment," dated March 3, 2014, beginning with the Bates stamp CXSSB00754381.

23. Attached hereto as Exhibit 22 is a true and correct copy of an email with subject line "CXB1 - last look currenex," dated May 16, 2013, beginning with the Bates stamp HCTECH_0174870.

24. Attached hereto as Exhibit 23 is a true and correct copy of an email with subject line "Fwd: Daily 5/1713," dated May 17, 2013, beginning with the Bates stamp HCTECH_0174871.

25. Attached hereto as Exhibit 24 is a true and correct copy of an email with subject line "RE: Are you free today," dated May 8, 2012, beginning with the Bates stamp HCTECH_0030378.

26. Attached hereto as Exhibit 25 is a true and correct copy of an email with subject line "RE: Are you free for a chat?," dated January 30, 2013, beginning with the Bates stamp HCTECH_0090647.

27. Attached hereto as Exhibit 26 is a true and correct copy of an Excel spreadsheet with price stream data produced by Currenex, beginning with the Bates stamp CXSSB00899625.

28. Attached hereto as Exhibit 27 is a true and correct copy of an email with subject line "Conversation with Dudley, Rupert," dated June 6, 2013, beginning with the Bates stamp CXSSB00214236.

29. Attached hereto as Exhibit 28 is a true and correct copy of an email with subject line "RE: Interesting price action," dated December 9, 2010, beginning with the Bates stamp GS-EDMAR-00336920.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts of the transcript of the May 29, 2025 deposition of Tom Liconte.

31. Attached hereto as Exhibit 30 is a true and correct copy of en email with subject line "re Prioritization Experiments on streams," dated March 28, 2014, beginning with the Bates stamp CXSSB00261652.

32. Attached hereto as Exhibit 31 is a true and correct copy of an email with subject line "RE: The priority of order execution," dated September 21, 2011, beginning with the Bates stamp CXSSB00719802.

33. Attached hereto as Exhibit 32 is a true and correct copy of excerpts of the transcript of the September 12, 2025 deposition of Alex Gerko.

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts of the transcript of the August 6, 2025 deposition of Matthew Clarke.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the transcript of the August 27, 2025 deposition of Jeremy Smart.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts of the transcript of the August 28, 2025 deposition of Jeremy Smart.

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts of the transcript of the September 29, 2025 deposition of Zar Amrolia.

38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts of the transcript of the August 28, 2025 30(b)(6) deposition of Jeremy Smart.

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts of the transcript of the October 14, 2025 30(b)(6) deposition of Damian Mitchell.

40. Attached hereto as Exhibit 39 is a true and correct copy of a chart titled "e-Exchange Sales & Operations Discussion Item Matrix," dated March 16, 2011, beginning with the Bates stamp CXSSB00572158.

41. Attached hereto as Exhibit 40 is a true and correct copy of a chart titled "e-Exchange Sales & Operations CATS Matrix," dated March 29, 2011, beginning with the Bates stamp CXSSB00256122.

42. Attached hereto as Exhibit 41 is a true and correct copy of excerpts of the transcript of the October 23, 2025 deposition of Clifford Lewis.

43. Attached hereto as Exhibit 42 is a true and correct copy of an email with subject line "Re: Did you ever hear from CNX about brokerage for Eastern Europeans?," dated May 7, 2012, beginning with the Bates stamp HCTECH_0174508.

44. Attached hereto as Exhibit 43 is a true and correct copy of an Excel spreadsheet with price stream data produced by Currenex, beginning with the Bates stamp CXSSB00571894.

45. Attached hereto as Exhibit 44 is a true and correct copy of an Excel spreadsheet with price stream data produced by Currenex, beginning with the Bates stamp CXSSB00546068.

46. Attached hereto as Exhibit 45 is a true and correct copy of an email with subject line "Ecommerce tech call summary," dated April 26, 2006, beginning with the Bates stamp GS-EDMAR-00001574.

47. Attached hereto as Exhibit 46 is a true and correct copy of is an email with subject line "RE: When can we start sending you fractionals on CnxPriority?," dated June 16, 2008, beginning with the Bates stamp GS-EDMAR-00827316.

48. Attached hereto as Exhibit 47 is a true and correct copy of an email with subject line "RE: FXSpot Stream....about to make a press release," dated May 14, 2012, beginning with the Bates stamp GS-EDMAR-00368325.

49. Attached hereto as Exhibit 48 is a true and correct copy of a document titled "Agreement for Currenex Services," beginning with the Bates stamp CXSSB00985671.

50. Attached hereto as Exhibit 49 is a true and correct copy of a letter with the subject line "Second Amendment to Agreement to Currenex Services," beginning with the Bates stamp CXSSB00409793.

51. Attached hereto as Exhibit 50 is a true and correct copy of an Excel spreadsheet with price stream data produced by Currenex, beginning with the Bates stamp CXSSB00899614.

52. Attached hereto as Exhibit 51 is a true and correct copy of an email that with subject line ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ beginning with the Bates stamp XTX0618894.

53. Attached hereto as Exhibit 52 is a true and correct copy of an email with subject line "FW: NOTE TO CLIENTS - Matching Priority," dated September 11, 2015, beginning with the Bates stamp CXSSB00088874.

54. Attached hereto as Exhibit 53 is a firm resume for Plaintiffs' Proposed Co-Lead Class Counsel Quinn Emanuel Urquhart & Sullivan, LLP.

55. Attached hereto as Exhibit 54 is a firm resume for Plaintiffs' Proposed Co-Lead Class Counsel Ruddy Gregory PLLC.

56. Attached hereto as Exhibit 55 is a true and correct copy of excerpts of the transcript of the October 13, 2025 deposition of Damian Mitchell.

I certify under the penalty of perjury the forgoing statements are true and correct. Executed in New York, New York on this 18th day of November 2025.

*/s/ Daniel L. Brockett*
Daniel L. Brockett
