**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

December 2, 2025

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY  10007-1312

Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598
       Motion to Seal Papers Related to Opening Class Certification Papers and Declaration
       (ECF 390 and 391)

Dear Judge Kaplan:

Pursuant to the Joint Stipulation and Order Regarding Class Certification Sealing and Page
Limits (ECF 387), today Plaintiffs will be filing a public redacted version of their opening papers
in support of their motion for class certification.  ECF 390 ("Opening Brief") and 391 ("Brockett
Declaration").  Under the Joint Stipulation and Order, both Plaintiffs' and Defendants' proposed
redactions are included in the public redacted filings.

Plaintiffs respectfully submit this motion to request that certain portions of their class
certification briefing and accompanying declaration and exhibits remain under seal.  Specifically,
Plaintiffs respectfully seek to redact portions of the Opening Brief (ECF 390), the Brockett
Declaration (ECF 391) and Exhibit 1 to the Brockett Declaration (ECF 391-1).  Plaintiffs also
request that the following Exhibits remain fully under seal:

- Exhibit 32 to the Brockett Declaration (ECF 391-32);
- Exhibit 33 to the Brockett Declaration (ECF 391-33);
- Exhibit 34 to the Brockett Declaration (ECF 391-34);
- Exhibit 35 to the Brockett Declaration (ECF 391-35);

- Exhibit 36 to the Brockett Declaration (ECF 391-36);
- Exhibit 37 to the Brockett Declaration (ECF 391-37);
- Exhibit 38 to the Brockett Declaration (ECF 391-38);
- Exhibit 51 to the Brockett Declaration (ECF 391-51); and
- Exhibit 55 to the Brockett Declaration (ECF 391-55).

Pursuant to the Protective Order (ECF 113), Plaintiffs respectfully request that various transcripts (ECF 391-32 through 391-38 and 391-55) remain under seal. These transcripts include excerpts of depositions for witnesses from Plaintiffs XTX Markets Limited and DSquare Trading Limited. These transcripts were designated "Highly Confidential" under the Protective Order (ECF 113) and reflect confidential business information, including XTX's and DSquare's decision-making related to their FX trading and other non-public information regarding XTX's and DSquare's transactional activities. Plaintiffs also request that Exhibit 51 (ECF 391-51) remains under seal, as it references confidential trading activity related to Plaintiff XTX Markets Limited. Finally, Plaintiffs respectfully request that third-party information contained in Exhibit 1 (ECF 391-1) remains redacted.

Courts "routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information." *In re B&C KB Holding GmbH*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023). Such protected information can include specific details about trades or trading activity. *In re Tether & Bitfinex Crypto Asset Litig.*, 2024 WL 3520363, at *21 (S.D.N.Y. July 24, 2024). Thus, Plaintiffs respectfully request that: (1) Exhibits 32-38, 51 and 55 remain sealed; and (2) references in the Opening Brief, the Brockett Declaration, and Exhibit 1 remain redacted.

For the reasons set forth above, Plaintiffs respectfully request that: (1) portions of the Opening Brief, the Brockett Declaration, and Exhibit 1 to the Brockett Declaration remain redacted; and (2) Exhibits 32-38, 51, and 55 to the Brockett Declaration remain fully sealed.

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

cc: Counsel of Record

2