# Katten

**525 W. Monroe Street**
**Chicago, IL 60661-3693**
**+1.312.902.5200 tel**
**katten.com**

**PETER G. WILSON**
peter.wilson@katten.com
+1.312.902.5649 direct
+1.312.902.1061 fax

December 2, 2025

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007-1312



Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

I represent Defendant HC Technologies, LLC ("HC Tech") in the above-captioned matter. Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court's Rules, the Stipulation and Order of Confidentiality ordered in this action on October 18, 2023 (ECF No. 113) and the Joint Stipulation and Order Regarding Class Certification Sealing and Page Limits so ordered in this action on November 13, 2025 (ECF No. 387), HC Tech respectfully requests that Exhibit 23 (HCTECH_0174871) to Plaintiffs' motion for class certification (the "Motion") (ECF Nos. 389-91) and references thereto in the Motion, which was provisionally filed under seal by Plaintiffs, remain under seal in full.

Exhibit 23 reflects HC Tech's commercially sensitive and proprietary information. Specifically, it includes a summary and analysis of certain of HC Tech's profit and loss information. Such materials are appropriately filed under seal. *See In re B&C KB Holding GmbH*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023) (courts "routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information").

For the foregoing reason, HC Tech respectfully requests that Exhibit 23 and references thereto in the Motion remain under seal.

*Granted*

SO ORDERED

LEWIS A. KAPLAN, USDJ
12/3/25

KATTEN MUCHIN ROSENMAN LLP
CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES    NEW YORK
ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

# Katten

December 2, 2025
Page 2


Respectfully submitted,

*/s/ Peter G. Wilson*

Peter G. Wilson
Elliott M. Bacon
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: elliott.bacon@katten.com

*Counsel for Defendant HC Technologies, LLC*

Cc: All Counsel of Record (via ECF)

**Katten**