## CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
BEIJING
HONG KONG
SEOUL

*SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12-3-25*

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2085
rzutshi@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Court Room 21B
New York, New York 10007-1312

*Granted*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
12/3/25

Re: *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598 (LAK) (S.D.N.Y.), Defendant Goldman Sachs & Co. LLC's Motion to Seal Exhibits Cited in Plaintiffs' Class Certification Papers

Dear Judge Kaplan:

On behalf of Defendant Goldman Sachs & Co. LLC ("Goldman"), and pursuant to the Stipulation and Order of Confidentiality so-ordered in this action on October 18, 2023 (ECF No. 113) and the Joint Stipulation and Order Regarding Class Certification Sealing and Page Limits (ECF No. 387), we respectfully request that seven documents attached as exhibits to Plaintiffs' motion for class certification (ECF Nos. 389-91) (the "Motion"), and portions of the Motion reflecting information from those documents, remain under seal.

Specifically, Goldman requests that the following remain under seal:

- Exhibit 17 to the Brockett Declaration (ECF 391-17 (Schonberg Transcript));
- Exhibit 18 to the Brockett Declaration (ECF 391-18 (GS-EDMAR-00920851));
- Exhibit 19 to the Brockett Declaration (ECF 391-19 (GS-EDMAR-00002650));
- Exhibit 28 to the Brocket Declaration (ECF 391-28 (GS-EDMAR-00336920));
- Exhibit 45 to the Brockett Declaration (ECF 391-45 (GS-EDMAR-00001574));
- Exhibit 46 to the Brockett Declaration (ECF 391-46 (GS-EDMAR-00827316));
- Exhibit 47 to the Brockett Declaration (ECF 391-47 (GS-EDMAR-00368325)).

It is clear from the face of each document that it contains commercially sensitive and/or proprietary information, including without limitation regarding trading strategies and information

Hon. Lewis A. Kaplan, p. 2

about the fees that Goldman paid for use of the Currenex platform. Specifically, Exhibits 18 and 19 include pricing information and Exhibits 28, 45, 46 and 47 include information regarding Goldman's trading and other business strategies. Exhibit 17 contains excerpts from a deposition transcript which reflect sensitive financial and proprietary information about Goldman's trading strategies on different FX platforms and the commission rates that Goldman paid for use of the Currenex platform. As a result, each document was appropriately designated as "Highly Confidential" pursuant to the Court's Protective Order and should be redacted because its disclosure could cause competitive harm to Goldman. Courts have recognized that documents that reflect "internal pricing strategies and competitive pricing data [are] sufficiently sensitive to warrant redaction" and routinely permit parties to seal documents like the ones at issue here. *In re Digital Music Antitrust Litig.*, 321 F.R.D. 64, 82 n.1 (S.D.N.Y. 2017); *see also In re B&C KB Holding GmbH*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023) (courts "routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information").

For the same reasons articulated above, the Court has previously granted sealing requests with respect to Exhibit 18 (*See* ECF Nos. 170, 175, and 232), Exhibit 45 (*See* ECF Nos. 257, 273, and 344), and portions of the same transcript as Exhibit 17 (*See* ECF Nos. 295, 322, and 345).

For the reasons set forth above, the Court should order that the exhibits at issue and references to them in Plaintiffs' Motion remain sealed.

Hon. Lewis A. Kaplan, p. 3

Dated: December 2, 2025
        New York, New York

                                        Respectfully submitted,


                                        /s/ Rishi N. Zutshi
                                        Carmine D. Boccuzzi, Jr.
                                        (cboccuzzi@cgsh.com)
                                        Rishi N. Zutshi
                                        (rzutshi@cgsh.com)
                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                        One Liberty Plaza
                                        New York, New York  10006
                                        T: 212-225-2000
                                        F: 212-225-3999

                                        Attorneys for Defendant Goldman Sachs & Co. LLC



cc:  Counsel of Record