

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

December 4, 2025

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**<u>BY ECF</u>**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007-1312

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We write on behalf of Defendants to respectfully request that the Court clarify whether its December 3, 2025 order, which extended the remaining deadlines for briefing on the pending class certification motion, ECF No. 412 (the "December 3 Order") applies to *Daubert* briefing regarding class certification experts.

In all prior scheduling orders, class certification opposition and reply deadlines were paired with concurrent deadlines for *Daubert* briefing. Defendants have accordingly interpreted the approximately three-week extension in the Court's December 3 Order to apply equally to *Daubert* briefing. Plaintiffs, however, have taken the position that it does not. Defendants therefore seek the Court's clarification regarding the parties' deadlines for filing *Daubert* challenges to class certification experts under the December 3 Order.

Prior to the December 3 Order, the following deadlines were in place:

| Event | Deadline |
|---|---|
| Class certification opposition and supporting expert reports due, including all data and code relied upon by Defendants' experts. Any Daubert challenges to Plaintiffs' class certification experts due, including all data and code relied upon by Defendants' experts. | December 23, 2025 |
| Class certification reply and any supporting reply expert reports due, including all data and code relied upon by Plaintiffs' experts. Plaintiffs' oppositions to any Daubert motions by Defendants due, including all data and code relied upon by Plaintiffs' experts. Any Daubert challenges to | January 23, 2026 |

ROPES & GRAY LLP

- 2 -                                                                                               December 4, 2025

| Event | Deadline |
|---|---|
| Defendants' class certification experts due, including all data and code relied upon by Plaintiffs' experts. | |
| Defendants' replies in support of Defendants' Daubert motions due (including all data and code relied upon by Defendants' experts). Defendants' oppositions to Plaintiffs' Daubert motions due (including all data and code relied upon by Defendants' experts). | February 6, 2026 |
| Plaintiffs' replies in support of Plaintiffs' Daubert motions due (including all data and code relied upon by Plaintiffs' experts). | February 13, 2026 |

Defendants' Letter Motion for Extension of Time to File Response/Reply sought to adjust the dates for these events, and the Court's December 3 Order granted that motion in part by extending the dates, but allowing for slightly shorter response times than requested. *See* ECF No. 412.

There is nothing in the December 3 Order to suggest that the Court intended to decouple the deadlines for class certification briefing from the deadlines for related *Daubert* briefing. Nor is there any efficiency to be gained from doing so. To the contrary, under Plaintiffs' reading of the December 3 Order, Defendants' *Daubert* motions would be due on December 23, 2025—three weeks before their opposition papers and expert materials are due—and Plaintiffs' *Daubert* motions would be due on January 23, 2026—just 10 days after they receive Defendants' expert reports. Moreover, Defendants' replies in support of their *Daubert* motions would be due on February 6, 2026—one week *before* Plaintiffs even file their reply expert reports—and thus Defendants would have no opportunity to address Plaintiffs' reply expert reports. Defendants do not believe this is what the Court intended.

Defendants respectfully request that the Court clarify whether it intended its Order to maintain the alignment of the dates as they existed in the Court's prior scheduling orders, and therefore whether the approximately three-week extension for class certification briefing applied equally to *Daubert* motion and briefing deadlines, as reflected in the table below.

| Event | Revised Deadline set by December 3 Order |
|---|---|
| Class certification opposition and supporting expert reports due, including all data and code relied upon by Defendants' experts. Any Daubert challenges to Plaintiffs' class certification experts due, including all data and code relied upon by Defendants' experts. | January 13, 2026 |
| Class certification reply and any supporting reply expert reports due, including all data and code relied upon by Plaintiffs' experts. Plaintiffs' oppositions to any Daubert motions by Defendants due, including all data and code relied upon by Plaintiffs' experts. Any Daubert challenges to | February 13, 2026 |

ROPES & GRAY LLP

- 3 -                                                                December 4, 2025

| Event | Revised Deadline set by December 3 Order |
|---|---|
| Defendants' class certification experts due, including all data and code relied upon by Plaintiffs' experts. | |
| Defendants' replies in support of Defendants' Daubert motions due (including all data and code relied upon by Defendants' experts). Defendants' oppositions to Plaintiffs' Daubert motions due (including all data and code relied upon by Defendants' experts). | February 27, 2026 |
| Plaintiffs' replies in support of Plaintiffs' Daubert motions due (including all data and code relied upon by Plaintiffs' experts). | March 6, 2026 |

Respectfully Submitted,

ROPES & GRAY LLP

- 4 - December 4, 2025

| ROPES & GRAY LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| /s/ Alexander B. Simkin | /s/ Peter G. Wilson |
| Gregg L. Weiner | Peter G. Wilson |
| Alexander B. Simkin | Elliott M. Bacon |
| 1211 Avenue of the Americas | 525 W Monroe Street |
| New York, New York 10036 | Chicago, IL 60661 |
| Telephone: (212) 596-5000 | Telephone: (312) 902-5200 |
| Facsimile: (212) 596-9090 | Email: peter.wilson@katten.com |
| Email: gregg.weiner@ropesgray.com | Email: elliott.bacon@katten.com |
| Email: alexander.simkin@ropesgray.com | |
| | *Counsel for Defendant HC Technologies, LLC* |
| Robert G. Jones (*pro hac vice*) | |
| 800 Boylston Street | |
| Boston, Massachusetts 02199 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Telephone: (617) 951 7000 | |
| Facsimile: (617) 951 7050 | /s/ Carmine D. Boccuzzi Jr. |
| Email: robert.jones@ropesgray.com | Carmine D. Boccuzzi Jr. |
| | Rishi N. Zutshi |
| Samer Musallam (*pro hac vice*) | One Liberty Plaza |
| 2099 Pennsylvania Avenue NW | New York, NY 10006 |
| Washington, DC 20006 | Telephone: (212) 225-2000 |
| Telephone: (202) 508-4600 | Email: cboccuzzi@cgsh.com |
| Facsimile: (202) 508-4650 | Email: rzutshi@cgsh.com |
| Email: samer.musallam@ropesgray.com | |
| | *Counsel for Defendant Goldman Sachs & Co. LLC* |
| *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* | |