quinn emanuel trial lawyers | new york
295 Fifth Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

December 5, 2025

<u>BY ECF</u>

The Honorable Lewis A. Kaplan
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21D
New York, NY 10007

Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

Plaintiffs respectfully submit this response to Defendants' request for "clarification" regarding the deadline for filing *Daubert* motions to Plaintiffs' expert reports. ECF 413. The Court has already set that deadline—December 23—three times. *See* ECF 161; ECF 397; ECF 412.

Defendants ask for permission to instead file their *Daubert* motions on January 13. But they already sought that relief. *See, e.g.*, ECF 394 at 3, 6. The Court expressly denied that portion of their request, instead granting Defendants' motion "***only*** to the extent that defendants' time to file its opposition and supporting expert reports … is extend[ed] to … January 13, 2026." *Id.* (emphasis in original). The text of the order is clear and its logic sound: By keeping *Daubert* and certification briefings on slightly different tracks, Plaintiffs can begin preparing their responses in December, mitigating at least some of the prejudice arising from Defendants' belated, one-way-ratchet scheduling motion. Defendants' proposal, by contrast, would force Plaintiffs to handle all tasks simultaneously in the same January 13-February 13 window.

Plaintiffs do, however, agree with one point Defendants raise. Under the current schedule, Plaintiffs have only *10* days—from January 13 to January 23—to receive Defendants' expert reports, analyze the report and backup materials, schedule and conduct expert depositions, and file Plaintiffs' own *Daubert* motions. This appears to be an inadvertent consequence of prior scheduling motions focusing solely on Defendants' deadlines. Ten days is not a feasible period to complete those tasks. Defendants never sought, nor did the Court intend, to shorten Plaintiffs' time to submit their own *Daubert* motions. Plaintiffs thus respectfully submit that the deadline to file their *Daubert* motions against Defendants' experts should be set at the same date as their deadline to file their class certification reply.

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

In addition, as Plaintiffs previously noted (ECF 396 at 3), the current schedule has created an unfair imbalance: Defendants now have 56 days to oppose Plaintiffs' class certification motion (and, if the Court grants Defendants' current request, would have the same amount of time to submit their *Daubert* motions), whereas Plaintiffs have only 30 days to submit their class certification reply and any supplemental expert reports in response to Defendants' experts. To mitigate against this imbalance, Plaintiffs request a modest, 7-day extension of their time to submit their class certification reply brief and any supplemental expert reports.

Applying these modifications to Court's December 3 order as written would result in the following schedule, which Plaintiffs respectfully request the Court enter.

| Event | Deadline |
| --- | --- |
| Any *Daubert* challenges to Plaintiffs' class certification expert due, including all data and code relied upon by Defendants' experts. | December 23, 2026 (as set by December 3 order) |
| Class certification opposition and supporting expert reports due, including all data and code relied upon by Defendants' experts. | January 13, 2026 (as set by December 3 order) |
| Plaintiffs' oppositions to any *Daubert* motions by Defendants due, including all data and code relied upon by Plaintiffs' experts. | January 23, 2026 (as set by December 3 order) |
| Defendants' replies in support of Defendants' *Daubert* motions due (including all data and code relied upon by Defendants' experts). | February 6, 2026 (as set by December 3 order) |

| | |
|---|---|
| Class certification reply and any supporting reply expert reports due, including all data and code relied upon by Plaintiffs' experts. | February 20, 2026 (7-day extension) |
| Plaintiffs' *Daubert* challenges to Defendants' class certification expert due, including all data and code relied upon by Plaintiffs' experts. | February 20, 2026 (aligned with class certification reply) |
| Defendants' oppositions to Plaintiffs' *Daubert* motions due (including all data and code relied upon by Defendants' experts) | March 6, 2026 (maintaining gap consistent with current schedule) |
| Plaintiffs' replies in support of Plaintiffs' *Daubert* motions due (including all data and code relied upon by Plaintiffs' experts). | March 13, 2026 (maintaining gap consistent with current schedule) |

Respectfully submitted,

/s/ Daniel L. Brockett

Daniel L. Brockett

cc: Counsel of Record