**ROPES & GRAY**

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

**MEMO ENDORSED**

December 4, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·8·25

Alexander B. Simkin
T +1 212 596 9744
alexander.simkin@ropesgray.com

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY  10007-1312

Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We write on behalf of Defendants to respectfully request that the Court clarify whether its December 3, 2025 order, which extended the remaining deadlines for briefing on the pending class certification motion, ECF No. 412 (the "December 3 Order") applies to *Daubert* briefing regarding class certification experts.

In all prior scheduling orders, class certification opposition and reply deadlines were paired with concurrent deadlines for *Daubert* briefing.  Defendants have accordingly interpreted the approximately three-week extension in the Court's December 3 Order to apply equally to *Daubert* briefing.  Plaintiffs, however, have taken the position that it does not.  Defendants therefore seek the Court's clarification regarding the parties' deadlines for filing *Daubert* challenges to class certification experts under the December 3 Order.

Prior to the December 3 Order, the following deadlines were in place:

| Event | Deadline |
|---|---|
| Class certification opposition and supporting expert reports due, including all data and code relied upon by Defendants' experts. Any Daubert challenges to Plaintiffs' class certification experts due, including all data and code relied upon by Defendants' experts. | December 23, 2025 |
| Class certification reply and any supporting reply expert reports due, including all data and code relied upon by Plaintiffs' experts. Plaintiffs' oppositions to any Daubert motions by Defendants due, including all data and code relied upon by Plaintiffs' experts. Any Daubert challenges to | January 23, 2026 |

Memorandum Endorsedment          <u>Edmar Fin. Co. v. Currenex, Inc., 21-cv-6598 (LAK)</u>

There is no need for clarification. The Court's December 3 order means **exactly** what it said.

It would be helpful counsel could reduce the volume of letter writing.

Application denied.

SO ORDERED.

Dated:          December 8, 2025

_____
Lewis A. Kaplan
United States District Judge