February 23, 2026

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:    *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

Pursuant to the current Case Management Schedule entered by the Court (ECF 161), Plaintiffs XTX Markets Limited and DSquare Trading Limited ("Plaintiffs") and Defendants Currenex, Inc., Goldman Sachs & Co. LLC, HC Technologies, LLC, State Street Bank and Trust Company, and State Street Global Markets International Limited ("Defendants") submit this joint letter to propose deadlines for expert discovery and summary judgment.  Pursuant to the Court's instructions in the current Case Management Schedule (ECF 161 at 3), the parties have conferred regarding the schedule for expert discovery.  The parties have also conferred regarding potential dates for summary judgment and *Daubert* briefing.  We attach, as Exhibit A, a joint stipulation and proposed order setting forth proposed dates for expert discovery, summary judgment, and *Daubert* briefing.

We respectfully ask the Court to grant the joint stipulation and proposed order enclosed as Exhibit A.

Very truly yours,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ *Daniel L. Brockett*
Daniel L. Brockett
*Counsel for Plaintiffs*

ALSTON & BIRD LLP

/s/  *B. Parker Miller*
 B. Parker Miller

*Counsel for Defendants Currenex, Inc.,
State Street Bank and Trust Company, and
State Street Global Markets International
Limited*

KATTEN MUCHIN ROSENMAN LLP

/s/ *Peter G. Wilson*
Peter G. Wilson
*Counsel for Defendant HC Technologies,
LLC*

ROPES & GRAY LLP

/s/ *Alexander B. Simkin*
Alexander B. Simkin
*Counsel for Defendants Currenex, Inc.,
State Street Bank and Trust Company, and
State Street Global Markets International
Limited*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

/s/ *Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
*Counsel for Defendant Goldman Sachs &
Co., LLC*