UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>    Defendants. | Case No. 1:21-cv-06598 (LAK) |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT SCHEDULE FOR EXPERT DISCOVERY AND SUMMARY JUDGMENT**

**WHEREAS**, the operative scheduling order required the parties to confer and submit deadlines for expert discovery by February 27, 2026 (ECF 161 at 3);

**WHEREAS**, the parties have conferred regarding deadlines and jointly propose the following dates for the expert discovery and summary judgment phases;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the signatory parties, subject to the Court's approval, that the Case Management Schedule includes the following deadlines:

-2-

| Event | Proposed Deadline |
|---|---|
| Deadline to disclose Opening Merits Expert Report(s) on issues for which each party bears the burden of proof. Parties must also submit all corresponding backup data. | Friday, March 27, 2026 |
| Deadline to disclose Response Merits Expert Report(s). Parties must also submit all corresponding backup data. | Monday, May 4, 2026 |
| Deadline to disclose Rebuttal Merits Expert Report(s). Parties must also submit all corresponding backup data. | Monday, June 8, 2026 |
| Deadline for Merits Expert Discovery. | Friday, June 26, 2026 |
| Deadline for Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s). | Monday, August 10, 2026 |
| Deadline for Oppositions to Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s). | Thursday, September 24, 2026 |
| Deadline for Replies in support of Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s). | Monday, October 26, 2026 |

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: February 23, 2026
New York, New York

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ROPES & GRAY LLP |
| /s/  Daniel L. Brockett | /s/  Gregg L. Weiner |
| Daniel L. Brockett | Gregg L. Weiner |
| Thomas J. Lepri | Alexander B. Simkin |
| David LeRay | 1211 Avenue of the Americas |
| 295 5th Avenue, 9th Floor | New York, New York 10036 |
| New York, New York 10016 | Telephone: (212) 596-5000 |
| Telephone: (212) 849-7000 | Facsimile: (212) 596-9090 |
| Facsimile: (212) 849-7100 | Email: gregg.weiner@ropesgray.com |
| Email: danbrockett@quinnemanuel.com | Email: alexander.simkin@ropesgray.com |
| Email: thomaslepri@quinnemanuel.com | |
| Email: davidleray@quinnemanuel.com | Robert G. Jones (*pro hac vice*) |
| | 800 Boylston Street |
| Jeremy D. Andersen (*pro hac vice*) | Boston, Massachusetts 02199 |
| 865 South Figueroa Street, 10th Floor | Telephone: (617) 951-7000 |
| Los Angeles, California 90017 | Facsimile: (617) 951-7050 |
| Telephone: (213) 443-3000 | Email: robert.jones@ropesgray.com |
| Facsimile: (213) 443-3100 | |
| Email: jeremyandersen@quinnemanuel.com | Samer Musallam (*pro hac vice*) |
| | 2099 Pennsylvania Avenue NW |
| RUDDY GREGORY, PLLC | Washington, DC 20006 |
| Mark Ruddy | Telephone: (202) 508-4600 |
| 1225 15th Street NW | Facsimile: (202) 508-4650 |
| Washington, DC 20005 | Email: samer.musallam@ropesgray.com |
| Telephone: (202) 797-0762 | |
| Facsimile: (202) 318-0543 | *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* |
| Email: rnruddy@ruddylaw.com | |
| | |
| *Counsel for Plaintiffs and the Proposed Class* | |
| | ALSTON & BIRD LLP |
| | |
| | /s/  B. Parker Miller |
| | B. Parker Miller |
| | Jason Sigalos |
| | One Atlantic Center |
| | 1201 West Peachtree Street, Suite 4900 |
| | Atlanta, GA  30309 |
| | Telephone: (404) 881-4970 |

Email: parker.miller@alston.com
Email: jason.sigalos@alston.com

Eric Kuwana
Brett Jaffe
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone:  (212) 210-9586
Email: eric.kuwana@alston.com
Email: brett.jaffe@alston.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*


KATTEN MUCHIN ROSENMAN LLP

*/s/ Peter G. Wilson*
Peter G. Wilson
Christian T. Kemnitz
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: christian.kemnitz@katten.com

*Counsel for Defendant HC Technologies, LLC*


CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*