UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; and XTX MARKETS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 1:21-cv-06598 (LAK)<br><br> |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT SCHEDULE FOR EXPERT DISCOVERY AND SUMMARY JUDGMENT**

**WHEREAS**, the operative scheduling order required the parties to confer and submit deadlines for expert discovery by February 27, 2026 (ECF 161 at 3);

**WHEREAS**, the parties have conferred regarding deadlines and jointly propose the following dates for the expert discovery and summary judgment phases;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for the signatory parties, subject to the Court's approval, that the Case Management Schedule includes the following deadlines:

| Event | Proposed Deadline |
|---|---|
| Deadline to disclose Opening Merits Expert Report(s) on issues for which each party bears the burden of proof. Parties must also submit all corresponding backup data. | Friday, March 27, 2026 |
| Deadline to disclose Response Merits Expert Report(s). Parties must also submit all corresponding backup data. | Monday, May 4, 2026 |
| Deadline to disclose Rebuttal Merits Expert Report(s). Parties must also submit all corresponding backup data. | Monday, June 8, 2026 |
| Deadline for Merits Expert Discovery. | Friday, June 26, 2026 |
| Deadline for Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s). | Monday, August 10, 2026 |
| Deadline for Oppositions to Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s). | Thursday, September 24, 2026 |
| Deadline for Replies in support of Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s). | Monday, October 26, 2026 |

IT IS SO ORDERED.

DATED: 2/24/26

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated:   February 23, 2026
         New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ *Daniel L. Brockett*
Daniel L. Brockett
Thomas J. Lepri
David LeRay
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com
Email: thomaslepri@quinnemanuel.com
Email: davidleray@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

RUDDY GREGORY, PLLC
Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: mruddy@ruddylaw.com

*Counsel for Plaintiffs and the Proposed Class*

ROPES & GRAY LLP

/s/ *Gregg L. Weiner*
Gregg L. Weiner
Alexander B. Simkin
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-5000
Facsimile: (212) 596-9090
Email: gregg.weiner@ropesgray.com
Email: alexander.simkin@ropesgray.com

Robert G. Jones (*pro hac vice*)
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: robert.jones@ropesgray.com

Samer Musallam (*pro hac vice*)
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Email: samer.musallam@ropesgray.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

ALSTON & BIRD LLP

/s/ *B. Parker Miller*
B. Parker Miller
Jason Sigalos
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-4970

Email: parker.miller@alston.com
Email: jason.sigalos@alston.com

Eric Kuwana
Brett Jaffe
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9586
Email: eric.kuwana@alston.com
Email: brett.jaffe@alston.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

KATTEN MUCHIN ROSENMAN LLP

*/s/ Peter G. Wilson*
Peter G. Wilson
Christian T. Kemnitz
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: christian.kemnitz@katten.com

*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*