# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**Eric Kuwana**                      Direct Dial: **212-210-9586**                      Email: **eric.kuwana@alston.com**

May 15, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/19/2026
```

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10017-1312

     Re:    *Edmar Fin. Co., LLC, et al. v. Currenex, Inc., et al.*, Case No. 21-cv-06598

Dear Judge Kaplan,

     We represent Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited in the above matter. Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court's Rules, the Stipulation and Order of Confidentiality so ordered in this action on October 18, 2023, (ECF No. 113), and the Joint Stipulation and Order Regarding Class Certification Sealing and Page Limits so ordered in this action on November 13, 2025 (the "Sealing Order") (ECF No. 387), Defendants respectfully submit this letter motion to request that Tables 1 and 2 of the Errata for the Class Certification Reply Expert Report of Plaintiffs' expert, Dr. Craig Pirrong (ECF No. 463-1)—which were previously redacted when Dr. Pirrong's initial Reply Report was publicly filed (ECF No. 454-1) pursuant to the Court's February 27, 2026 Order (ECF No. 455)—be completely redacted in the public, as-filed version.

     The tables reflect Defendants' commercially sensitive and proprietary information. Defendants respectfully submit that sealing is justified under controlling legal precedent. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

     As always, we thank the Court for its attention to this matter.

                  Respectfully submitted,

                  */s/ Eric Kuwana*
                  Eric Kuwana

cc:    All Counsel of Record (via ECF)

*Granted*
5/19/26