**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

MEMO ENDORSED

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

May 15, 2026

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 6/2/26

Re:   *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598
      Motion to Seal for Errata Sheet (ECF 463-1)

Dear Judge Kaplan:

Pursuant to the Joint Stipulation and Order Regarding Class Certification Sealing and Page Limits (ECF 387), Plaintiffs respectfully submit this motion to redact portions of the errata sheet filed at ECF 463-1. ECF 463-1 ("Errata Sheet"). This Errata Sheet relates to two tables included in Exhibit A to the Expert Rebuttal Report of Dr. Craig Pirrong. ECF 446, Ex. 56. Consistent with the Joint Stipulation and Order (ECF 387), Plaintiffs have included both Plaintiff and Defendants' proposed redactions to this Errata Sheet.

Plaintiffs respectfully request leave to redact portions of the Errata Sheet that reference Plaintiff XTX Markets Limited's trading information. Such confidential business information related to XTX Markets Limited is sensitive and should not be publicly disclosed. Courts "routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information." *In re B&C KB Holding GmbH*, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023). Such protected information may include specific information about trades or trading activity. *In re Tether & Bitfinex Crypto Asset Litig.*, 2024 WL 3520363, at *21 (S.D.N.Y. July 24, 2024). Accordingly, Plaintiffs respectfully request that references to information involving XTX Markets Limited are redacted from the Errata Sheet.

**SO ORDERED** *Granted*

*[signature]*

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG **LEWIS A. KAPLAN, USDJ** | BRUSSELS | ZURICH
7/27/26

Respectfully submitted,

*/s/ Daniel L. Brockett*

Daniel L. Brockett

cc: Counsel of Record