August 5, 2026

**B**Y **ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

Re:    *XTX Markets Limited et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

Pursuant to Your Honor's Individual Rules of Practice, Plaintiffs XTX Markets Limited and
DSquare Trading Limited ("Plaintiffs") and Defendants Currenex, Inc., Goldman Sachs & Co.
LLC, HC Technologies, LLC, State Street Bank and Trust Company, and State Street Global
Markets International Limited ("Defendants") submit this joint request regarding (1) page limits
for the briefing on Defendants' motions for summary judgment; and (2) a modified sealing
protocol for the summary judgment and *Daubert* briefing.  We attach, as Exhibit A, a joint
stipulation and proposed order outlining the modified sealing protocol.

*First*, the parties have jointly agreed to the following page limits to apply to the briefing on
Defendants' motions for summary judgment, which may be allocated across multiple briefs
given the presence of multiple Defendants to this action:  (1) Defendants will have a page limit
of 75 pages for their moving briefs; (2) Plaintiffs will have a page limit of 75 pages for their
opposition briefs; and (3) Defendants will have a page limit of 25 pages for their reply briefs.

*Second*, the parties have jointly agreed to the modified sealing protocol attached as Exhibit A.
By default, the parties understand that the Court's Individual Rules of Practice and the Protective
Order in this action (ECF No. 113) require a three-day protocol for sealing of confidential
materials.  On February 24, 2026, the Court entered the parties' stipulated case management
schedule for expert discovery and summary judgment, which set August 10, 2026 as the deadline
for motions for summary judgment and *Daubert* motions on the merits expert reports, September
24, 2026 as the deadline for oppositions, and October 26, 2026 as the deadline for replies.  ECF
No. 450.  Given the volume of proposed redactions and sealed exhibits likely to be involved in
those filings, the parties respectfully request additional time for the sealing-related filings.  The
parties jointly propose the following sealing protocol (enclosed in Exhibit A):

> (1)  The parties (the "Filing Parties") will file their papers under provisional seal by the
> deadlines set forth in the Court's February 24, 2026 Order (ECF No. 450);

(2)  The Filing Parties will serve by email unredacted papers on the receiving parties by those same deadlines;

(3)  Within four (4) weeks after October 26, 2026, each party will review the unredacted copies of all filed papers and, for each filing as to which the party proposes redactions of its own materials produced in this case or of third-party materials, will transmit redacted copies of all papers, highlighted copies showing the proposed redactions, and an insert for a motion to seal justifying the proposed redactions;[1]

(4)  Within five (5) weeks after October 26, 2026, the Filing Parties will file motions to seal, along with the proposed redacted copies and highlighted copies, pursuant to the procedures set forth in the Court's Individual Rules of Practice.  The letter motions will include the redaction justifications of all parties proposing redactions to the applicable filing.

We respectfully ask the Court to grant this joint request for a modified sealing protocol and to enter the joint stipulation and proposed order enclosed in Exhibit A.

Respectfully,


QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/  Daniel L. Brockett
Daniel L. Brockett
Thomas J. Lepri
David LeRay
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com
Email: thomaslepri@quinnemanuel.com
Email: davidleray@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

ALSTON & BIRD LLP

/s/  B. Parker Miller
B. Parker Miller
Jason Sigalos
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309
Telephone: (404) 881-4970
Email: parker.miller@alston.com
Email: jason.sigalos@alston.com

Eric Kuwana
Brett Jaffe
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone:  (212) 210-9586
Email: eric.kuwana@alston.com
Email: brett.jaffe@alston.com

---

[1]  The filing party will also propose redactions for third-party materials, if any.

RUDDY GREGORY, PLLC
Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: rnruddy@ruddylaw.com

*Counsel for Plaintiffs and the Class*

*Counsel for Defendants Currenex, Inc., State
Street Bank and Trust Company, and State
Street Global Markets International Limited*

KATTEN MUCHIN ROSENMAN LLP

*/s/ Peter G. Wilson*
Peter G. Wilson
Christian T. Kemnitz
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: christian.kemnitz@katten.com

*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

*/s/ Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co.
LLC*