# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>                        Plaintiffs,<br><br>    vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>                        Defendants. | Case No. 21-cv-06598 |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT AND *DAUBERT* SEALING PROCEDURES AND PAGE LIMITS**

**WHEREAS**, on February 24, 2026, the Court entered the Joint Stipulation and Order Regarding Case Management Schedule for Expert Discovery and Summary Judgment (ECF No. 450) and set forth the following deadlines for Summary Judgment and *Daubert* briefing:

    a.    **Monday, August 10, 2026**: Deadline for Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s).

    b.    **Thursday, September 24, 2026**: Deadline for Oppositions to Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s).

    c.    **Monday, October 26, 2026**: Deadline for Replies in support of Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s).

**WHEREAS**, because of the large volume of potential redactions and sealed exhibits likely to be involved in these filings, Plaintiffs and Defendants (collectively, the "Parties") believe a

modification to the sealing procedures set forth in the Court's Individual Rules of Practice would be beneficial.

**NOW, THEREFORE,** the Parties hereby stipulate and agree as follows:

The parties agree to the following proposed process for submitting proposed sealing and redactions for all Summary Judgment and *Daubert* submissions , and jointly request that the Court order as follows**:**

1. The Parties will file their papers (the "Filing Parties") under provisional seal by the applicable deadlines forth above pursuant to the Court's February 24, 2026 Order (ECF No. 450);

2. The filing parties will serve by email unredacted papers on the receiving parties by the deadlines set forth above pursuant to the Court's February 24, 2026 Order (ECF No. 450);

3. Within **four (4) weeks** after October 26, 2026, each Party shall review the unredacted copies of all filed papers and, for each filing that a Party seeks to propose any redactions of their own materials produced in this case or third-party materials,[1] shall transmit the following items:

   a. Redacted copies of all papers;

   b. Highlighted copies of all papers with highlights corresponding to the proposed redactions;

   c. An insert for a motion to seal justifying the proposed redactions;

4. Within **five (5) weeks** after October 26, 2026, the Filing Parties shall file motions to seal, along with proposed redacted copies and highlighted copies, pursuant to the procedures set forth in the Court's Individual Rules of Practice. The letter motions will include the redaction justifications of all Parties proposing redactions to the applicable filing.

The parties further agree to the following page limits for the briefing on Defendants' Motions for Summary Judgment, which can be allocated across multiple briefs given the presence

---

[1] The responsibility for proposing and identifying redactions of third-party materials shall fall on the filing party.

of multiple Defendants to this action, and jointly request that the Court order as follows with respect to the briefing on Defendants' Motions for Summary Judgment:

1.    Defendants will have a page limit of 75 pages for their moving briefs.

2.    Plaintiffs will have a page limit of 75 pages for their opposition briefs.

3.    Defendants will have a page limit of 25 pages for their reply briefs.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated:    August 5, 2026
          New York, New York

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/  Daniel L. Brockett
Daniel L. Brockett
Thomas J. Lepri
David LeRay
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com
Email: thomaslepri@quinnemanuel.com
Email: davidleray@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

RUDDY GREGORY, PLLC

ROPES & GRAY LLP

/s/  Gregg L. Weiner
Gregg L. Weiner
Alexander B. Simkin
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-5000
Facsimile: (212) 596-9090
Email: gregg.weiner@ropesgray.com
Email: alexander.simkin@ropesgray.com

Robert G. Jones (*pro hac vice*)
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: robert.jones@ropesgray.com

Samer Musallam (*pro hac vice*)
2099 Pennsylvania Avenue NW
Washington, DC 20006

Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: rnruddy@ruddylaw.com

*Counsel for Plaintiffs and the Class*

Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Email: samer.musallam@ropesgray.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*


ALSTON & BIRD LLP

/s/  B. Parker Miller
B. Parker Miller
Jason Sigalos
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309
Telephone: (404) 881-4970
Email: parker.miller@alston.com
Email: jason.sigalos@alston.com

Eric Kuwana
Brett Jaffe
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone:  (212) 210-9586
Email: eric.kuwana@alston.com
Email: brett.jaffe@alston.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*


KATTEN MUCHIN ROSENMAN LLP

/s/ Peter G. Wilson
Peter G. Wilson
Christian T. Kemnitz
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: christian.kemnitz@katten.com

*Counsel for Defendant HC Technologies, LLC*

-4-

-5-

CLEARY    GOTTLIEB    STEEN    &
HAMILTON LLP

*/s/ Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*