**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>        Plaintiff,<br><br>  vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; AND STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>        Defendant. | No. 21 Civ. 6598 (LAK)<br><br>Hon. Lewis A. Kaplan |

**DEFENDANTS' JOINT NOTICE OF MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY OF DAVID WOOLCOCK**

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, the Declaration of Rishi Zutshi and supporting exhibits, and all prior pleadings in this action, Defendants Currenex, Inc., State Street Bank and Trust Company and State Street Global Markets International Limited, Goldman Sachs & Co. LLC, and HC Technologies, LLC, hereby jointly move pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 113 S. Ct. 2786 (1993), for an order excluding the proposed expert testimony of David Woolcock in its entirety and granting such other and further relief as the Court deems appropriate.

Dated: August 10, 2026

| ALSTON & BIRD LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| */s/ Eric A. Kuwana* | */s/ Peter G. Wilson* |
| Eric A. Kuwana | Peter G. Wilson |
| Brett D. Jaffe | Christian T. Kemnitz |
| Christopher J. Borchert | 525 W Monroe Street |
| 90 Park Avenue | Chicago, IL 60661 |
| New York, NY 10016 | Telephone: (312) 902-5200 |
| Telephone: (212) 210-9400 | Email: peter.wilson@katten.com |
| Email: eric.kuwana@alston.com | Email: christian.kemnitz@katten.com |
| Email: brett.jaffe@alston.com | |
| Email: christopher.borchert@alston.com | *Counsel for Defendant HC Technologies, LLC* |
| | |
| B. Parker Miller | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| Jason N. Sigalos (*pro hac vice*) | |
| 1201 W. Peachtree St. NE | */s/ Carmine D. Boccuzzi, Jr.* |
| Atlanta, GA 30309 | Carmine D. Boccuzzi Jr. |
| Telephone: (404) 881-7000 | Rishi N. Zutshi |
| Email: parker.miller@alston.com | Julia Wenck |
| Email: jason.sigalos@alston.com | One Liberty Plaza |
| | New York, NY 10006 |
| *Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited* | Telephone: (212) 225-2000 |
| | Email: cboccuzzi@cgsh.com |
| | Email: rzutshi@cgsh.com |
| | Email: jwenck@cgsh.com |
| | |
| | *Counsel for Defendant Goldman Sachs & Co. LLC* |