UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>                    Defendants. | No. 21-cv-06598 (LAK) |

**DEFENDANTS' JOINT NOTICE OF MOTIONS FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE**, that Defendants Currenex, Inc. ("Currenex"), Goldman Sachs & Co. LLC ("Goldman"), HC Technologies, LLC ("HC Tech"), and State Street Bank and Trust Company ("State Street," and, collectively with Goldman and HC Tech, the "Trading Defendants"), and State Street Global Markets International Limited (collectively "Defendants") will move before the Honorable Lewis A. Kaplan, U.S.D.J., on a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing all claims against them, and for such other and further relief as the Court deems just, proper, and equitable. In support of their motion, Defendants submit the accompanying Joint Memorandum of Law, Joint Rule 56.1 Statement of Material Facts, Declaration of Eric A. Kuwana and supporting exhibits, Goldman's Memorandum of Law in further support of its motion for summary judgment, Goldman's Rule

56.1 Statement of Material Facts, and Declaration of Carmine D. Boccuzzi, Jr. and supporting

exhibits, each of which is filed contemporaneously herewith.

Dated: August 10, 2026                          Respectfully submitted,
New York, New York

ALSTON & BIRD LLP                               KATTEN MUCHIN ROSENMAN LLP
/s/ Eric A. Kuwana                              /s/ Peter G. Wilson
Eric A. Kuwana                                  Peter G. Wilson
Brett D. Jaffe                                  Christian T. Kemnitz
Christopher J. Borchert                         525 W Monroe Street
90 Park Avenue                                  Chicago, IL 60661
New York, NY 10016                              Telephone: (312) 902-5200
Telephone: (212) 210-9400                       Email: peter.wilson@katten.com
Email: eric.kuwana@alston.com                   Email: christian.kemnitz@katten.com
Email: brett.jaffe@alston.com
Email: christopher.borchert@alston.com          *Counsel for Defendant HC Technologies, LLC*

B. Parker Miller                                CLEARY GOTTLIEB STEEN & HAMILTON
Jason N. Sigalos (*pro hac vice*)               LLP
1201 W. Peachtree St. NE                         /s/ Carmine D. Boccuzzi Jr.
Atlanta, GA 30309                               Carmine D. Boccuzzi Jr.
Telephone: (404) 881-7000                       Rishi N. Zutshi
Email: parker.miller@alston.com                 Julia Wenck
Email: jason.sigalos@alston.com                 One Liberty Plaza
                                                New York, NY 10006
*Counsel for Defendants Currenex, Inc.,*         Telephone: (212) 225-2000
*State Street Bank and Trust Company, and*       Email: cboccuzzi@cgsh.com
*State Street Global Markets International*      Email: rzutshi@cgsh.com
*Limited*                                       Email: jwenck@cgsh.com

                                                *Counsel for Defendant Goldman Sachs & Co.*
                                                *LLC*

2