**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,

                    Plaintiffs,

    vs.

CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,

                    Defendants.

No. 21-cv-06598 (LAK)

---

### DEFENDANTS' JOINT NOTICE OF MOTION
### TO EXCLUDE PROPOSED EXPERT TESTIMONY OF RETO FELLER

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the Declaration of Julia Wenck and supporting exhibits, and all prior pleadings in this action, Defendants Currenex, Inc., State Street Bank and Trust Company and State Street Global Markets International Limited, Goldman Sachs & Co. LLC, and HC Technologies, LLC, hereby jointly move pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 113 S. Ct. 2786 (1993), for an order excluding the proposed expert testimony of Reto Feller in its entirety and granting such other and further relief as the Court deems appropriate.

Dated: August 10, 2026

| ALSTON & BIRD LLP | KATTEN MUCHIN ROSENMAN LLP |
|---|---|
| */s/ Eric A. Kuwana* | */s/ Peter G. Wilson* |
| Eric A. Kuwana | Peter G. Wilson |
| Brett D. Jaffe | Christian T. Kemnitz |
| Christopher J. Borchert | 525 W Monroe Street |
| 90 Park Avenue | Chicago, IL 60661 |
| New York, NY 10016 | Telephone: (312) 902-5200 |
| Telephone: (212) 210-9400 | Email: peter.wilson@katten.com |
| Email: eric.kuwana@alston.com | Email: christian.kemnitz@katten.com |
| Email: brett.jaffe@alston.com | |
| Email: christopher.borchert@alston.com | *Counsel for Defendant HC Technologies, LLC* |
| | |
| B. Parker Miller | CLEARY GOTTLIEB STEEN & HAMILTON |
| Jason N. Sigalos (*pro hac vice*) | LLP |
| 1201 W. Peachtree St. NE | |
| Atlanta, GA 30309 | */s/ Carmine D. Boccuzzi, Jr.* |
| Telephone: (404) 881-7000 | Carmine D. Boccuzzi, Jr. |
| Email: parker.miller@alston.com | Rishi N. Zutshi |
| Email: jason.sigalos@alston.com | Julia Wenck |
| | One Liberty Plaza |
| *Counsel for Defendants Currenex, Inc.,* | New York, NY 10006 |
| *State Street Bank and Trust Company, and* | Telephone: (212) 225-2000 |
| *State Street Global Markets International* | Email: cboccuzzi@cgsh.com |
| *Limited* | Email: rzutshi@cgsh.com |
| | Email: jwenck@cgsh.com |
| | |
| | *Counsel for Defendant Goldman Sachs & Co.* |
| | *LLC* |