**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5, <br><br> Defendants. | Case No. 21-cv-06598 |

**PLAINTIFFS' NOTICE OF MOTION TO EXCLUDE CERTAIN OPINIONS AND
TESTIMONY OF MICHAEL MELVIN, PH.D.**

PLEASE TAKE NOTICE that upon the filing of the accompanying Memorandum of

Law, the Declaration of Daniel L. Brockett in support thereof, all papers and pleadings submitted

herewith, and any papers filed in reply, Plaintiffs, through their undersigned counsel, hereby

respectfully move this Court for an order pursuant to Federal Rule of Evidence 702 granting

Plaintiffs' motion to exclude certain opinions and testimony of Michael Melvin, Ph.D.

DATED:        August 10, 2026             Respectfully submitted,

QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
*/s/  Daniel L. Brockett*

Daniel L. Brockett
Thomas J. Lepri
David LeRay
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

RUDDY GREGORY, PLLC
*/s/ Mark Ruddy*

Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: mruddy@ruddylaw.com

ZIGLER LAW GROUP, LLC
*/s/ Aaron Zigler*

Aaron Zigler
308 S. Jefferson
Suite 333
Chicago, IL, 60661
Telephone: (312) 673-8427
Email: aaron@ziglerlawgroup.com

*Counsel for Plaintiffs and the Class*