**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>                 Plaintiffs,<br><br>     vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>                 Defendants. | Case No. 21-cv-06598 |

**PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the filing of the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs' Rule 56.1 Statement of Undisputed Material Facts, the Declaration of Daniel L. Brockett in support thereof, all papers and pleadings submitted herewith, and any papers filed in reply, Plaintiffs, through their undersigned counsel, hereby respectfully move this Court for an order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, granting partial summary judgment that Defendant Currenex, Inc. owed market participants a duty to disclose the employee-assigned priority system that broke price ties on the Currenex trading platform.

DATED:         August 10, 2026            Respectfully submitted,

                                          QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
                                          */s/  Daniel L. Brockett*
                                          _____
                                          Daniel L. Brockett
                                          Thomas J. Lepri
                                          David LeRay
                                          295 Fifth Avenue
                                          New York, New York 10016
                                          Telephone: (212) 849-7000
                                          Facsimile: (212) 849-7100
                                          Email: danbrockett@quinnemanuel.com

                                          Jeremy D. Andersen (*pro hac vice*)
                                          865 South Figueroa Street, 10th Floor
                                          Los Angeles, California 90017
                                          Telephone: (213) 443-3000
                                          Facsimile: (213) 443-3100
                                          Email: jeremyandersen@quinnemanuel.com

                                          RUDDY GREGORY, PLLC
                                          */s/ Mark Ruddy*
                                          _____
                                          Mark Ruddy
                                          1225 15th Street NW
                                          Washington, DC 20005
                                          Telephone: (202) 797-0762
                                          Facsimile: (202) 318-0543
                                          Email: mruddy@ruddylaw.com

                                          ZIGLER LAW GROUP, LLC
                                          */s/ Aaron Zigler*
                                          _____
                                          Aaron Zigler
                                          308 S. Jefferson
                                          Suite 333
                                          Chicago, IL, 60661
                                          Telephone: (312) 673-8427
                                          Email: aaron@ziglerlawgroup.com

                                          *Counsel for Plaintiffs and the Class*