**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>      Plaintiffs,<br><br> vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>      Defendants. | Case No. 21-cv-06598 |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 10, 2026, I caused a true and correct copy of Plaintiffs' Notice of Motion for Partial Summary Judgment, the corresponding Declaration of Daniel L. Brockett and exhibits, the corresponding Rule 56.1 Statement of Undisputed Material Facts in Support, and the corresponding Memorandum of Law in Support to be served on counsel of record for the Defendants.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Daniel L. Brockett*
Daniel L. Brockett
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

*Counsel for Plaintiffs and the Class*