quinn emanuel trial lawyers | new york
295 FifthAvenue, New York, New York 10016-7103| TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

August 19, 2026

**BY ECF**

The Honorable Lewis A. Kaplan
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007

Re: *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We write on behalf of Plaintiffs, with the consent of all Defendants, to submit the attached Joint Stipulation and [Proposed] Order Regarding Briefing Schedule and Sealing Procedures for Defendants' Motion to Strike.

Defendants served the Motion to Strike (ECF No. 480) on August 10, 2026, together with their motion for summary judgment and *Daubert* motions. The Court's February 24, 2026 scheduling order (ECF No. 450) and its August 6, 2026 sealing order (ECF No. 479) do not expressly cover motions to strike. However, the parties have agreed that the opposition and reply briefs should follow the same track and should be subject to the same sealing procedures.

Accordingly, the stipulation, attached as Exhibit A, provides that Plaintiffs' opposition shall be filed on or before September 24, 2026, and Defendants' reply on or before October 26, 2026. No other deadline is affected. The parties respectfully request that the Court enter the stipulation as an Order of the Court.

Respectfully submitted,

*/s/ Daniel L. Brockett*
Daniel L. Brockett

cc: Counsel of Record