# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 21-cv-06598 |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND SEALING PROCEDURES FOR DEFENDANTS' MOTION TO STRIKE**

**WHEREAS**, on February 24, 2026, the Court entered the Joint Stipulation and Order Regarding Case Management Schedule for Expert Discovery and Summary Judgment (ECF No. 450) and set forth the following deadlines for Summary Judgment and *Daubert* briefing:

a. **Monday, August 10, 2026**: Deadline for Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s).

b. **Thursday, September 24, 2026**: Deadline for Oppositions to Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s).

c. **Monday, October 26, 2026**: Deadline for Replies in support of Motions for Summary Judgment and *Daubert* Motions on Merits Expert Report(s).

**WHEREAS**, on August 6, 2026, the Court entered the Joint Stipulation and Order Regarding Summary Judgment and *Daubert* Sealing Procedures and Page Limits (ECF No. 479),

which established procedures for the provisional sealing of, and for subsequent motions to seal, all summary judgment and *Daubert* submissions;

WHEREAS, on August 10, 2026, Defendants served Defendants' Motion to Strike the Rebuttal Reports of Dr. Rosa Abrantes-Metz and Mr. Reto Feller as Untimely (the "Motion to Strike"), together with Defendants' motion for summary judgment and Defendants' *Daubert* motions, and in accordance with the provisional sealing procedures set forth in the Court's August 6, 2026 Order;

WHEREAS, the Motion to Strike concerns the expert reports of Dr. Abrantes-Metz and Mr. Feller;

WHEREAS, Defendants have also filed a *Daubert* motion as to Mr. Feller;

WHEREAS, neither the Court's February 24, 2026 Order nor its August 6, 2026 Order by its terms addresses the briefing schedule or sealing procedures applicable to the Motion to Strike; and

WHEREAS, the Parties agree that the most efficient course is for the Motion to Strike to be briefed on the same schedule, and to be subject to the same sealing procedures, as the summary judgment and *Daubert* motions;

NOW, THEREFORE, the Parties hereby stipulate and agree, and jointly request that the Court order, as follows:

1. Plaintiffs' opposition to the Motion to Strike shall be served and filed on or before Thursday, September 24, 2026.

2. Defendants' reply in support of the Motion to Strike shall be served and filed on or before Monday, October 26, 2026.

3. The sealing procedures set forth in paragraphs 1 through 4 of the Court's August 6, 2026 Order (ECF No. 479) shall apply to the Motion to Strike and to all briefing thereon.

4. Nothing in this Stipulation shall be construed as a waiver of, or as an agreement concerning, any argument, position, objection, or defense of any Party with respect to the Motion to Strike.

IT IS SO ORDERED.

DATED: ______________________ ______________________________
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: August 19, 2026
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ *Daniel L. Brockett*
Daniel L. Brockett
Thomas J. Lepri
David LeRay
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Email: danbrockett@quinnemanuel.com
Email: thomaslepri@quinnemanuel.com
Email: davidleray@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Email: jeremyandersen@quinnemanuel.com

ALSTON & BIRD LLP

/s/ *B. Parker Miller*
B. Parker Miller
Jason Sigalos (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-4970
Email: parker.miller@alston.com
Email: jason.sigalos@alston.com

Eric Kuwana
Brett Jaffe
Christopher J. Borchert
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9586
Email: eric.kuwana@alston.com
Email: brett.jaffe@alston.com

RUDDY GREGORY, PLLC
Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Email: rnruddy@ruddylaw.com

*Counsel for Plaintiffs and the Class*

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

KATTEN MUCHIN ROSENMAN LLP

/s/ *Peter G. Wilson*
Peter G. Wilson
Christian T. Kemnitz
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: christian.kemnitz@katten.com

*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*