**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC, et al.,<br>Plaintiffs,<br>v.<br>CURRENEX, INC., et al.,<br>Defendants. | Case No. 1:21-cv-06598 |

**NOTICE OF MOTION FOR JULIA WENCK TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that Julia Wenck will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendant Goldman Sachs & Co. LLC, ("Goldman Sachs") on the grounds that, following September 8, 2026, she will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb, including Carmine Boccuzzi and Rishi Zutshi, will continue to be counsel of record for Goldman Sachs in this action. Accordingly, no delay will result from Ms. Wenck's withdrawal. Ms. Wenck is not seeking a retaining lien, and copies of this motion are being provided to Goldman Sachs.

Dated: September 8, 2026

By: */s/ Julia Wenck*
Julia Wenck
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2412
Email: jwenck@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*