**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDMAR FINANCIAL COMPANY, LLC, et al.,

Plaintiffs,

v.

CURRENEX, INC., et al.,

Defendants.

**DECLARATION OF JULIA WENCK PURSUANT TO LOCAL CIVIL RULE 1.4**

Case No. 1:21-cv-06598

I, Julia Wenck, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court. On October 18, 2023, I entered an appearance in the above-captioned case.

2. I respectfully submit this declaration pursuant to Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for Defendant Goldman Sachs & Co. LLC, ("Goldman Sachs").

3. Following September 8, 2026, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4. Carmine Boccuzzi and Rishi Zutshi from Cleary Gottlieb have also appeared in this action on behalf of Defendant Goldman Sachs and will continue to be counsel of record. Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

6. Copies of this motion have been provided to Defendant Goldman Sachs.

Dated: September 8, 2026

Julia Wenck