**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC, et al.,<br>Plaintiffs,<br>v.<br>CURRENEX, INC., et al.,<br>Defendants. | **PROPOSED ORDER**<br>Case No. 1:21-cv-06598 |

Upon the motion for Julia Wenck for leave to withdraw from this action as counsel for Defendant Goldman Sachs & Co. LLC, IT IS HEREBY ORDERED:

1. The motion is granted.

SO ORDERED.

Dated:

____________________________________

United States District Judge