Case 1:21-cv-06598-LAK-HJR Document 514 Filed 09/08/26 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-9-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDMAR FINANCIAL COMPANY, LLC, et al.,

Plaintiffs,

v.

CURRENEX, INC., et al.,

Defendants.

**~~PROPOSED~~ ORDER**

Case No. 1:21-cv-06598

Upon the motion for Julia Wenck for leave to withdraw from this action as counsel for Defendant Goldman Sachs & Co. LLC, IT IS HEREBY ORDERED:

1. The motion is granted.

2. The Clerk shall terminate Dkt 512.

SO ORDERED.

Dated: 9/9/26

United States District Judge