**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | No. 21-cv-06598 (LAK) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 24, 2026, I caused the following to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all registered participants:

- Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Partial Motion for Summary Judgment and Rule 56(g) Motion.
- Defendants' Counter Statement to Plaintiffs' Rule 56.1 Statement of Material Facts.
- Declaration of Eric A. Kuwana in support of Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Partial Motion for Summary Judgment and Rule 56(g) Motion and Defendants' Counter Statement to Plaintiffs' Rule 56.1 Statement of Material Facts and accompanying exhibits.

- Defendants' Opposition to Plaintiffs' Motion to Exclude Proposed Expert Testimony of Dr. Michael Melvin.
- Declaration of Eric A. Kuwana in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Proposed Expert Testimony of Dr. Michael Melvin and accompanying exhibits.
- Defendants Currenex, Inc., State Street Bank And Trust Company, and State Street Global Markets International Limited's Rule 44.1 Notice of Issue of Foreign Law.
- Defendants Currenex, Inc., State Street Bank And Trust Company, and State Street Global Markets International Limited's Motion to Preclude Plaintiffs' Use of an Illegally Obtained Audio Recording.
- Declaration of Eric A. Kuwana in support of Defendants Currenex, Inc., State Street Bank And Trust Company, and State Street Global Markets International Limited's Motion to Preclude Plaintiffs' Use of an Illegally Obtained Audio Recording and accompanying exhibits.
- Declaration of James B. Lancaster in Support of Defendants Currenex, Inc., State Street Bank And Trust Company, and State Street Global Markets International Limited's Motion to Preclude the Use of Certain Evidence.

I further certify that I will cause the aforementioned documents in unsealed form to be served to the individuals listed below by email on September 24, 2026:

ZIGLER LAW GROUP, LLC
Aaron Zigler
308 S. Jefferson
Suite 333
Chicago, IL, 60661
Telephone: (312) 673-8427
Email: aaron@ziglerlawgroup.com

RUDDY GREGORY, PLLC

Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: mruddy@ruddylaw.com

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Daniel L. Brockett
Jonathan S. Becker
David D. LeRay
Thomas J. Lepri
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com
Email: sebastianbecker@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: thomaslepri@quinnemanuel.com

Jeremy D. Andersen
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

Respectfully submitted,

*/s/ Eric A. Kuwana*

Eric A. Kuwana
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: eric.kuwana@alston.com
*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*