**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,

Plaintiffs,

vs.

CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,

Defendants.

Case No. 21-cv-06598

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 24, 2026, I caused a true and correct copy of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Strike the Rebuttal Reports of Dr. Rosa Abrantes-Metz and Mr. Reto Feller and the corresponding Declaration of Thomas J. Lepri and exhibits to be served on counsel of record for the Defendants.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Daniel L. Brockett*
Daniel L. Brockett
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

*Counsel for Plaintiffs and the Class*