**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,

Plaintiffs,

vs.

CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,

Defendants.

Case No. 21-cv-06598

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 24, 2026, I caused a true and correct copy of Plaintiffs' Omnibus Memorandum of Law in Opposition to Defendants' Joint Motion and Goldman's Separate Motion for Summary Judgment and the corresponding Declaration of Daniel L. Brockett and exhibits to be served on counsel of record for the Defendants.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Daniel L. Brockett*
Daniel L. Brockett
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

*Counsel for Plaintiffs and the Class*