quinn emanuel trial lawyers | new york
295 FifthAvenue, New York, New York 10016-7103| TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

October 2, 2026

**BY ECF**

The Honorable Lewis A. Kaplan
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Court Room 21B
New York, NY 10007

Re: *Edmar Financial Company, LLC et al v. Currenex, Inc. et al*, Case No. 21-cv-06598

Dear Judge Kaplan:

We write on behalf of Plaintiffs, with the consent of Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited (collectively, the "Moving Defendants"), to submit the attached Joint Stipulation and [Proposed] Order Regarding Briefing Schedule for Moving Defendants' Motion to Preclude.

On September 24, 2026, the Moving Defendants moved to preclude Plaintiffs' use of an audio recording. ECF 525. Plaintiffs' opposition is currently due October 8, 2026, under Local Civil Rule 6.1(b). Plaintiffs and the Moving Defendants have agreed that Plaintiffs' opposition should instead be due on October 26, 2026, the same date as the replies in support of the summary judgment and *Daubert* motions. *See* ECF 450.

Accordingly, the stipulation, attached as Exhibit A, provides that Plaintiffs' opposition shall be filed on or before October 26, 2026, and the Moving Defendants' reply on or before November 13, 2026. This is the first request to extend these deadlines, and no other deadline is affected. The parties respectfully request that the Court enter the stipulation as an Order of the Court.

Respectfully submitted,

*/s/ Daniel L. Brockett*
Daniel L. Brockett

cc: Counsel of Record