UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 21-cv-06598 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOVING DEFENDANTS' MOTION TO PRECLUDE**

**WHEREAS,** on September 24, 2026, Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited (the "Moving Defendants") filed a motion to preclude Plaintiffs' use of an audio recording (ECF 525) (the "Motion to Preclude");

**WHEREAS,** under Local Civil Rule 6.1(b), Plaintiffs' opposition to the Motion to Preclude is currently due on October 8, 2026, and the Moving Defendants' reply would be due seven days after service of the opposition;

**WHEREAS,** the Motion to Preclude raises questions of the law of the United Kingdom;

**WHEREAS,** Plaintiffs and the Moving Defendants (each, a "Party," and together, the "Parties") agree that Plaintiffs' opposition to the Motion to Preclude should be due on the same

date as the replies in support of the summary judgment and *Daubert* motions, which are due on Monday, October 26, 2026 (ECF 450); and

**WHEREAS**, no Party has previously requested an extension of the briefing schedule for the Motion to Preclude;

NOW, THEREFORE, the Parties hereby stipulate and agree, and jointly request that the Court order, as follows:

1. Plaintiffs' opposition to the Motion to Preclude shall be served and filed on or before Monday, October 26, 2026.

2. The Moving Defendants' reply in support of the Motion to Preclude shall be served and filed on or before Friday, November 13, 2026.

3. Nothing in this Stipulation shall be construed as a waiver of, or as an agreement concerning, any argument, position, objection, or defense of any Party with respect to the Motion to Preclude.

IT IS SO ORDERED.

DATED: 10/5/26

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2026
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Daniel L. Brockett*
Daniel L. Brockett
Thomas J. Lepri
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com
Email: thomaslepri@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

RUDDY GREGORY, PLLC
Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: rnruddy@ruddylaw.com

*Counsel for Plaintiffs and the Class*

ALSTON & BIRD LLP

*/s/ B. Parker Miller*
B. Parker Miller
Jason Sigalos (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-4970
Email: parker.miller@alston.com
Email: jason.sigalos@alston.com

Eric Kuwana
Brett Jaffe
Christopher J. Borchert
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9586
Email: eric.kuwana@alston.com
Email: brett.jaffe@alston.com

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*