**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 21-cv-06598 |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 26, 2026, I caused a true and correct copy of the Declaration of Richard Lissack KC and accompanying annexes and Exhibits to be served on counsel of record for the Defendants.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *<u>/s/ Daniel L. Brockett</u>*
Daniel L. Brockett
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

*Counsel for Plaintiffs and the Class*