**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | No. 21-cv-06598 (LAK) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 26, 2026, I caused the following to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all registered participants:

- Defendants Currenex, Inc., State Street Bank and Trust Company, State Street Global Markets International Limited, Goldman Sachs & Co. LLC ("Goldman"), and HC Technologies, LLC's (herein the "Defendants") Joint Reply in Support of Motion for Summary Judgment.

- Supplemental Declaration of Eric A. Kuwana in support of Defendants' Joint Reply and accompanying exhibits.

- Defendants' Joint Response to Plaintiffs' Counterstatement of Disputed Facts.

- Goldman's Reply in Support of Goldman's Motion for Summary Judgment.

- Reply in Support of Defendants' Motion to Strike the Expert Reports of Mr. Reto Feller and Dr. Rosa Abrantes-Metz.

- Reply in Support of Defendants' Motion to Exclude the Proposed Expert Testimony of Dr. Craig Pirrong.

- Reply Declaration of Eric A. Kuwana in support of Defendants' Motion to Exclude the Proposed Expert Testimony of Dr. Craig Pirrong and accompanying exhibit.

- Reply in Support of Defendants' Motion to Exclude the Proposed Expert Testimony of Mr. Reto Feller.

- Reply in Support of Defendants' Motion to Exclude the Proposed Expert Testimony of Mr. David Woolcock.

I further certify that I caused the aforementioned documents in unsealed form to be served to the individuals listed below by email on October 26, 2026:

ZIGLER LAW GROUP, LLC
Aaron Zigler
308 S. Jefferson
Suite 333
Chicago, IL, 60661
Telephone: (312) 673-8427
Email: aaron@ziglerlawgroup.com

RUDDY GREGORY, PLLC
Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: mruddy@ruddylaw.com

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Daniel L. Brockett
Jonathan S. Becker
David D. LeRay
Thomas J. Lepri
295 Fifth Avenue
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com
Email: sebastianbecker@quinnemanuel.com
Email: davidleray@quinnemanuel.com
Email: thomaslepri@quinnemanuel.com

Jeremy D. Andersen
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

Dated: October 26, 2026

ALSTON & BIRD LLP

*/s/ Eric A. Kuwana*
Eric A. Kuwana
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Email: eric.kuwana@alston.com