MANDATE

S.D.N.Y. – N.Y.C.
21-cv-6598
Kaplan, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: Oct 29 2026

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of October, two thousand twenty-six.

Present:
Pierre N. Leval,
Richard J. Sullivan,
Joseph F. Bianco,
*Circuit Judges*.

---

Currenex, Inc., et al.,

*Petitioners*,

v. 26-1739

XTX Markets Limited, DSquare Trading Limited,

*Respondents*.

---

Petitioners request, under Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order granting Respondents' motion for class certification. Petitioners also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED. It is further ORDERED that the Rule 23(f) petition is DENIED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134 (2d Cir. 2001).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

[Seal: United States Court of Appeals, Second Circuit] Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
[Seal: United States Court of Appeals, Second Circuit] Catherine O'Hagan Wolfe

MANDATE ISSUED ON 10/29/2026