**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,

Plaintiffs,

vs.

CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,

Defendants.

Case No. 21-cv-06598

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 8, 2026, I caused a true and correct copy of Plaintiffs' Letter addressed to Judge Lewis A. Kaplan from Daniel L. Brockett regarding Plaintiffs' Response to Defendants' New Arguments raised in Reply Memorandums (ECF Nos. 552, 559, 568, and 569) to be served on counsel of record for the Defendants.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *<u>/s/ Daniel L. Brockett</u>*
Daniel L. Brockett
295 5th Avenue
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com

*Counsel for Plaintiffs and the Class*