USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-17-26

ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Eric Kuwana Direct Dial: 212-210-9586 Email: eric.kuwana@alston.com

November 16, 2026

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

Re: *Edmar Fin. Co., LLC, et al. v. Currenex, Inc., et al.*, Case No. 21-cv-06598 (LAK)

Dear Judge Kaplan,

Defendants write in response to Plaintiffs' November 8, 2026 letter, which improperly and contrary to the Court's practice raises numerous substantive arguments after the close of summary-judgment briefing. ECF 575. Plaintiffs also incorrectly argue that Defendants' reply raises new arguments that require a response.

Plaintiffs' letter amounts to a surreptitious, ten-page sur-reply and should be stricken. *See United States v. Aguas Oviedo*, No. 21-CR-359 (LAK), 2023 WL 6390109, at *2 n.13 (S.D.N.Y. Oct. 2, 2023) ("Given that [party] did not seek leave to file the surreply and the Court did not grant him permission to do so, the Court need not consider it."). If the Court would like Defendants to respond further, we will promptly do so.

Respectfully submitted,

*/s/ Eric A. Kuwana*
Eric A. Kuwana

cc: All Counsel of Record (via ECF)

The Court will not consider the 11/8/26 letter. LAK

SO ORDERED

KAPLAN, USDJ
11/17/26