USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11-19-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,

Plaintiffs,

vs.

CURRENEX, INC.; GOLDMAN SACHS & CO. LLC; HC TECHNOLOGIES, LLC; STATE STREET BANK AND TRUST COMPANY; STATE STREET GLOBAL MARKETS INTERNATIONAL LIMITED; and JOHN DOE DEFENDANTS 1-5,

Defendants.

Case No. 21-cv-06598

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER**
**REGARDING EXTENSION FOR SEALING DEADLINE**

**WHEREAS,** on August 6, 2026, the Court entered a Joint Stipulation and Order Regarding Summary Judgment and *Daubert* Sealing Procedures and Page Limits (ECF 479) (the "Joint Stipulation");

**WHEREAS,** the Joint Stipulation requires the parties "to propose any redactions of their own materials produced in this case or third-party materials" "[w]ithin four (4) weeks after October 26, 2026." ECF 479 at 2;

**WHEREAS,** the Joint Stipulation requires the parties to file public redacted copies and motions to seal "[w]ithin five (5) weeks after October 26, 2026." ECF 479 at 2.

NOW, THEREFORE, the parties hereby stipulate and agree, and jointly request that the Court order, as follows:

1. The deadline for proposing redactions is extended to "[w]ithin six (6) weeks after October 26, 2026."

2. The deadline for filing public redacted copies and motions to seal is extended to "[w]ithin seven (7) weeks after October 26, 2026."

3. Nothing in this Stipulation shall be construed as a waiver of, or as an agreement concerning, any argument, position, objection, or defense of any Party.

IT IS SO ORDERED.

DATED: 11/19/26

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: November 18, 2026
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Daniel L. Brockett*
Daniel L. Brockett
Thomas J. Lepri
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: danbrockett@quinnemanuel.com
Email: thomaslepri@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: jeremyandersen@quinnemanuel.com

ALSTON & BIRD LLP

*/s/ B. Parker Miller*
B. Parker Miller
Jason Sigalos (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-4970
Email: parker.miller@alston.com
Email: jason.sigalos@alston.com

Eric Kuwana
Brett Jaffe
Christopher J. Borchert
90 Park Avenue, 15th Floor
New York, NY 10016
Telephone: (212) 210-9586
Email: eric.kuwana@alston.com
Email: brett.jaffe@alston.com

Case 1:21-cv-06598-LAK-HJR Document 583 Filed 11/18/26 Page 3 of 3

RUDDY GREGORY, PLLC
Mark Ruddy
1225 15th Street NW
Washington, DC 20005
Telephone: (202) 797-0762
Facsimile: (202) 318-0543
Email: mruddy@ruddylaw.com

*Counsel for Plaintiffs and the Class*

*Counsel for Defendants Currenex, Inc., State Street Bank and Trust Company, and State Street Global Markets International Limited*

KATTEN MUCHIN ROSENMAN LLP

*/s/ Peter G. Wilson*
Peter G. Wilson
Christian T. Kemnitz
525 W Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: peter.wilson@katten.com
Email: christian.kemnitz@katten.com

*Counsel for Defendant HC Technologies, LLC*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Carmine D. Boccuzzi Jr.*
Carmine D. Boccuzzi Jr.
Rishi N. Zutshi
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: cboccuzzi@cgsh.com
Email: rzutshi@cgsh.com

*Counsel for Defendant Goldman Sachs & Co. LLC*