**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMAR FINANCIAL COMPANY, LLC; IRISH BLUE & GOLD, INC.; XTX MARKETS LIMITED; and DSQUARE TRADING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>CURRENEX, INC., GOLDMAN SACHS & CO. LLC, HC TECHNOLOGIES, LLC, STATE STREET BANK AND TRUST COMPANY, and JOHN DOE DEFENDANTS 1-5,<br><br>Defendants. | Case No. 1:21-cv-6598<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Sascha N. Rand of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 5th Avenue, New York, NY 10016, hereby appears on behalf of Plaintiffs XTX Markets Limited and DSquare Trading Limited in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

DATED: November 24, 2026

By: */s/ Sascha N. Rand*

Sascha N. Rand
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7175
Email: sascharand@quinnemanuel.com

*Counsel for Plaintiffs and the Class*